GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MATTHEW S. KAHN, SBN 261679
MICHAEL J. KAHN, SBN 303289
555 Mission St. Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE,<br><br>        Plaintiff,<br><br>    v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>        Defendants. | Case No. 3:19-cv-05857-SI<br><br>**DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**<u>Hearing</u>**<br>Date: December 13, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Susan Illston<br><br>Action Filed: September 19, 2019 |

I, MICHAEL J. KAHN, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am an attorney in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Slack Technologies, Inc. ("Slack" or the "Company"), Stewart Butterfield, Allen Shim, Brandon Zell, Andrew Braccia, Edith Cooper, Sarah Friar, John O'Farrell, Chamath Palihapitiya, and Graham Smith (together, with the Company, the "Defendants") in the above-captioned case.  I make this Declaration in support of Defendants' Request for Judicial Notice, filed concurrently herewith.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Slack's Registration Statement on Form S-1, as filed with the Securities and Exchange Commission ("SEC") on May 31, 2019.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Section 102.01 of the New York Stock Exchange Listed Company Manual.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a screen capture of a webpage entitled "Service Level Agreement (SLA)" as it appeared on Slack's website on May 19, 2019, which was captured using the "Wayback Machine," located at http://archive.org/web/.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Slack's Current Report on Form 8-K, as filed with the SEC on June 10, 2019.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a transcript of Slack's earnings call for the second quarter of 2020, dated September 4, 2019.

7.      Attached hereto as **Exhibit F** is a true and correct copy of an article entitled "Slack SLA and Support" dated July 3, 2018, which was posted on the website EnterpriseReady, located at https://www.enterpriseready.io/slack/sla-support/.

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed on this 8th day of November, 2019, at San Francisco, California.

By: /s/ Michael J. Kahn
MICHAEL J. KAHN

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI

Gibson, Dunn & Crutcher LLP

## **ATTORNEY ATTESTATION**

I, Michael D. Celio, am the ECF User whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated:  November 8, 2019                                    GIBSON, DUNN & CRUTCHER LLP

                                                                  By:          /s/ Michael D. Celio          
                                                                         Michael D. Celio
                                                                         1881 Page Mill Rd.
                                                                         Palo Alto, CA 94304
                                                                         Telephone: (650) 849-5300
                                                                         Facsimile: (650) 849-5333

Gibson, Dunn &
Crutcher LLP

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI