# EXHIBIT E

**Company Name: Slack Technologies**
**Company Ticker: WORK US**
**Date: 2019-09-04**
**Event Description: Q2 2020 Earnings Call**

**Market Cap: 15675.1920034**
**Current PX: 31.07**
**YTD Change($): 5.07**
**YTD Change(%): 19.5**

**Bloomberg Estimates - EPS**
**Current Quarter: -0.071**
**Current Year: -0.397**
**Bloomberg Estimates - Sales**
**Current Quarter: 154.273**
**Current Year: 607.6**

# Q2 2020 Earnings Call

## Company Participants

- Jesse Hulsing, Vice President of Investor Relations
- Stewart Butterfield, Co-Founder & Chief Executive Officer
- Allen Shim, Chief Financial Officer

## Other Participants

- Heather Bellini, Analyst
- Brent Bracelin, Analyst
- Bhavan Suri, Analyst
- Richard Davis, Analyst
- Raimo Lenschow, Analyst
- Josh Bratt, Analyst
- Mark Moerdler, Analyst
- William Power, Analyst
- George Iwanyc, Analyst
- Rohit Kulkarni, Analyst
- Unidentified Participant

## Presentation

### Operator

Good afternoon. My name is Gabriel, and I will be your conference operator today. At this time, I'd like to welcome everyone to the Slack Technologies' Second Quarter Earnings Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session. (Operator Instructions) Thank you.

Mr. Jesse Hulsing, you may begin your conference.

### Jesse Hulsing, Vice President of Investor Relations

Thank you. Good afternoon, and thank you for joining us on today's conference call to discuss Slack's second quarter fiscal 2020 financial results. On the call, we have Stewart Butterfield, Co-Founder and Chief Executive Officer; and Allen Shim, Chief Financial Officer.

During the course of today's call, we may make forward-looking statements including, but not limited to, statements regarding our guidance and future financial performance, market demand, product development, growth prospects, business strategies and plans, ability to attract and retain customers and ability to compete effectively. These forward-looking statements are based on management's current views and assumptions and should not be relied upon as of any subsequent date and we disclaim any obligation to update any forward-looking statements. Actual results may vary materially from today's statements, information concerning our risks, uncertainties and other factors that could cause results to differ from these forward-looking statements are contained in the Company's SEC filings, earnings press release and supplemental information posted on the Investor section on the Company's website.

**Company Name:** Slack Technologies
**Company Ticker:** WORK US
**Date:** 2019-09-04
**Event Description:** Q2 2020 Earnings Call

**Market Cap:** 15675.1920034
**Current PX:** 31.07
**YTD Change($):** 5.07
**YTD Change(%):** 19.5

**Bloomberg Estimates - EPS**
**Current Quarter:** -0.071
**Current Year:** -0.397
**Bloomberg Estimates - Sales**
**Current Quarter:** 154.273
**Current Year:** 607.6

Our discussion today will include certain non-GAAP financial measures. These non-GAAP financial measures should be considered in addition to, not as a substitute for or in isolation from, GAAP measures. Our non-GAAP measures exclude the effect of our GAAP results of stock-based compensation and certain other items. You can find additional disclosures regarding these non-GAAP measures, including reconciliations with comparable GAAP measures in our earnings release and on our Investor Relations website at investor.slackhq.com.

I would now like to turn the conference call over to Slack's Co-Founder and Chief Executive Officer, Stewart Butterfield. Stewart?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Thanks, Jesse. We had a quarter of record results with revenue growing 58% year-on-year. We exceeded 100,000 paid customers in the quarter and now have 720 customers with more than $100,000 of annual recurring revenue, a figure which was up 75% since last year. I'll talk more about our exceptional growth in the enterprise segment in a moment.

Last quarter, of course, we also completed our listing process. I want to acknowledge the strength of execution by our accounting, legal, finance, business technology and communications departments, along with hundreds of others across the company, and, of course, our partners and advisors. The transition to being a public company is just one hallmark of what we see as the company entering a new phase. The next five years will be very different from the first five years. We came out of the gate with near-perfect product market fit for a very earliest customers who tended to be smaller and more technical teams. But over the years as we launched the Enterprise Grid product, scaled the teams of over 100,000 users, added key features for security, administrative control and compliance, we began to see real product market fit for the large enterprise use-case.

Now, that fit is clear. This quarter saw win after win in the largest companies in the world. Want to start off by highlighting a few of those.

A Fortune 100 financial services firm, which had been a Slack customer for years, with continued expansion throughout the company added thousands more active users and is now going wall-to-wall for their more than 50,000 employees across functional roles including marketing HR, legal finance and sales. This is our commitment to their needs and we partner together to deliver several security features, which are critical to their security team. At the same time, our success team is deep in the trenches partnering in change management and training and sharing best practices.

What we were able to achieve together in this case was deep engagement from end-users, productivity wins across all parts of the company and a healthy foundation for increasing the sophistication of their usage and thereby driving more value from their investment in Slack. All in the system that met their regulatory and compliance requirements.

Of course, like most of our large enterprise customers, they run an Office 365. They still chose Slack, because only slack was capable of meeting their needs.

Increasingly in regulated industries. We are seeing significant traction because Slack went security and compliance, with scalability an open platform and a great user experience. In addition, to exciting wins in health-care following our ability to support HIPAA compliance a large Midwestern insurance company also expanded to thousands of users this quarter.

Slack is a key plank in their transformation efforts and plays a central role as it does elsewhere as a lightweight fabric for systems integration. They leveraged more than 500 integrations including PagerDuty, Dynatrace, JIRA in an extensive set of internally developed integrations to drive more return from their overall investment in software.

This is another Office 365 customer and they chose Slack because only Slack's open platform integrates with the full range of internally and externally developed tools they use. With more than 1800 apps in our app directory ranging from partners like Atlassian, Salesforce, SAP and Zoom to Slack for services like Lattice, Guru and Troops, our open platform continues to play an important role and enterprise adoption. We also see customers creating their own apps, integrating Slack into their internal systems and workflows. In a typical week, more than 500,000 of these customer



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

integrations are actively used. Slack value extends far beyond simple messaging and enterprises increasingly see that.

In one of the world's largest media conglomerates, we expanded further this quarter to support over 45,000 active users across nearly every department and function in the company. An Office 365 user they've consolidated usage across a dozen or so business units using our Enterprise Grid product which centralizes administration, provisioning and control over any number of federated workspaces. They chose us because only Slack can give them the flexibility and scalability to create a structure that mirrors the way their organization really works.

I want to emphasize the critical nature of true scalability for our enterprise customers. Only Slack's Enterprise Grid product can support the scale and structure of the largest organizations in the world. We have customers at 10,000, 20,000, 40,000, 60,000 active users in Grid, all the way up to our biggest customers, which now tip well over 100,000 active users. And it's not just the US where we're seeing success in the Enterprise segment. More and more we see the same thing in all major markets. In Europe, one of the best-known global banks expanded usage and upgraded to Grid.

