# EXHIBIT B

| Case Name | Slack Technologies, Inc. |
|---|---|
| Ticker | WORK |
| Client Name | Rohail Khan |
| IPO Date | 06-20-2019 |

| § 11 Loss Calculation | |
|---|---|
| Total Shares Acquired & Retained | 10,000 |
| IPO Opening Price * | $38.50 |
| Value of Shares at Acquisition** | $ 38.50 |
| Close Date | 09-19-2019 |
| Closing Price | $ 25.72 |
| Estimated Value of Shares*** | $ 385,000.00 |
| **Estimated Gain/(Loss)** | $ 127,800.00 |

\* Unlike usual IPO's, Slack's offering was a direct offering with a reference price of $26.00, rather than an offering price. On June 20, 2019, the day Slack became a publicaly traded company, the stock opened at $38.50 per share. Losses are based on the opening price and not the reference price.

\*\* For purposes of this damage calculation, any retained shares purchased at a price higher than the opening price of $38.50 are valued at $38.50 per share. Any shares purchased for less than the opening price are valued at their purchase price.

\*\*\* Pursuant to 15 U.S.C. § 77k(e), shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claims under Section 11 - September 19, 2019 ($25.72), if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.