W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: holleman@bespc.com
        passmore@bescpc.com

*Attorneys for Movant Fiyyaz Pirani*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:19-cv-05857-SI |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF FIYYAZ PIRANI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH, | |
| Defendants. | Date:          January 10, 2020<br>Time:          10:00 a.m.<br>Courtroom:  1, 17th Floor<br>Judge:       Honorable Susan Illston |

DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF FIYYAZ PIRANI
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD
COUNSEL

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movant Fiyyaz Pirani ("Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Private Securities Litigation Reform Act Certification signed by Movant attaching his transactions in Slack Technologies, Inc. ("Slack") securities.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investments in Slack.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on September 19, 2019, on *Business Wire* announcing the pendency of the securities lawsuit.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 18th day of November, 2019.


                              */s/ W, Scott Holleman*
                              W. Scott Holleman

DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF FIYYAZ PIRANI
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD
COUNSEL