# Exhibit B

**Loss Chart**

| | | |
|---|---|---|
| **Company Name** | Slack Tecnologies, Inc. | |
| **Client Name** | Fiyyaz Pirani | **LIFO Loss** ($1,410,863.16) |
| **Ticker Symbol** | WORK | |
| **Offering Date:** | 06/20/2019 | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 6/20/2019 | 30,000 | $38.50* | ($1,155,000.00) | | | ($1,155,000.00) |
| 6/21/2019 | 20,000 | $38.50 | ($770,000.00) | | | ($770,000.00) |
| 6/21/2019 | 20,000 | $37.00 | ($740,000.00) | | | ($740,000.00) |
| 6/24/2019 | 20,000 | $35.99 | ($719,800.00) | | | ($719,800.00) |
| 7/9/2019 | 1,316 | $34.50 | ($45,402.00) | | | ($45,402.00) |
| 7/12/2019 | 18,684 | $34.49 | ($644,411.16) | | | ($644,411.16) |
| 7/19/2019 | 35,000 | $31.89 | ($1,116,150.00) | | | ($1,116,150.00) |
| 8/28/2019 | 25,000 | $28.98 | ($724,500.00) | | | ($724,500.00) |
| 9/9/2019 | 80,000 | $24.07 | ($1,925,600.00) | | | ($1,925,600.00) |
| | | | | | **Subtotal** | ($7,840,863.16) |
| **Shares Retained** | | | **Closing Price on the Date the Action was Filed** | | **Retained Share Value** | $6,430,000.00 |
| 250,000 | | | $25.72 | | **Total** | ($1,410,863.16) |

*Lesser of the opening price per share on 6/20/2019 ($38.50) and the actual purchase price used.