W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: holleman@bespc.com
         passmore@bescpc.com

*Attorneys for Movant Fiyyaz Pirani*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>        Defendants. | Case No. 3:19-cv-05857-SI<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF ATTORNEY W. SCOTT HOLLEMAN PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date:         January 10, 2020<br>Time:        10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:       Honorable Susan Illston |

1    I, W. SCOTT HOLLEMAN, make this declaration pursuant to Local Rule 3-7(d) of the United
2 States District Court for the Northern District of California:
3    I affirm that I do not directly own or otherwise have a beneficial interest in securities that are
4 the subject of this action.
5    I declare under penalty of perjury that the foregoing is true and correct.  If called as a witness,
6 I could and would competently testify thereto.
7    Executed this 18th day of November, 2019.

        */s/ W, Scott Holleman*
        W. Scott Holleman