W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: holleman@bespc.com
          passmore@bescpc.com

*Attorneys for Movant Fiyyaz Pirani
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>Defendants. | Case No. 3:19-cv-05857-SI<br><br>**CLASS ACTION**<br><br>**CERTIFICATION PURSUANT TO LOCAL RULE 3-15**<br><br>Date:         January 10, 2020<br>Time:        10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:       Honorable Susan Illston |

1 | Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties and lead plaintiff movant Fiyyaz Pirani, there is no such interest to report.

DATED: November 18, 2019                    Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *W. Scott Holleman*
W. Scott Holleman (SBN 310266)
Marion C. Passmore (SBN 228474)
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Email: holleman@bespc.com
              passmore@bespc.com

*Attorneys for Movant Fiyyaz Pirani and Proposed Lead Counsel for the Class*