Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       info@glancylaw.com

*Attorneys for Tyler Dennee*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>Defendants. | Case No. 3:19-cv-05857-SI<br><br>**PLAINTIFF TYLER DENNEE'S NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyler Dennee ("Plaintiff") hereby voluntarily dismisses his claims without prejudice to his ability to participate as an absent class member in a class action against Defendant Slack Technologies, Inc. alleging substantially similar claims.  As grounds thereof, Plaintiff states that no opposing party has served either an answer or a motion for summary judgment.

DATED:  November 22, 2019          Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:    _s/ Robert V. Prongay_
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Tyler Dennee*

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:19-cv-05857-SI                                                    1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 22, 2019, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2019, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:19-cv-05857-SI