W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: holleman@bespc.com
          passmore@bespc.com

*Attorneys for Movant Fiyyaz Pirani*
*and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE,<br><br>                    Plaintiff,<br><br>          v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>                    Defendants. | Case No. 3:19-cv-05857-SI<br><br>**UNOPPOSED ADMINISTRATIVE MOTION REGARDING PLAINTIFF DENNEE'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Civil Local Rule 7-11, Lead Plaintiff Movant Fiyyaz Pirani ("Pirani"), by his undersigned attorneys, and without opposition of defendants' counsel, hereby submits this Unopposed Motion for Administrative Relief, seeking an order finding plaintiff Tyler Dennee's ("Dennee") Notice of Voluntarily Dismissal (ECF No. 31) to have no effect and ordering that the action remain open.

This action is a securities class action lawsuit alleging violations of Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77k and 77o, against Slack Technologies, Inc. ("Slack") and certain of its officers and directors (the "Defendants"). Pursuant to Section 27 of the Securities Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on November 18, 2019, three lead plaintiff movants filed motions for appointment as lead plaintiff in this action. *See* ECF Nos 17, 21, and 25. The briefing on these motions is ongoing with a hearing scheduled for January 10, 2020. Plaintiff Dennee, who instituted this action (ECF No. 1) and issued the PSLRA-mandated notice (ECF Nos. 18-3, 22-1, and 26-1), did not file a motion for appointment as lead plaintiff.

On November 22, 2019, *four days after* Pirani and the two other lead plaintiff movants moved to be appointed lead plaintiff, and *after* Defendants entered into and filed a stipulation with Pirani on Defendants' outstanding Motion to Dismiss the Complaint (ECF No. 30), Dennee's counsel filed the Notice of Voluntarily Dismissal (ECF No. 31). Dennee's Notice of Dismissal did not purport to impact that rights of anyone else, including Pirani, to continue pursuing this action.

Pirani respectfully submits that, because Pirani and two others moved the Court for appointment before Dennee attempted to dismiss his claims, this action should remain active. Indeed, Dennee's voluntary dismissal should not close the entire action as to the putative class. Pirani's counsel has conferred with Defendants' counsel, who do not oppose this motion.

These circumstances have arisen in a previous securities class action in this District, and the action remained pending. *See* Declaration of W. Scott Holleman ("Holleman Decl."), Exhibit A (Amended Stipulation and Order Regarding Filing of Consolidated Complaint and Briefing on Defendants' Motion to Dismiss, *Carpenter v. Gigamon Inc., et al.*, Case No. 3:170cv006653-WHO

1

(N.D. Cal. Aug. 10, 2018)).  *See also* Holleman Decl., Exhibit B at p. 5, n.2 ("In view of the fact that the newly appointed Lead Plaintiff will be directed to file an Amended Complaint reflecting the consolidation in the Lead Case, the current absence of an operative complaint in the Lead Case is no cause for concern.") (Report and Recommendation and Order, *Goldberger v. Faro Technologies, Inc., et al.*, Case No. 6:05-cv-1810-Orl-22DAB (M.D. Fla. Mar. 13, 2006)).[1]

Accordingly, pursuant to Civil Local Rule 7-11, Pirani respectfully requests that the Court enter an order finding that plaintiff Dennee's Notice of Voluntary Dismissal did not close this action and that the action remains pending, and the Court should permit the lead plaintiff appointment process to proceed in accordance with PSLRA.

DATED: November 25, 2019

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *W. Scott Holleman*
W. Scott Holleman (SBN 310266)
Marion C. Passmore (SBN 228474)
101 California Street, Suite 2710
San Francisco, California 94111
Telephone:  (415) 365-7149
Email:  holleman@bespc.com
            passmore@bespc.com

*Attorneys for Movant Fiyyaz Pirani and Proposed Lead Counsel for the Class*

---

[1]   While as a practical matter, Pirani or any other putative class member could institute an entirely new lawsuit if this action were closed, it would cause substantial and unnecessary waste and delay.  The parties' existing efforts would disregarded, and the PSLRA would require the parties to repeat the lead plaintiff process by publishing a second notice waiting another 60 days to file lead plaintiff motions.

UNOPPOSED ADMINISTRATIVE MOTION REGARDING
PLAINTIFF DENNEE'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:19-cv-05857-SI