**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

        v.

SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,

        Defendants.

Case No. 3:19-cv-05857-SI

**CLASS ACTION**

**[PROPOSED] ORDER REGARDING PLAINTIFF DENNEE'S NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS, pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), any purported class member desiring to be appointed Lead Plaintiff in this action was required to have filed a motion for such appointment on or before November 18, 2019; and

WHEREAS, on November 18, 2019, three lead plaintiff movants moved to be appointed lead plaintiff; and

WHEREAS, on November 22, 2019, plaintiff Tyler Dennee, who filed this action but did not move for appointment as lead plaintiff, filed a Notice of Voluntary Dismissal (the "Notice") of the action; and

WHEREAS, movant Fiyyaz Pirani ("Pirani") has submitted an Unopposed Administrative Motion Regarding Plaintiff Dennee's Notice of Voluntary Dismissal (the "Motion") requesting the Court find that the Notice have no effect and ordering the action remain pending;

AND NOW THIS _____ day of _____ 2019, the Court having considered Pirani's Motion, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED that Plaintiff Dennee's Notice shall have no effect and the action will remain pending.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER REGARDING PLAINTIFF DENNEE'S NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:19-cv-05857-SI