W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: holleman@bespc.com
        passmore@bespc.com

*Attorneys for Movant Fiyyaz Pirani*
*and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE,<br><br>             Plaintiff,<br><br>     v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH,<br><br>             Defendants. | Case No. 3:19-cv-05857-SI<br><br>**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION REGARDING PLAINTIFF DENNEE'S NOTICE OF VOLUNTARY DISMISSAL** |

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movant Fiyyaz Pirani ("Pirani"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of the Unopposed Administrative Motion Regarding Plaintiff Dennee's Notice of Voluntary Dismissal (the "Motion") in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      In accordance with Civil Local Rule 7-11, I hereby state that given the urgent nature of this Motion and the number of parties that would have been required to stipulate to the matter, a stipulation was not sought on the matter.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Amended Stipulation and Order Regarding Filing of Consolidated Complaint and Briefing on Defendants' Motion to Dismiss filed in *Carpenter v. Gigamon Inc., et al.*, Case No. 3:17-cv-06653-WHO (N.D. Cal. Aug. 10, 2018).

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Report and Recommendation and Order filed in *Goldberger v. Faro Technologies, Inc., et al.*, Case No. 6:05-cv-1810-Orl-22DAB (M.D. Fla. Mar. 13, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 25th day of November, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman

1

DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION REGARDING PLAINTIFF DENNEE'S NOVICE OF VOLUNTARY DISMISSAL
CASE NO. 3:19-cv-05857-SI