Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant Michael Greer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, and GRAHAM SMITH, <br><br> Defendants. | No. 3:19-cv-05857-SI <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF MICHAEL GREER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL (DKT. NO. 21)** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Susan Illston <br> Hearing Date: January 10, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 1-17th Floor (San Francisco) |

1

NOTICE OF WITHDRAWAL OF MOTION OF MICHAEL GREER FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL (DKT. NO. 21) -No. 3:19-cv-05857-SI

Lead Plaintiff Movant Michael Greer ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 21). Having reviewed the competing motions before the Court filed by other putative class members, it appears that movant Fiyyaz Pirani has the largest financial interest and is the presumptive lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: November 27, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant Michael Greer*

# PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On November 27, 2019, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF MICHAEL GREER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL (DKT. NO. 21)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on November 27, 2019

/s/ Laurence M. Rosen
Laurence M. Rosen

3

NOTICE OF WITHDRAWAL OF MOTION OF MICHAEL GREER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL (DKT. NO. 21) -No. 3:19-cv-05857-SI