GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
RAENA FERRER CALUBAQUIB, SBN 328794
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MATTHEW S. KAHN, SBN 261679
MICHAEL J. KAHN, SBN 303289
555 Mission St. Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE,<br><br>                Plaintiff,<br><br>     v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, GRAHAM SMITH, ACCEL GROWTH FUND IV ASSOCIATES L.L.C., ACCEL GROWTH FUND INVESTORS 2016 L.L.C., ACCEL LEADERS FUND ASSOCIATES L.L.C., ACCEL LEADERS FUND INVESTORS 2016 L.L.C., ACCEL X ASSOCIATES L.L.C., ACCEL INVESTORS 2009 L.L.C., ACCEL XI ASSOCIATES L.L.C., ACCEL INVESTORS 2013 L.L.C., ACCEL GROWTH FUND III ASSOCIATES L.L.C., AH EQUITY PARTNERS I L.L.C., A16Z SEED-III LLC, SOCIAL+ CAPITAL PARTNERSHIP GP II, L.P., SOCIAL+CAPITAL PARTNERSHIP GP II LTD., SOCIAL+CAPITAL PARTNERSHIP GP III LP, SOCIAL+ CAPITAL PARTNERSHIP GP III, LTD., SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP L.P., AND SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP LTD.,<br><br>                Defendants. | Case No. 3:19-cv-05857-SI<br><br>**DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**<u>Hearing</u>**<br>Date: March 6, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Susan Illston<br><br>Action Filed: September 19, 2019 |

Gibson, Dunn &
Crutcher LLP

I, MICHAEL J. KAHN, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am an attorney in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Slack Technologies, Inc. ("Slack"), Stewart Butterfield, Allen Shim, Brandon Zell, Andrew Braccia, Edith Cooper, Sarah Friar, John O'Farrell, Chamath Palihapitiya, Graham Smith, Accel Growth Fund IV Associates L.L.C., Accel Growth Fund Investors 2016 L.L.C., Accel Leaders Fund Associates L.L.C., Accel Leaders Fund Investors 2016 L.L.C., Accel X Associates L.L.C., Accel Investors 2009 L.L.C., Accel XI Associates L.L.C., Accel Investors 2013 L.L.C., Accel Growth Fund III Associates L.L.C., AH Equity Partners I L.L.C., A16Z Seed-III LLC, Social+Capital Partnership GP II L.P., Social+Capital Partnership GP II Ltd., Social+Capital Partnership GP III L.P., Social+Capital Partnership GP III Ltd., Social+Capital Partnership Opportunities Fund GP L.P., and Social+Capital Partnership Opportunities Fund GP Ltd. (together with Slack, "Defendants"), in the above-captioned case.  I make this Declaration in support of Defendants' Request for Judicial Notice, filed concurrently herewith.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Slack's Registration Statement on Form S-1, as filed with the Securities and Exchange Commission ("SEC") on May 31, 2019.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a screen capture of a webpage entitled "Service Level Agreement (SLA)" as it appeared on Slack's website on May 19, 2019, which was captured using the "Wayback Machine," located at http://archive.org/web/.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Slack's Current Report on Form 8-K, as filed with the SEC on June 10, 2019.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a transcript of Slack's earnings call for the second quarter of 2020, dated September 4, 2019.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Slack's Prospectus on Form 424B4, as filed with the SEC on June 20, 2019.

Gibson, Dunn & Crutcher LLP

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration is executed on this 21st day of January, 2020, in San Francisco, California.

By: /s/ Michael J. Kahn
MICHAEL J. KAHN

Gibson, Dunn &
Crutcher LLP

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI

## **ATTORNEY ATTESTATION**

I, Michael D. Celio, am the ECF User whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated:  January 21, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Michael D. Celio
MICHAEL D. CELIO, SBN 197998
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-cv-05857-SI