Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Fax: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

*Attorneys for Plaintiff Fiyyaz Pirani*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:19-cv-05857-SI |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |
| SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, GRAHAM SMITH, ACCEL GROWTH FUND IV ASSOCIATES L.L.C., ACCEL GROWTH FUND INVESTORS 2016 L.L.C., ACCEL LEADERS FUND ASSOCIATES L.L.C., ACCEL LEADERS FUND INVESTORS 2016 L.L.C., ACCEL X ASSOCIATES L.L.C., ACCEL INVESTORS 2009 L.L.C., ACCEL XI ASSOCIATES L.L.C., ACCEL INVESTORS 2013 L.L.C., ACCEL GROWTH FUND III ASSOCIATES L.L.C., AH EQUITY PARTNERS I L.L.C., A16Z SEED-III LLC, SOCIAL+ CAPITAL PARTNERSHIP GP II, L.P., SOCIAL+CAPITAL PARTNERSHIP GP II LTD., SOCIAL+CAPITAL PARTNERSHIP GP III LP, SOCIAL+ CAPITAL PARTNERSHIP GP III, LTD., SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP L.P., and SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP LTD., | Date:      March 6, 2020<br>Time:      10:00 a.m.<br>Location:  Courtroom 1, 17th Floor<br>Judge:     Hon. Susan Illston |
| Defendants. | |

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Plaintiff Fiyyaz Pirani ("Plaintiff"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of S. Rep. No. 73-47 (1933).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Message from the President – Regulation of Securities Issues, presented to the Senate, 77 Cong. Rec. 937 (March 28, 1933).

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Slack Technologies, Inc.'s ("Slack") trading history, obtained through Yahoo! Finance.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Slack Forms 4 filed with the SEC on June 20, 2019.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of H.R. Rep. No. 73-85 (1933).

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Latham & Watkins Represents Financial Advisers In Slack Direct Listing, Latham & Watkins LLP (June 20, 2019).

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Complex and Novel Section 11 Liability Issues of Direct Listings, *Law.com* (Dec. 20, 2019).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Alexander Osipovich, Corrie Driebusch, and Dave Michaels, *SEC Probes Listings of Slack, Other Unicorns on NYSE*, The Wall Street Journal (Dec. 20, 2019).

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

10.    Attached hereto as **Exhibit 9** is a true and correct copy of Alexander Osipovich, *Investor Advocates See Risks in Silicon Valley's Favorite IPO Alternative*, The Wall Street Journal (Jan. 3, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 6th day of February, 2020.


                              */s/ Melissa A. Fortunato*
                              Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF PLAINTIFF'S REQUEST
FOR JUDICIAL NOTICE