# Exhibit 1

# Calendar No. 51

| 73D CONGRESS<br>*1st Session* | SENATE | REPORT<br>No. 47 |
|---|---|---|

## REGULATION OF SECURITIES

APRIL 17 (calendar day, APRIL 27), 1933.—Ordered to be printed

Mr. FLETCHER, from the Committee on Banking and Currency, submitted the following

## REPORT

[To accompany S. 875]

The Committee on Banking and Currency, to whom was referred the bill (S. 875) to provide for the furnishing of information and the supervision of traffic in investment securities in interstate commerce, having considered the same, report favorably thereon with an amendment in the nature of a substitute and recommend that the bill as amended do pass.

There follows a statement analyzing the bill as reported.

### STATEMENT

The purpose of this bill is to protect the investing public and honest business. The basic policy is that of informing the investor of the facts concerning securities to be offered for sale in interstate and foreign commerce and providing protection against fraud and misrepresentation.

The aim is to prevent further exploitation of the public by the sale of unsound, fraudulent, and worthless securities through misrepresentation; to place adequate and true information before the investor; to protect honest enterprise, seeking capital by honest presentation, against the competition afforded by dishonest securities offered to the public through crooked promotion; to restore the confidence of the prospective investor in his ability to select sound securities; to bring into productive channels of industry and development capital which has grown timid to the point of hoarding; and to aid in providing employment and restoring buying and consuming power.

It is the conviction of the committee that these aims may be largely achieved upon the basis of fidelity to truth. Confidence must and may be restored upon the enduring basis of honesty with the public.

**2**                          REGULATION OF SECURITIES

The necessity for the bill arises out of the fact that billions of dollars have been invested in practically worthless securities, both foreign and domestic, including those of foreign governments, by the American public through incomplete, careless, or false representations. The result is dire national distress. In the protection of the public in its purchase of securities, the United States lags far behind other nations. This is true in spite of the fact that 47 of our States have blue-sky laws. Most of these regulatory laws give the State commissions power to forbid the sale of securities in their respective States which do not comply with their requirements.

Despite the State laws, the losses of investors have been appalling. Those who have considered the matter place such losses in this country at $1,700,000,000 annually even before the depression, and at more than $500,000,000 annually in the State of New York alone. Other statistics indicate that such losses have amounted to the colossal sum of $25,000,000,000 during the past 10 years. England, France, Belgium, Germany, and other countries have long had comprehensive statutes to meet precisely the problem with which we are confronted, and therefore the legislation cannot be regarded as of an experimental character.

It is now imperative that the Federal Government shall adopt measures looking to the protection of the purchasers of securities in interstate commerce.

The principal duty of carrying out the purposes of the bill is placed upon the Federal Trade Commission. It is intended that those responsible for the administration and enforcement of the law shall have full and adequate authority to procure whatever information may be necessary or material in carrying out the provisions of the bill. It has been deemed essential to refrain from placing upon any Federal agency the duty of passing judgment upon the soundness of any security. Moreover, care has been taken to prevent the public from being led to believe that the Federal Government under the proposed law passes upon the soundness of any security, and to represent that any security has been so approved as to its soundness is declared to be unlawful (sec. 10).

The bill is intended to be self-sustaining through the payment of filing fees of one one-hundredth of 1 percent of the value of the securities registered (sec. 5, subd. (e)) with a minimum of $25. This fee is, of course, to be covered into the Treasury of the United States (sec. 17).

The bill contains six main features:

1. Registration of information with the Federal Trade Commission.
2. Supervision of advertisements of securities.
3. Revocation and suspension of registration.
4. Exemptions.
5. Personal responsibility.
6. Remedies in case of fraud.

### 1. REGISTRATION OF INFORMATION WITH THE FEDERAL TRADE COMMISSION (SECS. 3 TO 5)

The bill requires registration or filing of information with the Federal Trade Commission when a person or corporation is about to sells securities in interstate commerce. The issuer who sells securities