# Exhibit 2

Case 3:19-cv-05857-SI    Document 65-2    Filed 02/06/20    Page 2 of 2

and the Government workers. That also is deflationary. What the country needs is increased purchasing power, not decreased purchasing power.

Then we passed the beer bill; and I am willing to say to my friends, both on this side and the other side, that in the end that will prove to be deflationary, because it will divert money that today is being expended in the homes for food and clothing to the brewers of the country in the form of money paid for beer.

Until we start going up hill by providing more purchasing power there can be no real prosperity in this country. We have got to find a way to start the wheels of industry turning. Instead of going down hill, as we have been going all the way along, we must start going up toward prosperity.

Mr. President, I think the whole system up to date is wrong; I think we are headed downward to an abyss of disaster; but I think there is still time to turn around and go back the other way. Unless we do so, the catastrophe will be far worse than anything we have thus far seen, and human misery will be tremendously increased within the next 2 months.

What will you do the next time if depositors start runs on these banks we have reopened? What will you do then? That is the next problem to get ready for. Increased purchasing power is what the country needs. Up to this moment we have been decreasing purchasing power; ever since March 4 the policy has been deflationary; and I submit to my friends, especially on the other side of the Chamber, that, in my humble judgment, the thesis is wrong and the policy unsound.

The PRESIDING OFFICER. The question is, Shall the bill pass?

Mr. HALE called for the yeas and nays.

The yeas and nays were not ordered, and the bill was passed.

### APPROVAL OF THE JOURNAL

Mr. ROBINSON of Arkansas. Mr. President, I ask unanimous consent that the reading of the Journal be dispensed with, and that the Journal for March 23 and March 27, 1933, stand approved.

The PRESIDING OFFICER. Without objection, it is so ordered.

### RECESS

Mr. ROBINSON of Arkansas. Mr. President, unless there is some further business to come before the Senate, I move that the Senate take a recess until 12 o'clock noon tomorrow.

The motion was agreed to; and (at 3 o'clock and 20 minutes p.m.) the Senate took a recess until tomorrow, Wednesday, March 29, 1933, at 12 o'clock meridian.

# SENATE

## WEDNESDAY, MARCH 29, 1933

### (Legislative day of Monday, Mar. 13, 1933)

The Senate met at 12 o'clock meridian, on the expiration of the recess.

Mr. LEWIS. Mr. President, I suggest the absence of a quorum, and ask for a roll call.

The VICE PRESIDENT. The clerk will call the roll.

The Chief Clerk called the roll, and the following Senators answered to their names:

| | | | |
|---|---|---|---|
| Adams | Clark | Harrison | McNary |
| Austin | Connally | Hatfield | Metcalf |
| Bachman | Coolidge | Hayden | Murphy |
| Bailey | Copeland | Hebert | Neely |
| Bankhead | Costigan | Johnson | Norris |
| Barbour | Couzens | Kean | Nye |
| Barkley | Dickinson | Kendrick | Overton |
| Black | Dieterich | Keyes | Pittman |
| Bone | Dill | King | Pope |
| Borah | Duffy | La Follette | Reynolds |
| Brown | Erickson | Lewis | Robinson, Ark. |
| Bulkley | Fess | Logan | Robinson, Ind. |
| Bulow | Fletcher | Lonergan | Russell |
| Byrd | Frazier | Long | Sheppard |
| Byrnes | George | McAdoo | Shipstead |
| Capper | Goldsborough | McCarran | Smith |
| Caraway | Gore | McGill | Steiwer |
| Carey | Hale | McKellar | Stephens |
| Thomas, Okla. | Trammell | Van Nuys | Walsh |
| Thomas, Utah | Tydings | Wagner | Wheeler |
| Townsend | Vandenberg | Walcott | White |

Mr. LEWIS. Mr. President, I rise to announce the absence of the Senator from New Mexico [Mr. BRATTON] on official business. I ask that the announcement remain for the day.

Mr. BYRD. I wish to announce that my colleague the senior Senator from Virginia [Mr. GLASS] is unavoidably detained from the Senate.

Mr. HEBERT. The Senator from Missouri [Mr. PATTERSON] is absent on account of illness in his family.

The junior Senator from Pennsylvania [Mr. DAVIS] is still absent on account of illness.

The Senator from Vermont [Mr. DALE], the Senator from Delaware [Mr. HASTINGS], the Senator from Pennsylvania [Mr. REED], the Senator from New Mexico [Mr. CUTTING], and the Senator from Minnesota [Mr. SCHALL] are necessarily absent.

The VICE PRESIDENT. Eighty-four Senators have answered to their names. A quorum is present. The Senate will receive a message from the President of the United States.

### MESSAGE FROM THE PRESIDENT

A message in writing from the President of the United States was communicated to the Senate by Mr. Latta, one of his secretaries.

(The message was received by Mr. Biffle and handed to the Vice President.)

### MESSAGE FROM THE PRESIDENT—REGULATION OF SECURITY ISSUES

The VICE PRESIDENT. The Chair lays before the Senate a message from the President of the United States, which will be read.

The Chief Clerk read the message, as follows:

*To the Congress:*

I recommend to the Congress legislation for Federal supervision of traffic in investment securities in interstate commerce.

In spite of many State statutes the public in the past has sustained severe losses through practices neither ethical nor honest on the part of many persons and corporations selling securities.

Of course, the Federal Government cannot and should not take any action which might be construed as approving or guaranteeing that newly issued securities are sound in the sense that their value will be maintained or that the properties which they represent will earn profit.

There is, however, an obligation upon us to insist that every issue of new securities to be sold in interstate commerce shall be accompanied by full publicity and information, and that no essentially important element attending the issue shall be concealed from the buying public.

This proposal adds to the ancient rule of caveat emptor, the further doctrine, "Let the seller also beware." It puts the burden of telling the whole truth on the seller. It should give impetus to honest dealing in securities and thereby bring back public confidence.

The purpose of the legislation I suggest is to protect the public with the least possible interference to honest business.

This is but one step in our broad purpose of protecting investors and depositors. It should be followed by legislation relating to the better supervision of the purchase and sale of all property dealt in on exchanges, and by legislation to correct unethical and unsafe practices on the part of officers and directors of banks and other corporations.

What we seek is a return to a clearer understanding of the ancient truth that those who manage banks, corporations, and other agencies handling or using other people's money are trustees acting for others.

FRANKLIN D. ROOSEVELT.

THE WHITE HOUSE, *March 29, 1933.*

The VICE PRESIDENT. The message will be referred to the Committee on the Judiciary and printed.