And one of the world's largest retailers of home goods made the transition from email to channels this past quarter signed a multi-year multi-million-dollar deal. In the survey of Slack using employees during their initial pilot 83% reported it made them more productive and 95% said it led to less use of email. Of course, the only way that Slack increases productivity is if people use it. In this case as many others the customer chose Slack because their own employees told in the Slack makes them more productive.

Meanwhile, in Japan where we are in the process of opening a second office in Osaka to complement our fast growing Tokyo headquarters, the business continues to outperform. This quarter we scored major wins in Enterprise. New million dollar deals with one of the major telecom providers and one of the largest systems integrators. In every case, our sales team had the advantage of a lot of very happy end-users.

Our history, a strong bottoms-up adoption is a vital factor in our success. We only win if people choose Slack and they only choose Slack if it provides real value to them. There is no other path, we can't rely on bundling or superior distribution or some costs of trench products. In the long run the measure of our success will be the value we create for customers.

Accordingly, we focus with listening on the quality of the product experience, and finding new opportunities to better serve our customers. The good news is that the opportunities are endless. Our mission is to make people's working simpler, more pleasant and more productive and in each of these dimensions we believe we can keep improving for decades to come.

That brings me to one of the other highlights in this quarter. In July, we released a rebuilt version of our desktop client that has dramatically improved performance. It starts faster, uses far less memory and is much less CPU intensive. This new version was also engineered with the modular extensive approach to provides a foundation for us to rapidly and regularly improve the user experience. Feedback has been phenomenal and it's just the beginning. The user experience matters because Slack is where work happens.

For a paid users, it's 9 hours a day connected and 90 minutes of active usage every working day. It's the first work app you check in the morning and the last you check at night. Without that kind of engagement that aggregated attention you don't actually get the benefit of the transformation from in-boxes to channels. The transformation for an individual first approach to communication to an organization first approach. And we believe this transformation is inevitable.

That brings me to the last point I wanted to make before handing over to Allen. Later this month shared channels will be out in beta and available to all Slack customers. This is the most important addition to Slack since we first launched. Shared Channels allow customers to securely collaborate with external partners, suppliers and their own customers in channels, while still maintaining their internal controls and compliant to policies. More than 20,000 paid customers have already adopted shared channels during our beta program. A number that's far exceeded our expectations at the program's launch.

What is incredibly exciting is that as the size of the cohort has increased the intensity of usage has also increased. That means that the average number of shared channels in use by shared channels using customers has increased as more

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

customers during the beta. The same thing is true with the size and density of the largest network cluster resulting in a lower number of average hops from any two randomly selected participants.

We are already seeing customers choose Slack because of shared channels. We had a big win in this quarter with the major American sports league beginning to use shared channels to communicate with the franchises, a network made up of the league, the teams and their partners. We even saw a large media streaming service requiring its creative agency to adopt Slack, so that they could you shared channels to collaborate. In some cases because your channels we so important to them larger customers postponed their upgrade to Enterprise Grid until shared channels beta became available on Grid this June.

This is our first real network effect across customers. We orient the business to seek out increasing return dynamics anywhere, we can find them and that's definitely something we've seen in the platform ecosystem and the network inside of individual companies, Slack gets more valuable as more people are on it. But now we expect to be able to increase the value for all of our existing customers as new customers start using slack.

This was obviously an exciting quarter, not just the listing, but the building momentum in Enterprise, the major technical upgrades and most of all, the progress in shared channels, which we believe will unlock massive new opportunities for us in the years ahead.

With that, I'll hand it off to Allen.

## Allen Shim, Chief Financial Officer

Thank you, Stuart. And thanks again to everyone for joining us. I will go through our second fiscal quarter results in detail. Before moving on to guidance for the third quarter and full-year of fiscal 2020.

Turning to Q2, results reflect our ongoing progress and what we view as a generational shift from email to messaging in channels. Total revenues in the second quarter were $145 million growing 58% year-over-year. Revenue growth was above the high-end of guidance despite an $8 million one-time revenue headwind from credits issued in the quarter related to service-level disruption in the quarter. Our uptime was 99.9% or three nines in the quarter, but this is below our commitment of 99.99% or four nines.

Service-level disruption of this magnitude is unusual for us. Compounding the financial impact of the downtime was an exceptionally generous credit payout multiplier in our contracts dating from when we were a very young company. We've adjusted those terms to be more in-line with industry standards, while still remaining very customer-friendly. We do not expect a revenue impact of this magnitude again.

Our Q2 calculated billings were $174.8 million, growing 52% year-over-year. Trailing 12-month calculated billings were $625 million and grew 65% year-over-year. Calculated billings were minimally impacted in the second quarter by the credits we issued, a headwind of just under $1 million. Calculated billings in the second half of fiscal year '20 will be more significantly impacted due to the way we account for credits.

In terms of geographic breakdown 37% of our total revenue came from outside the US, which is up from 36% in Q2 of fiscal year 2019. As of the end of Q2, we surpassed 100,000 paid customers up 37% year-over-year. We remain focused on expansion with an existing customers and growing our large Enterprise customer base and ended the quarter with 720 paid customers greater than $100,000 in annual recurring revenue, which is up 75% year-over-year. This growth in large customers is further testament to our strong adoption within Enterprise customers. We expect large customer to exceed total paid customer growth for the foreseeable future, as we invest more heavily in enterprise sales and customer success. Our strong customer retention and ability to expand with an existing customers have resulted in a consistently high net dollar retention rate, which was 136% at the end of our second quarter.

Moving forward, I'll be discussing non-GAAP financial measures. Gross margin was 87% versus 88% a year ago. Turning to Q2 operating expenses, R&D expenses were $55 million or 38% of revenue. We continue to invest heavily in Slack's user experience, scalability, our platform and new features such as share channels and expect R&D expenses

**Company Name:** Slack Technologies
**Company Ticker:** WORK US
**Date:** 2019-09-04
**Event Description:** Q2 2020 Earnings Call

**Market Cap:** 15675.1920034
**Current PX:** 31.07
**YTD Change($):** 5.07
**YTD Change(%):** 19.5

**Bloomberg Estimates - EPS**
**Current Quarter:** -0.071
**Current Year:** -0.397
**Bloomberg Estimates - Sales**
**Current Quarter:** 154.273
**Current Year:** 607.6

to grow roughly in-line with revenue growth in the second half.

Sales and marketing expenses were $67 million or 46% of revenue. Leverage in sales and marketing in the first half is largely due to a year-over-year decline in advertising and marketing program spend. We expect sales and marketing expense to accelerate in the second half and exceed 50% of revenue. G&A expenses were $61 million or 42% of revenue. G&A expenses were elevated this quarter due to the expensive direct listing related costs of $28 million. We expect G&A expenses as a percentage of revenue to decline moving forward.

Our operating loss in the quarter was $56 million, representing an operating margin of negative 38%. Free cash flow was negative $8 million. Free cash flow includes $8 million of capital expenditures related to the build-out of office space. There were some puts and takes of free cash flow due to the direct listing. Free cash flow was negatively impacted by the $28 million of direct listing expenses as well as $90 million of direct listing related employer cash taxes related to RSU vesting.

Free cash flow was positively impacted by $21 million of payroll taxes that were collected in Q2, but will be paid in Q3. Stock-based compensation expenses and related employer payroll taxes were $307 million in the quarter reflecting that the performance-based vesting condition for outstanding RSUs was satisfied upon the completion of our direct listing.

Now I'll turn to guidance. For the third-quarter, we expect revenue in a range of $154 million to $156 million, representing growth of 47% at the midpoint. We expect non-GAAP operating loss in the range of $49 million to $47 million. We expect sales and marketing as a percentage of revenue to increase in Q3 and exceed 50% of revenue. We expect non-GAAP EPS in the range of negative $0.09 to negative $0.08. We are modeling Q3 basic shares outstanding of approximately $544 million. For the full-year, we are raising our revenue guidance to a range of $603 million to $610 million, representing growth of 51% at the midpoint. We are also raising our full-year calculated billings guidance to a range of $740 million to $760 million or 45% growth at the midpoint. The credits we issued in Q2 related to service-level disruption will provide a $5 million headwind to full-year calculated billings.

We expect Q3 calculated billings to be up slightly versus Q2. We are raising our full-year non-GAAP operating loss guidance to a range of $180 million to $176 million. For the full-year, we expect to record approximately $30 million of one-time expenses related to our direct listing. We expect full-year, stock-based compensation expense and related employer payroll taxes of $470 million. We are raising full-year EPS in a range of negative $0.42 to negative $0.40. We are modeling full-year weighted average of basic shares outstanding of approximately $399 million.

We expect full-year free cash flow in a range of negative $110 million to negative $100 million. In the third-quarter, we expect $21 million of cash outflows related to the previously mentioned employee tax withholdings, so please keep this in mind as you model. For the full-year, total one-time cash expenses related to direct listing fees and cash taxes are expected to be about $48 million. Our fiscal year '20 CapEx, we now expect approximately $65 million of capital expenditures, predominantly related to the build-out of new office space to accommodate our growth. In closing, we remain excited about continued traction in growing our customer base, building a network and becoming a platform. We are also pleased with continued progress toward our growth phase goal of free cash flow positive, which remains a priority.

With that, I'll open it up for questions.

# Questions And Answers

### Operator

(Operator Instructions) Your first question will come from the line of Heather Bellini of Goldman Sachs. Please go ahead. Your line is open.

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

## Heather Bellini, Analyst

Great, thank you. I had a question for Stewart. I guess maybe two questions. First one Stewart, your comments about shared channels coming out of beta. How should we think about how quickly the network effects that you mentioned could kick-in? And I guess, could we actually see the growth in customers with over100,000 in ARR. I know you added 75 this quarter, 70 last quarter, but could we start to see the year-over-year growth there start to accelerate with that flywheel and then I just had one follow up that was related to the downtime that you saw. Just wondering, I don't think you guys mentioned specifically what caused the downtime was just wondering if you could share that with us? Thank you.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Sure, I'll take those in order. So for the first one, the honest answer is, we don't really know. We have a lot of theories and we watch the dynamics of the existing data group really closely. 20,000 is a big number and the average number of shared channels in use per share channel using customer has increased, that whole time as the end has increased the density of the network. So the distance between an issue arbitrary selected points has decreased, so the network has gotten denser. What we don't know yet. Is the degree to which that's going to be a driver of increased usage in those markets, where we already do well. So if you think about Stockholm, Berlin, Tokyo, the Bay Area, Seattle, Austin, our hope is that we see some increasing return dynamics for increased go-to-market efforts.

Problem is we don't know where those thresholds are. If we get to 30% of the knowledge workers in the metro, does that make it easier to get to 70% or do you have to get to 50% that makes it easier to get to 90%. We'll see what we do know is that it is a driver of paid conversion. So the way we look at that is customers who upgrade to a paid plan and then create shared channel within the first week. So it's a pretty good indicator that was one of the factors driving their decision. And we're also starting to build up on our beta. Nothing to report right now on the likelihood of someone, who received an invite and begin to using shared channels as a result of the invite and then goes on to invite someone else, we've seen very strong second and third order effects on that.

## Allen Shim, Chief Financial Officer

Yeah, and Heather, this is Allen just to add. When we look at our customer example, Fastly is doing customer support through shared channels now. And I think when we brought it to Grid we're seeing this pull effect from these large organizations in particular that are drawing in their partners and their vendors in a way that we didn't think was really possible, because they're creating new use-cases in Slack using shared channels. So a customer and the customer service provider are talking in a shared channels to do customer support and more of a real-time way that really shows the power of what Slack can do to accelerate that type of work.

## Heather Bellini, Analyst

Great, thank you. And the downtime?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Yeah, what caused it, the answer depends how literal and specific we want to get. The actual answer might even be over my head in true technical terms, but if you want to move a little bit further afield from that, the more distant answer is, alien. So we continue to hit limits that we didn't realize were built into the system and at one point, when we were 8 people first getting started, we thought, Slack, will be a great tool for 8% software development teams and then got our first team with 100 users, and we had to re-imagine a whole bunch of stuff, not just technically, but from the user experience.



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

Then we got teams with 1,000 people and then 10,000 and now we're well over 100,000 with several customers and we're still figuring some of those things out. Having said that, this is a big area of investment, we've made some great hires in the infrastructure side, we've put a lot more tooling in place, a lot more automated testing and we definitely have a commitment because we feel that we understand we are among the heaviest Slack users ourselves, and so any disturbance in availability, it causes a big problem.

The last thing I want to note though for the big service credits. There is a bunch of things we do that are unusual besides what Allen mentioned, which is the payout ratio. One is, customers don't have to request it, we just proactively give it and almost no outages. I don't know every details for this quarter but almost in outages effect all customers. In fact, most of them effective 1% or 0.5% or 3% of customers at any given time, and we give those service credits to every customer. Even if they were not specifically affected.

So those policies are outrageously customer centric, which is part of our background and our orientation and that is one of the reasons we see that effect. It's not necessarily proportionate to the outage, because if we had the same SLA as Salesforce or Microsoft or any of our peers in the industry, we wouldn't have paid-out anything because we would have hit the three 9s they're committed to. It's our four 9s and the rest of the policies that make a difference.

## Heather Bellini, Analyst

Great. Thank you so much.

## Operator

Your next question will come from the line of Brent Bracelin from KeyBanc. Please go ahead, your line is open.

## Brent Bracelin, Analyst

Thank you and I had one for Stewart and a follow-up for Allen, if I could. I guess, Stewart in your opening remarks, you discussed a Fortune 100 going wall-to-wall with Slack and you also mentioned it was also a 365 customer. My question here is how often are you seeing these wall-to-wall opportunities, is this a broader trend you're seeing and if so why now?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Well, so it is a broader trend. I think if you mapped the customer size to the percentage of Slack end-users inside the customer, you would see more or less a straight line. In other words, it's much harder the larger the company gets, not because of some deficiency in Slack, or some deficiency in the customer but just because it's a lot of human being. You think about our customers that have a 100,000 users one of them I think is wall-to-wall or very close, another one as far from wall-to-wall. In both those cases, you're talking about 10s of millions of hours of people's time and attention that shifting over the course of the year. There is a huge change, management effort and there's also some time for people to realize the benefits in those functions -- those job functions where it's not immediately obvious.

So I think Slack is an incredible tool for a group of accountants trying to close the quarter or to complete an audit because putting those conversations through channels increases the visibility and all the other benefits that we've explained for anyone. Same thing for recruiters organizing university job fair, I can keep going with these examples. But they're not as obvious, people have been using this method of working for years on the tactical side and as we start to adopt those workflows, to build those integrations and we offer the user education and support change management to work with the customers, I think you'll see that rate increase. It's always going to be harder, the bigger the customer. We got a lot of customers that are wall-to-wall with 1,000 or 5,000 or 10,000 users and as they get bigger, the number



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

declines.

## Allen Shim, Chief Financial Officer

Yeah, Brent. Just to put a finer point. This is Allen. I mean what is industry specific. We're creating new categories, so teaching people, getting them used to Slack, converting them from email, it's going to take time, especially if you're an organization of tens of thousands of employees, if not well over 100,000 employees. And I think what Stewart is highlighting is, there are really three reasons why customers choose Slack, and one is that's really one the product that we can offer and that product uniquely can provide, first, the scale that these enterprises need, so tens of thousands of seats can only be supported on Slack's Enterprise Grid. Second is this open platform that we talked about. So we've got 1,800 apps and 500,000 weekly customer integrations being used. So, connecting all the tools that you use. And then lastly, the shared channels, which we've already talked about, we are able to support all the different communication inside and outside of the company, and that's really unique to Slack's Enterprise Grid offering.

## Brent Bracelin, Analyst

Got it. Help helpful color there. And just as a follow-up for you, Allen. I'm just trying to look at the normalized run rates here of the business, if I add back that $8 million in SLA credits, it looks like revenue growth was closer to 67% during Q2. It looks like calculated billings growth was closer to 60%. My question here is how should we think about the normalized run rate of the business versus this SLA credit adjustment? Is there a lingering impact or should we consider this outage SLA credit as kind of a one quarter drag on gross billings and obviously the net retention as well?

## Allen Shim, Chief Financial Officer

Yeah, so on the revenue side. Brent, you are right. I think it's more one-time nature. And so I think adjusted, we have -- our math shows 66% year-over-year growth for revenue, adjusted for the credits. But for the full-year the way that the accounting works, we will see a headwind in billings of about $5 million and that was reflected in our guidance this quarter, so pretty minimal headwind, but it's really going to show up in the second half and a little bit in Q1 of next year.

## Brent Bracelin, Analyst

Got it. Thank you.

## Operator

Your next question will come from the line of Bhavan Suri of William Blair. Please go ahead, your line is open.

## Bhavan Suri, Analyst

Hey, guys. Thanks for taking my questions here. I guess I wanted to touch first on the opportunity here to attract paid customers given sort of the 500,000 plus sort of three organizations on the platform. I guess what kind of conversion activity you've been seeing from these three customers, especially since you've been enhancing the value proposition of paid tiers and I guess where do you prioritize this amongst the growth avenues available to you, new customers, expansion up so where does this fit in? And I've got a quick follow-up. Thank you.

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Yeah. So that's a great question. The priority is definitely getting teams to be successful on Slack. There are efforts that we can put in there to see that a higher degree of those monetized. Well, that's the big challenge. The big challenge is someone was aware of Slack, they had a favorable enough impression that they developed some intent to go to the website, they followed through on the team creation, they sent an invite, those people who accept the invite they began to use it. That's a very -- and you can go through all the steps that's a very broad funnel and it's only the last step, which is a paid conversion that's honestly less of a priority for us right now compared to get in those teams successful.

So when we say the total number of organizations using Slack, it could be a little bit confusing because there are no free users are free organizations which in fact that have 100,000 to 200,000 people in them. Those are all in the paid categories. There are a lot that are temporary teams that are created for specific purpose like a home renovation project or planning a wedding. There's a lot of organizations using Slack for things that we don't think we will ever monetize such as organizing and scheduling teams for kids soccer league. Those are still great for us.

We love those because they expose Slack to new people and that drives more customer growth down the line, but there is no expectation that we will monetize those. I think that putting that effort to that would be foolish compared to looking at the enormous number of people who are kind of raise their hand and say I want to try Slack, I want to see if I can make it work inside my company and the medium-ish job that we do, supporting them right now. I mean like it will be great if there was at least a PDF that said top five tips for getting your team on Slack and we made that available.

I think there is a lot of upside there, so a lot of upside. We can provide in helping those team be successful and you'll see that reflected in paid customer growth, much more than you would in attempt to convert those other outliers.

## Allen Shim, Chief Financial Officer

Yes, Bhavan. It's Allen, just to add to that think of it as almost dual 1A, 1B priority. 1A is definitely adding more customers and we've got, as you mentioned, hundreds of thousands of opportunities on a regular basis that which we're really trying to help them understand what Slack is, right? That's part of that being a new category, that's part of transitioning people from email, which they've known for decades. So that's a long-term investment for us and we're going to keep focusing on that. But 1B is also growing our existing customers, you're seeing the net dollar retention rate at 136%. You're seeing the enterprise traction it's working. So once we convert people over, we can get them to wall-to-wall because of our investment in sales and marketing, our investment in education and all the different supporting tools to help them get there.

## Bhavan Suri, Analyst

Got it. And then I guess as you think about sort of this focus on sort of getting the paid customers to shifting to the enterprise or the really healthy growth of 100K. You've talked about adding direct sales and customers to connect teams' I guess that is a priority and where are we in the process, I guess, and how do you feel about that team attack in the enterprise today sort of where are we in sort of the ramp of that team? So the time of productivity and sort of how do you feel about where you are and where the investment might come from? Thank you.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Yeah, no problem. So I will let Allen speak to the ramp-up time and time to profitability. We're still very early in this process and in the same way that we don't -- we're not, where we want to be in providing support for self-served customers to make it over the line success. We're still in the very early days of providing our sales teams with the tools that are going to be most effective in helping them get customers to understand Slack. So they're operating in an environment and we wanted -- it's critical for us to maintain this where there are very happy end-users who are telling



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call
Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5
Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

the people responsible for the purchase decision, hey, we love Slack, it makes us more productive, please get out of the way and let us expand. It's not necessarily that simple, when we start talking about thousands or tens of thousands of people and the complexity of those systems. But we are doing great in the sense that we are opening in -- we just opened a Chicago, we're opening in Osaka, we're opening in Munich, in Paris and you'll see that expansion to continue. I think we have great maturity in the Bay Area, in New York, in Vancouver, Denver, Toronto. But we're a global organization with customers all around the world. And so there is always more to do there.

## Allen Shim, Chief Financial Officer

And Bhavan, it's Allen again. Over the last three years, we've been investing very specifically in sales and customer success, because we saw this transition. Big companies really have been looking for this and really what you're seeing in the last year or so is the payout for that, I mean adding 70, 75 customers a quarter is really a testament to the great work our sales organization is doing and they're are helping these huge organizations adopt flat at a tens of thousands of user scale, if not, again, our largest customers over 100,000 users. And when I look at it from an investment perspective, the sales and marketing efficiency remains very healthy.

So we've got a lot of room to continue to invest very aggressively into this. Our sales team from -- I think is still very young, and we've got a lot of runway to continue to push on this, as Stewart mentioned, our first Chicago office just opened this year. Just to give you a sense of how early we are in this camp. So we've got a long way to go. We've got a global opportunity ahead of us and we're going to continue to invest very aggressively behind it.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

I may add just one last point, because sales organization members are going to be listening to this and I don't want to do a shout out because I think unlike most enterprise companies the addition of sales over the last couple of years has been an incredibly positive impact on the culture. We have a one of a kind sales organization. We have some phenomenal leaders. But we also have just hundreds of great people in there who have adopted the Slack ethos and treat our customers with a great deal of respect and we're very, very proud of that. I just wanted to make sure that they heard that given that they may be listening in.

## Bhavan Suri, Analyst

Absolutely. Thanks for taking my questions. Just that color is really, really helpful. And yeah, kudos to sales teams. Thanks.

## Operator

Your next question comes from the line of Richard Davis of Canaccord. Please go ahead, your line is open.

## Richard Davis, Analyst

Hey, thanks. One marketing question and one tech question. So in terms of marketing or sales, do you guys have enough data about your superior engagement statistics to use as a wedge against the competition in sales pitches? Do you feel like you have enough, you could always use more and then the second question is, how do you see the evolution of embedding, everyone uses word AI, but at least recommendation engines into Slack that helps surface relevant information to me is a Slack user? Thanks.

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

## Stewart Butterfield, Co-Founder & Chief Executive Officer

So both good questions, I would say that to the first one, it's much more often the customer has better visibility into what's going on inside their companies. So, when there are evaluations of multiple services, they can see the level of engagement and they -- both quantitatively and qualitatively. So we do have great data and we also have a bunch of great stories. So they kind of go hand-in-hand to talk about how a given workflow is transformed. At our customer conference that I came over the last year, the year before, we had a large American software company up on stage talking about their -- well during their busiest season of adding 3,000 or 4,000 customer support agents on top of their 10,000 or 11,000 full-time employees and how all of that was managed in Slack .The quality reviews by supervisors, the escalation, and the triaging and that's not picking a business-critical function and migrating to Slack, you just don't see that with any other tool. There is no other tool that is where work happens, there is no other tool that, hey, we need to sort out the Q3 marketing budget, we're going to do that in Slack, hey, we're a bunch of network operations engineers and we have the diagnose this production issue, we're going to get on Slack. So I think that contrast is pretty stark in the minds of customers. There are -- we say customer, we mean the company, we also mean the people making the purchase decision, we mean the end-users. There are people in that process who can be pretty far removed from the everyday usage of Slack and may feel like they don't see a big difference, so they don't understand the distinguishing factors but the deeper you get and the more experienced the customer is the more obvious and stark that's going to be.

## Allen Shim, Chief Financial Officer

Yeah, I mean, Richard, it's Allen. When we think about engagement we talk about the nine hours a day, 90 minutes of active usage. What does that mean? That means we've got to invest behind the best user experience and the thing about that is, it really means that we've got to help people understand why shifting all of that time to slack is useful. Right. So we first have to make it easier to do. But then, to your point about change management on the technology side I think is actually a big human element to getting people who have been trained in email for decades and getting them over into this new tool. Also I think data is one element of it but really -- particularly in the enterprise, you see customer success is such a vital part of helping people holding their hand from the old way of working to this new way of working in a real meaningful shift. It's not yet another tool to add on to their collaboration suite.

This is the one that takes over, this is the one that replaces and add more value than all the others before it. So yeah, I just wanted to make sure that was really captured there.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

And as for the AI, I'm just making a very quick point we happen to be working out of one of our New York City offices today taking this call and we're -- on the other side of the wall is our search and discovery team .That's where you're seeing the biggest applications of AI today and a lot of that is training the search results model based on the behaviors of people. That's not brand new, that's not groundbreaking, we didn't invent any of the stuff, but there are real tangible results that come from the application of those technologies to those core user experience problems. There are a handful of those that are worth mentioning including our Highlights project and figure out the surface area to deliver those has been more of a challenge than the actual creation of the results. But the one that most recently launched was people search, because if you think about your inside of a large organization 10,000, 50,000, 100,000 people, sometimes when you do a search, you're looking for a specific document you either know or suspect exists. But someone showed me this presentation last week, I want to just retrieve that one. Sometimes you're looking for information about this topic. And then looking for someone who can connect me to someone, or looking for someone who is an expert on the topic that we're doing better and better and that turned out to be incredibly valuable the larger organizations .

## Richard Davis, Analyst

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

Super. Thank you so much.

## Operator

Our next question comes from the line of Raimo Lenschow of Barclays. Please go ahead, your line is open.

## Raimo Lenschow, Analyst

Hey, thanks for taking my question. Two , if I may. First, as you kind of sell into -- more into the enterprise and we've saw -- we've seen other vendors like a Tableau try to do that and as they started more than two -- away from the department into more to center. A lot of them went into like then stumbling blocks like compliance and that sort of stuff. Can you talk, what you are seeing as you talk with the center and with they will throw in, or we are both teams, so we've got to bundle in et cetera. So what are you seeing in terms of the conversation that are going on there?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

So we've had a pretty steady stream of improvement over the years -- and kind of we look at these in order of importance, really, really early on the process, some of the ones that are either easy or reach a larger audience that's -- now I forget Talk 1, Type 2 yeah, that is things I see more recently, earlier this year, Encryption Key Management which has unlocked a huge amount of use cases, which would otherwise be locked off. The ability for companies to maintain their HIPAA compliance while still using Slack that got us into a lot of health-care deals. Over -- I'm not even sure, this week I think, we are officially announced in international data residency which is obviously an important consideration for customers in Europe. So I think we've been incredibly successful in picking this up and figuring out the improvements that customers really need. Obviously, time is finite, and there is -- we're going to choose those in a sequence. But we tended to choose the ones that are going to have the biggest impact for a large number of customers as early as possible.

## Allen Shim, Chief Financial Officer

Yeah, Raimo. We're all -- we've been investing into the enterprise for years now and that's not just on the product side, although Stewart highlights some of those key features, that's all the compliance that you expect along the way as well.

## Raimo Lenschow, Analyst

Yeah. Okay, perfect. Makes sense. And then the other question I had is like, if you think about direct sales and to ramping them up. Just to give us an idea how early you are on that life-cycle. Can you just give us an idea like in terms of -- as you can't give us concrete numbers, but just give an idea like how many major cities you are in or something like that to help us understand how early we are in the journey ?

## Allen Shim, Chief Financial Officer

This is Allen. What we're focused on a top 8 or top 10 markets I think a bit similar to kind of G8 that's out there and we're still very early in those markets. Stuart mentioned first office in Munich, first office in Paris. I mean from a Germany and France perspective and this year. So just to give you a sense of how early that is. First office in Chicago in the US. So even within this G8, G10 we've still got a lot of runway to invest behind it, particularly outside of the Americas.



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

## Raimo Lenschow, Analyst

Okay, makes sense. Okay, thank you.

## Operator

Your next question will come from the line of Keith Weiss of Morgan Stanley. Please go ahead, your line is open.

## Josh Bratt, Analyst

Hi. This is Josh Bratt on for Keith. One for Stewart and one for Allen. I guess are you focused on scale and apps integrations and shared channels as far as differentiation. I'm wondering if you could talk a little bit about the potential for low code and no-code within the flat platform, where are you investing? What can we expect on the product side and monetization ?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

I have literally been spending a number of hours this week with the team to figure out the best way to get those no-code workflow builders into the app and tied to channels. I'm -- this is, I mean I'm incredibly excited about and specifically the ability for systems outside of Slack to initiate or trigger a workflow inside of Slack. And then at the end of that process -- the process, in Slack has a call-back URL to something outside and where I think that's going to be, especially exciting is knitting together a bunch of services in this kind of lightweight fabric for systems integration. So if you imagine someone pushes the button inside of Workday to approve an offer going out that notification comes into Slack and someone can press the button to generate the offer letter stored in box and sent out by a DocuSign. Instead of building N-squared integrations a customer ends up building N-integrations or even better using the existing integrations in Slack, to tie those things together. So if you have a big investment in a massive system of record. And what you want is to change the approval process for purchase orders or something like that. Often, it has been for customers go get a statement of work and a couple of months later the big SI gives you that 18 month $3 million estimate for changing it. If we can make that those kinds of changes a lot more lightweight. I think we'll see customers getting a lot more value out of the investment, they already have in those large systems of record. So it's something that I'm really, really excited about and we already see people creating similar workflows. The last think I will say is, and this is more a kind of a sociology of work observation, the much greater continuum of workflow like behaviors are some things that are formally captured. There is a database schema, there's rules for business logic and audit ability. And then there's things like if you want to book the conference on the 9th floor you have to talk to this person because that's reserved for someone. And we saw this in our own evolution as a company from a tiny company where every single job offer was manually approved and the way we did that was select the text from last one, change the name and the salary, paste it into the channel and someone gives you the thumbs-up. Now we have much more structured process around that. But you see that continuing everywhere and the degree to which we're able to get those no-code, especially but no-code low-code solutions into the hands of customers, the better offer it's going to be and the more value we are going to be able to deliver.

## Allen Shim, Chief Financial Officer

Josh, it's Allen just to add. When we look at the platform, the philosophy is whatever tools you use we want those -- you're experiencing those tools to be better in Slack. And so we've got a huge part of ecosystem, which is one part of the equation. I think what you're highlighting is how do we make sure that all users can access the power of that open platform. Right? So it's not enough that we've got Zoom and Octane [ph], Box and all these different tools connected to Slack. I think what the low-code no-code workflow that will bring that power and the accessibility to the rest of the users that are not technical and they are not programmers and I think that's a really exciting opportunity where



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

everyone can then take advantage of the platform.

## Josh Bratt, Analyst

That's great. And Allen can you remind us of the timing and size of the contribution from Atlassian's HipChat and Stride coming into your model, just as far as looking out for comps and seasonality in customer ads and revenue?

## Allen Shim, Chief Financial Officer

So that was a partnership that we kicked-off a year ago in July. It ran for about 6 months, through the end of the year and the contribution there was in the low single-digit thousands of teams over the entire period. So you had a little bit of that in July from a comp perspective, you're going to see more of that in the second half in a more material way. So when I think about the customer ads, we're at the level that we think we would expect to see over the next couple of quarters here, if not a little bit incrementally higher from where we are based on some of the costs.

## Josh Bratt, Analyst

Great, thank you.

## Operator

Your next question comes from the line of Mark Moerdler of Bernstein Research. Please go ahead, your line is open.

## Mark Moerdler, Analyst

Thank you very much. I have two questions, if you don't mind. First, looking at the service disruption, as I understand it was hit by -- caused by hitting limits. Now you're rolling out shared channels, which is going to increase data, density and usage, why shouldn't -- why won't that potentially continue, we could see -- I understand it won't impact revenue in the same way. But why wouldn't that potentially continue if you get the usage, you're hoping for, on the shared channel? And then again a follow-up right after.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Yeah, The specifics of that question again, maybe a little bit over our head, our ability to convey. Bottom line is, there are investments on an ongoing basis in monitoring the different subsystems. I'm talking about much, much more complex tool than people might imagine. You imagine like hey type some text in a box and press a button and it showed up on somebody else's computer. But if you imagine that our biggest customers, it's not just the tens, I think maybe in some cases by hundreds of millions of messages that are going across every day, or every week. It's, every other little change that has to be communicated, people going online and offline, people creating new channels, people archiving or deleting messages, people changing their status and a distribution of those it comes out to hundreds of thousands of events for second. We have been successful in scaling to the -- between 99.9% and 99.99%. I mean, every quarter and most quarters 99.99%. So we're up for those challenges. There are occasional hiccups and those affect everyone in the industry. Those affect companies that are far larger and dealt with far more scale than us, but I don't want to say it's impossible. But I do want to say that we're up for that challenge.

## Mark Moerdler, Analyst

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call
Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5
Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

That makes sense. I appreciate. And then as a follow-up in Slack bills, based on -- to an extent based on DAUs, is there any seasonality specifically in the business that we should think about. In other words, the summer would be lower usage because more people are on vacation and therefore revenue will be lower, but they come back in the fall. Is there any way to think about that? And also, maybe I missed it but can you give some color on the DAU trend?

## Allen Shim, Chief Financial Officer

So, Mark, this is Allen. On the seasonality, I think you see some of that in the customer ads. So Q2 is typically a weaker quarter, just for the reasons you highlighted. And then you see some of those seasonal patterns in prior years, and we expect some of that to continue, but notably the difference being some of the Atlassian (inaudible) when we had last year. As far as DAU, we release that on a milestone basis, so we recently exceeded 10 million beginning of this year and as we approach different milestones, we'll share that back with the analyst community.

## Mark Moerdler, Analyst

Perfect. I really appreciate. Thank you.

## Operator

Thank you, sir. Your next question will come from the line of Will Power of Baird. Please go ahead, your line is open.

## William Power, Analyst

Great, thanks. Yeah, a couple of questions. Maybe the first one for Allen, just to come back to guidance. Looking at fiscal Q3 revenue implies I guess a modest sequential uptick if you exclude the billing credits or others back in fiscal Q2 and I guess just trying to understand how much of that's conservatism versus any other factors, seasonality, et cetera, we should be thinking about?

## Allen Shim, Chief Financial Officer

So Will, I think on revenue from -- of course, overall from a guidance philosophy perspective, I'd say we want to be realistic in terms of the visibility that we have going into the quarter. And then as we go through the quarter, we also going to deliver against those expectations. So, probably more conservatism, but I consider that being pragmatic about how we set expectations with folks. You just never know what's going to happen, if you look at this quarter, as an example that sometimes things happen a bit that were not so in the plan originally.

## William Power, Analyst

Okay. Yeah, that makes sense. And then I want to come back to shared channels, just it seems like a really nice opportunity. We're already seeing really nice usage. I'm just trying to think about the potential revenue lift and it feels like, at a minimum, helps from a customer retention and maybe moves more customers up into the Enterprise Grid. I mean is that the way to think about it, or is there an additional ARPU, additional ARPU lift opportunity at some point, because I know the way it's structured today It's kind of part of the core product. How do you think about that longer-term in terms of revenue lift?

## Stewart Butterfield, Co-Founder & Chief Executive Officer



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

So it's a great question. Definitely retention, I mean I think that's a clear and obvious one. I mentioned that we have seen, because this is a paid-only feature for now and we are open-minded, it has been driving some paid adoption and that's obviously very encouraging. As for ARPU, I would say probably not. I don't want to say never on that, but what I do think, it lays the groundwork for incremental ARPU opportunities down the road. So, not charging for shared channels themselves but establishing those secure connections, because I think the important thing to understand unless you've actually use them this might not be clear, it's not like email where anyone can just send to anyone a message. Administrators on both sides opt in, they have complete control, they have the ability to allow or not allow different people into that shared channel. We are working through all of the different combinations and possibilities around digital loss prevention and other compliance features and the intersection of conflicting message retention policies and all of that. So that's a huge advantage, it also creates a really secure connection and it's intended for use by -- Allen mentioned the example of Fastly, there's is a number of software customers that are delivering premium support or customer success to their customers over shared channels, but it's everything. It's creative agencies, it's professional services firm, it's outside counsel, it we can be the suppliers and manufacturers and we've seen all of these different use-cases. And if you imagine the infrastructure to support those relationships, I think there are possible ARPU opportunities. Where we think that it can have a more direct impact on revenue in the shorter-term, is just that paid customer acquisition, I think you know the density of the network. If your customers demand to be met in Slack and we have seen that, the much larger company demanding that a vendor use Slack to communicate or customers who are at the same size or smaller requesting that they are based on the shared channels to deliver support and success services, that's very encouraging.

And I would love a world where it was one click simple setup for an offer from one company to shared channel of another. But even if the recipient there wasn't already a Slack user, it was like click the link and unpack the whole thing. Get yourself set up on Slack and start a free trial and eventually lead to an upgrade.

## Allen Shim, Chief Financial Officer

Yeah. And Will, this is Allen, just to add to that. I think it's really important that is also accelerate potential for wall-to-wall expansion. So one of the things that we hear is that people think Slack is only for technical users. Well, shared channels is one of those where we're seeing a lot more non-technical use-cases where whether it's customer support or marketing or creative agencies, there's a whole set of new use-cases that are available in Slack because of shared channels. So we think it's not only a competitive advantage, it's a competitive moat because once people do their work through shared channels, it's really hard to go back and do anything differently.

## William Power, Analyst

Yeah, absolutely. Great opportunity. Thanks.

## Operator

Your next question comes from the line of Ittai Kidron of Oppenheimer, please go ahead, your line is open.

## George Iwanyc, Analyst

Thank you. This is George Iwanyc for Ittai. Allen, just following up on your earlier comments on the outlook. How much macro conservatism, are you building into that and is that part of any of the discussions you are having with enterprises at this point?

## Allen Shim, Chief Financial Officer

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

Hey, George. So in terms of macro, I think that's always a consideration, and we want to again bake that into how we think about how the outlook overall. And with customers in general, there isn't too much discussion about this because we know that they're spending more on software and Slack really providing more value to all the software that they use. I think customers find that really compelling and they see that return in a more holistic way because they're expanding ultimately wall-to-wall, because they see that value in the productivity lift that they're seeing. So macro right now, it's a part of the conversation, but it's definitely not a key focus .

## George Iwanyc, Analyst

Yeah. And just kind of building out on the Atlassian comments earlier, what type of go-to-market leverage, are you seeing from your strategic partners at this point whether it's Salesforce, Oracle or the full suite of partners that you have?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

So there is a really broad range there. So some of those are discount offers we're bundling that are embedded in purchase receipt for people who are doing kind of mass-market self-serve, some of those are looking at account mapping and going into customers presenting the collective front and talking about our integration. For the whole spectrum, I would say it's very early days, we have a very experimental attitude towards this, it's an empirical question. We'll see what works and when we see something working we will double down. But I would say, it hasn't had -- it's not a big factor in growth looking backwards over the last couple of years. And it's one of those things that we're looking forward to, we've have shifts from this early phase, first 5 years, first 100,000 customers, through the next 5 years the next set of hundreds of thousands of customers, something that I think can be a real driver because we want to be the 1% or 2% of the software budget as the multiplier on the value of the other 98% or 99%. So those integrations are very important to us and we want to win by helping others win, whether that's the customer side or the partner side because then the world wants us to win.

## George Iwanyc, Analyst

Thank you.

## Operator

Your next question comes from the line of Rohit Kulkarni of MKM Partners. Please go ahead, your line is open.

## Rohit Kulkarni, Analyst

Great, thank you. Just on the direct listing. Can you comment on, in your point of view, was it overwhelming success and you talked about the direct cost of direct listing, were there any other benefits from a fundamental standpoint that you felt from the listing, which was pretty innovative? And second I have just one follow-up on advertising.

## Allen Shim, Chief Financial Officer

So, Rohit. This is Allen. The direct listing, we think was a success. The way we measured it though was around the amount of -- or how healthy of our trading market we could create through the listing and afterwards. And so, sitting here are 2.5 months after the listing our float is at least 2, 3 times higher than a typical IPO, which is kind of 10% of your shares outstanding. So by removing the constraints on buyers and sellers, I think we have a much healthier trading



Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

pattern in our market, in our stock today .

## Rohit Kulkarni, Analyst

Okay, great. And in terms of advertising ramp where and how we should, would we see the direct benefits? As in would we see any level of benefits directly in the SMB customers or how -- at what time do you expect the benefits to start showing up, simply given the last 3 to 4 maybe 6 months or so you haven't done a lot of advertising and now that you would be doing more at what point should -- would it start factoring in? And one just clarification, have you ever given any data points around what proportion of current customers are using shared channels as in and where do we see the virality or at what point do you see the virality kick-in getting more organic customer growth as such?

## Stewart Butterfield, Co-Founder & Chief Executive Officer

Yes. So for the last question it's actually -- it's very simple because it's 20,000 out of 100,000, so 20%, but I want to make clear that those are customers that had to opt into the beta. Those are -- it wasn't pretty -- we didn't make it simple for people. It wasn't this smooth easy process, either to opt into the beta or to send or receive and set up the shared channel invitations. So there is a lot of upside there. I think we'll be in a position to talk about the impact once it goes to general availability next quarter or maybe the quarter after.

Going back to the advertising question, I think it's a really good observation. So to the extent that it has a short-term immediate impact. In other words, someone saw a billboard and they thought, gang [ph], I should try that and they went to the website signed up. It's going to be pretty small numbers. And that is one of the goals is to drive awareness, but the dynamic that is interesting and Slack maybe not perfectly unique is unlike a consumer decision, I saw an ad for direct-to-consumer underpants on Instagram and that was enough for me to go and buy them. I'm going to make that decision and then got a rope a bunch of other people in and we collectively have to decide that Slack is something we want to continue using. So, the indirect benefit to that awareness or that's kind of shaping the understanding, the positioning of Slack, helping people get what the benefits are and the value, I think where it shows up is later in expansion or in that initial adoption conversation because if someone has heard of it before. I think it makes a difference when they received the invite, how likely they are to accept it, when someone has the confidence that comes with knowing, this is a solution that other people have used, social proof, the customer stories. I think that makes a difference. One thing we have never done on paid advertising at all whether you're talking about direct response of online more demand gen-oriented stuff or out-of-home, print and more brand focused is be in the market on a sustained basis with a simple message that we want to get behind for a long period of time. And I'm the CEO, so that's on me, I mean it was -- we had fits and starts and we've kind of done one thing another we'd like ramped it way up and then way down. We have a great new CMO, we have a lot of discipline, that team is in good shape and over the next 6 months or really probably the next 18 months, we expect to build out plank that we can lean on to help drive growth for the business.

## Rohit Kulkarni, Analyst

Okay, great. Thank you.

## Operator

Your next question will come from the line of (inaudible) of Citi. Please go ahead, your line is open.

## Unidentified Participant

Company Name: Slack Technologies
Company Ticker: WORK US
Date: 2019-09-04
Event Description: Q2 2020 Earnings Call

Market Cap: 15675.1920034
Current PX: 31.07
YTD Change($): 5.07
YTD Change(%): 19.5

Bloomberg Estimates - EPS
Current Quarter: -0.071
Current Year: -0.397
Bloomberg Estimates - Sales
Current Quarter: 154.273
Current Year: 607.6

Hey, thank you very much. This is (inaudible) in for Walter Pritchard. I have a question probably best directed at Allen and that I've been assessing the billing growth patterns and I just wanted to -- I just need a little bit of help in contextualizing them. Q1 to Q3 of last year you grew billings pretty consistently around 70% and then you had a very fabulous Q4 close to 100% year-over-year billings growth and then that growth has since dropped to around 47% in Q1 and it hasn't really improve that margin because this quarter was around 52%. And when I'm looking at the top-end of your billings guidance for the full-year, that implies that in H2 you'll be growing around 45%. And so, given that you had a very good Q4 last year, what is the danger that you may just see, let's say, a 30% billings growth by the end of the year, as we're ending in the year. And at the same time, what are you trying to signal to us regarding growth in billing beyond this fiscal year, given the tapering of growth? Thank you.

## Allen Shim, Chief Financial Officer

Yeah. So thanks for the question. So when we look at billings and in particularly our guidance on billings last year was an important transition period where we saw a much more seasonality in the second half of the year relative to the first half and that's because of our investments in Enterprise and the traction that we're seeing there. So like a typical enterprise software company, Q4 is the largest quarter and January is the largest month by far. And I think we're seeing that line-up again for this year as well. In terms of the pipeline. From a guidance perspective because of the lumpiness in the ability for deals to push out even a week or two that really could mean the difference between coming at your target or not. And so I think our guidance philosophy has always been we're going to guide to where visibility into -- Q4 being as lumpy as it is, as concentrated as it is, means that we will continue to provide better visibility because we have to get into Q4 .

## Unidentified Participant

Thank you very much.

## Operator

That's all the time we have for questions today. I will now turn the call back over to the presenters for closing remarks.

## Stewart Butterfield, Co-Founder & Chief Executive Officer

All right. Well, I just want to thank everyone. This was an exciting experience, but one thing we can accurately predict on forward-looking statements is every quarter is going to have -- or every year is going to have four quarters. I want to be in this position for a long time. So it's nice to get to know people and to understand the questions. This is the first one. We really want to establish a pattern of trust and transparency. So looking forward. Over the next couple of quarters, you can expect to -- we'll continue to report on a consistent set of numbers. And to build a more accurate story about what we're seeing in the market with customer growth and adoption and where we see everything going in the future.

## Operator

This concludes today's conference call. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall*



**Company Name:** Slack Technologies
**Company Ticker:** WORK US
**Date:** 2019-09-04
**Event Description:** Q2 2020 Earnings Call
**Market Cap:** 15675.1920034
**Current PX:** 31.07
**YTD Change($):** 5.07
**YTD Change(%):** 19.5
**Bloomberg Estimates - EPS**
  **Current Quarter:** -0.071
  **Current Year:** -0.397
**Bloomberg Estimates - Sales**
  **Current Quarter:** 154.273
  **Current Year:** 607.6

*have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*