# Exhibit 3



## Slack Technologies, Inc. (WORK)
NYSE - Nasdaq Real Time Price. Currency in USD

☆ Add to watchlist

👥 Visitors trend 2W ↑ 10W ↑ 9M ↑

Quote Lookup

**22.88** -0.43 (-1.87%)
As of 1:37PM EST. Market open.

Buy     Sell

Summary   Company Outlook 🔒   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

AdChoices ▷ ✕
FIND YOUR NEXT
ADVENTURE WITH
FINE HOTELS & RESORTS®

Time Period: Feb 06, 2019 - Feb 06, 2020 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD     ⤓ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 06, 2020 | 23.40 | 23.48 | 22.77 | 22.88 | 22.88 | 4,954,390 |
| Feb 05, 2020 | 23.36 | 23.66 | 22.53 | 23.31 | 23.31 | 12,423,600 |
| Feb 04, 2020 | 21.55 | 23.59 | 21.55 | 23.25 | 23.25 | 20,621,100 |
| Feb 03, 2020 | 20.78 | 21.10 | 20.26 | 20.98 | 20.98 | 6,471,900 |
| Jan 31, 2020 | 20.51 | 20.78 | 20.20 | 20.73 | 20.73 | 5,398,800 |
| Jan 30, 2020 | 20.62 | 20.73 | 20.11 | 20.64 | 20.64 | 6,295,300 |
| Jan 29, 2020 | 21.22 | 21.27 | 20.48 | 20.80 | 20.80 | 7,142,800 |
| Jan 28, 2020 | 20.57 | 21.18 | 20.41 | 20.98 | 20.98 | 8,438,200 |
| Jan 27, 2020 | 20.05 | 20.50 | 19.80 | 20.06 | 20.06 | 9,400,400 |
| Jan 24, 2020 | 21.47 | 21.80 | 20.56 | 20.59 | 20.59 | 9,070,500 |
| Jan 23, 2020 | 22.24 | 22.29 | 21.21 | 21.22 | 21.22 | 8,073,000 |
| Jan 22, 2020 | 22.50 | 22.75 | 22.13 | 22.14 | 22.14 | 3,964,000 |
| Jan 21, 2020 | 22.48 | 22.68 | 22.06 | 22.31 | 22.31 | 5,275,900 |
| Jan 17, 2020 | 23.19 | 23.24 | 22.17 | 22.46 | 22.46 | 9,408,700 |
| Jan 16, 2020 | 22.55 | 23.30 | 22.55 | 22.97 | 22.97 | 6,955,000 |
| Jan 15, 2020 | 22.40 | 23.23 | 22.22 | 22.33 | 22.33 | 7,991,900 |
| Jan 14, 2020 | 22.94 | 22.94 | 21.91 | 22.28 | 22.28 | 10,466,400 |
| Jan 13, 2020 | 23.19 | 23.51 | 22.82 | 23.20 | 23.20 | 5,829,400 |
| Jan 10, 2020 | 23.35 | 23.44 | 22.76 | 23.12 | 23.12 | 5,633,800 |
| Jan 09, 2020 | 23.77 | 23.96 | 22.50 | 23.17 | 23.17 | 11,306,800 |
| Jan 08, 2020 | 23.61 | 24.26 | 23.25 | 23.77 | 23.77 | 7,522,700 |

**Finance Home**    Watchlists    **My Portfolio**    Screeners    Premium 🔒    Markets    Industries    Personal Finance    Premium - Try it free

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Case 3:19-cv-05857-SI Document 65-3 Filed 02/06/20 Page 3 of 6

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jan 07, 2020 | 23.53 | 23.95 | 23.22 | 23.83 | 23.83 | 9,948,100 |
| Jan 06, 2020 | 22.32 | 23.66 | 22.16 | 23.52 | 23.52 | 12,528,700 |
| Jan 03, 2020 | 22.50 | 22.92 | 22.38 | 22.46 | 22.46 | 6,765,400 |
| Jan 02, 2020 | 22.32 | 23.16 | 22.14 | 23.02 | 23.02 | 11,672,300 |
| Dec 31, 2019 | 21.89 | 22.50 | 21.89 | 22.48 | 22.48 | 6,060,400 |
| Dec 30, 2019 | 22.16 | 22.37 | 21.63 | 22.21 | 22.21 | 8,517,000 |
| Dec 27, 2019 | 22.05 | 22.08 | 21.61 | 22.00 | 22.00 | 4,877,100 |
| Dec 26, 2019 | 21.42 | 22.01 | 21.32 | 22.00 | 22.00 | 5,450,400 |
| Dec 24, 2019 | 21.50 | 21.52 | 21.26 | 21.35 | 21.35 | 2,890,300 |
| Dec 23, 2019 | 21.23 | 21.76 | 21.10 | 21.53 | 21.53 | 6,928,200 |
| Dec 20, 2019 | 21.20 | 21.52 | 20.89 | 21.51 | 21.51 | 9,835,700 |
| Dec 19, 2019 | 21.06 | 21.49 | 20.93 | 21.23 | 21.23 | 9,005,300 |
| Dec 18, 2019 | 20.51 | 21.48 | 20.15 | 21.13 | 21.13 | 10,768,900 |
| Dec 17, 2019 | 21.53 | 21.69 | 20.58 | 20.71 | 20.71 | 10,502,800 |
| Dec 16, 2019 | 21.70 | 21.93 | 21.34 | 21.41 | 21.41 | 9,159,500 |
| Dec 13, 2019 | 20.92 | 21.45 | 20.67 | 21.39 | 21.39 | 8,054,700 |
| Dec 12, 2019 | 20.81 | 20.97 | 20.20 | 20.90 | 20.90 | 10,754,700 |
| Dec 11, 2019 | 21.75 | 21.95 | 20.59 | 20.75 | 20.75 | 21,980,200 |
| Dec 10, 2019 | 22.52 | 22.91 | 22.12 | 22.25 | 22.25 | 10,076,400 |
| Dec 09, 2019 | 22.39 | 23.07 | 22.29 | 23.00 | 23.00 | 9,296,800 |
| Dec 06, 2019 | 22.46 | 23.14 | 22.11 | 22.50 | 22.50 | 17,866,500 |
| Dec 05, 2019 | 22.20 | 22.83 | 20.67 | 22.78 | 22.78 | 34,188,600 |
| Dec 04, 2019 | 22.21 | 22.65 | 21.51 | 21.66 | 21.66 | 14,466,800 |
| Dec 03, 2019 | 21.76 | 22.68 | 21.45 | 22.57 | 22.57 | 5,765,000 |
| Dec 02, 2019 | 22.83 | 22.83 | 20.92 | 22.51 | 22.51 | 9,238,400 |
| Nov 29, 2019 | 22.59 | 23.35 | 22.52 | 22.82 | 22.82 | 3,146,000 |
| Nov 27, 2019 | 22.10 | 22.68 | 22.05 | 22.62 | 22.62 | 3,768,200 |
| Nov 26, 2019 | 22.33 | 22.85 | 21.86 | 22.09 | 22.09 | 3,857,600 |
| Nov 25, 2019 | 21.34 | 22.61 | 21.25 | 22.50 | 22.50 | 7,325,600 |
| Nov 22, 2019 | 21.13 | 21.39 | 20.96 | 21.17 | 21.17 | 4,289,900 |
| Nov 21, 2019 | 21.50 | 22.05 | 20.94 | 21.00 | 21.00 | 6,814,400 |
| Nov 20, 2019 | 20.71 | 21.86 | 20.68 | 21.70 | 21.70 | 6,520,500 |
| Nov 19, 2019 | 22.35 | 22.35 | 20.64 | 21.18 | 21.18 | 16,123,800 |
| Nov 18, 2019 | 22.64 | 23.55 | 22.43 | 23.11 | 23.11 | 10,133,000 |
| Nov 15, 2019 | 21.65 | 23.10 | 21.47 | 22.86 | 22.86 | 10,510,500 |
| Nov 14, 2019 | 21.05 | 21.72 | 20.90 | 21.69 | 21.69 | 7,630,800 |

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** 🔒    **Markets**    **Industries**    **Personal Finance**      Premium - Try it free

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 12, 2019 | 20.05 | 20.80 | 19.53 | 20.70 | 20.70 | 6,743,800 |
| Nov 11, 2019 | 20.16 | 20.35 | 19.92 | 20.13 | 20.13 | 4,510,200 |
| Nov 08, 2019 | 19.69 | 20.50 | 19.69 | 20.50 | 20.50 | 9,390,500 |
| Nov 07, 2019 | 20.00 | 20.55 | 19.83 | 20.34 | 20.34 | 7,598,700 |
| Nov 06, 2019 | 20.78 | 20.95 | 20.09 | 20.14 | 20.14 | 8,797,100 |
| Nov 05, 2019 | 22.00 | 22.16 | 20.71 | 20.75 | 20.75 | 7,118,700 |
| Nov 04, 2019 | 21.92 | 22.26 | 21.61 | 21.94 | 21.94 | 6,369,200 |
| Nov 01, 2019 | 21.94 | 22.18 | 21.48 | 21.94 | 21.94 | 5,758,200 |
| Oct 31, 2019 | 22.96 | 23.23 | 21.80 | 22.00 | 22.00 | 5,699,500 |
| Oct 30, 2019 | 22.55 | 23.27 | 22.01 | 23.25 | 23.25 | 9,806,300 |
| Oct 29, 2019 | 21.65 | 22.78 | 21.25 | 22.50 | 22.50 | 11,290,400 |
| Oct 28, 2019 | 20.51 | 21.64 | 19.86 | 21.47 | 21.47 | 13,072,800 |
| Oct 25, 2019 | 20.75 | 21.33 | 20.22 | 20.46 | 20.46 | 9,652,000 |
| Oct 24, 2019 | 20.95 | 21.48 | 20.51 | 20.98 | 20.98 | 10,296,200 |
| Oct 23, 2019 | 20.73 | 21.48 | 20.67 | 20.84 | 20.84 | 7,690,000 |
| Oct 22, 2019 | 22.52 | 22.58 | 20.91 | 21.03 | 21.03 | 11,267,000 |
| Oct 21, 2019 | 21.93 | 22.74 | 21.87 | 22.58 | 22.58 | 8,547,500 |
| Oct 18, 2019 | 23.50 | 23.60 | 21.44 | 21.81 | 21.81 | 20,142,900 |
| Oct 17, 2019 | 23.17 | 24.00 | 22.93 | 24.00 | 24.00 | 6,567,900 |
| Oct 16, 2019 | 23.09 | 23.80 | 22.69 | 23.64 | 23.64 | 14,567,400 |
| Oct 15, 2019 | 24.59 | 24.98 | 24.26 | 24.74 | 24.74 | 5,999,200 |
| Oct 14, 2019 | 25.23 | 25.54 | 24.52 | 24.62 | 24.62 | 8,207,700 |
| Oct 11, 2019 | 24.50 | 26.36 | 24.35 | 25.99 | 25.99 | 15,066,600 |
| Oct 10, 2019 | 24.30 | 24.84 | 23.27 | 23.82 | 23.82 | 11,540,000 |
| Oct 09, 2019 | 25.51 | 25.59 | 24.41 | 24.57 | 24.57 | 9,762,700 |
| Oct 08, 2019 | 25.83 | 26.40 | 25.07 | 25.70 | 25.70 | 8,026,200 |
| Oct 07, 2019 | 24.62 | 26.28 | 24.57 | 26.05 | 26.05 | 7,737,100 |
| Oct 04, 2019 | 25.10 | 25.21 | 24.23 | 24.97 | 24.97 | 6,648,800 |
| Oct 03, 2019 | 23.34 | 25.42 | 22.53 | 24.93 | 24.93 | 16,875,200 |
| Oct 02, 2019 | 22.27 | 23.49 | 22.12 | 23.43 | 23.43 | 6,648,800 |
| Oct 01, 2019 | 24.07 | 24.07 | 22.61 | 22.87 | 22.87 | 8,546,700 |
| Sep 30, 2019 | 22.75 | 24.41 | 22.26 | 23.73 | 23.73 | 12,192,500 |
| Sep 27, 2019 | 22.51 | 22.75 | 21.25 | 22.06 | 22.06 | 6,277,000 |
| Sep 26, 2019 | 22.41 | 22.94 | 21.96 | 22.63 | 22.63 | 5,559,600 |
| Sep 25, 2019 | 23.00 | 23.24 | 21.43 | 22.73 | 22.73 | 13,027,600 |
| Sep 24, 2019 | 23.90 | 24.41 | 23.02 | 23.20 | 23.20 | 10,589,900 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.




**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ZM<br>Zoom Video Communications, Inc. | 88.19 | +1.20 | +1.38% |
| PINS<br>Pinterest, Inc. | 22.98 | +1.07 | +4.86% |
| LYFT<br>Lyft, Inc. | 47.29 | -0.77 | -1.60% |
| CRWD<br>CrowdStrike Holdings, Inc. | 62.10 | +0.28 | +0.46% |
| UBER<br>Uber Technologies, Inc. | 36.91 | +0.10 | +0.27% |

**Earnings** ›



**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** 🔒    **Markets**    **Industries**    **Personal Finance**        Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Sep 20, 2019 | 25.85 | 26.10 | 25.05 | 25.37 | 25.37 | 9,361,200 |
| Sep 19, 2019 | 25.82 | 25.96 | 24.99 | 25.72 | 25.72 | 6,447,000 |
| Sep 18, 2019 | 26.26 | 26.75 | 24.94 | 25.71 | 25.71 | 5,481,600 |
| Sep 17, 2019 | 26.00 | 27.41 | 25.78 | 26.22 | 26.22 | 8,047,600 |
| Sep 16, 2019 | 24.25 | 26.21 | 24.20 | 26.10 | 26.10 | 8,264,600 |
| Sep 13, 2019 | 25.62 | 25.70 | 24.36 | 24.49 | 24.49 | 6,592,300 |
| Sep 12, 2019 | 25.55 | 25.90 | 25.00 | 25.62 | 25.62 | 5,540,900 |
| Sep 11, 2019 | 26.26 | 26.26 | 25.15 | 25.25 | 25.25 | 7,759,200 |
| Sep 10, 2019 | 24.81 | 26.86 | 24.50 | 26.75 | 26.75 | 15,140,200 |
| Sep 09, 2019 | 27.58 | 27.60 | 23.93 | 24.92 | 24.92 | 29,281,800 |
| Sep 06, 2019 | 29.75 | 29.98 | 27.30 | 27.38 | 27.38 | 15,019,200 |
| Sep 05, 2019 | 26.47 | 31.21 | 26.00 | 30.01 | 30.01 | 43,956,900 |
| Sep 04, 2019 | 29.24 | 31.28 | 28.94 | 31.07 | 31.07 | 13,472,700 |
| Sep 03, 2019 | 28.39 | 29.22 | 27.91 | 28.76 | 28.76 | 6,052,000 |
| Aug 30, 2019 | 29.94 | 30.21 | 28.25 | 28.64 | 28.64 | 4,668,600 |
| Aug 29, 2019 | 30.00 | 30.19 | 29.36 | 29.98 | 29.98 | 3,359,500 |
| Aug 28, 2019 | 29.59 | 29.80 | 28.50 | 29.80 | 29.80 | 5,233,600 |
| Aug 27, 2019 | 31.21 | 31.27 | 29.66 | 29.91 | 29.91 | 3,269,900 |
| Aug 26, 2019 | 30.34 | 31.14 | 30.22 | 30.97 | 30.97 | 3,689,500 |
| Aug 23, 2019 | 30.52 | 30.64 | 29.97 | 30.05 | 30.05 | 3,977,700 |
| Aug 22, 2019 | 32.19 | 32.48 | 30.19 | 30.55 | 30.55 | 4,959,100 |
| Aug 21, 2019 | 30.64 | 31.39 | 30.44 | 30.80 | 30.80 | 2,072,000 |
| Aug 20, 2019 | 31.09 | 31.10 | 30.31 | 30.50 | 30.50 | 2,226,900 |
| Aug 19, 2019 | 30.57 | 31.50 | 30.30 | 31.14 | 31.14 | 2,874,600 |
| Aug 16, 2019 | 30.32 | 30.35 | 29.91 | 30.00 | 30.00 | 2,615,000 |
| Aug 15, 2019 | 30.08 | 30.75 | 30.01 | 30.16 | 30.16 | 2,434,800 |
| Aug 14, 2019 | 30.52 | 30.81 | 29.92 | 30.76 | 30.76 | 3,234,400 |
| Aug 13, 2019 | 30.83 | 31.79 | 30.75 | 31.25 | 31.25 | 2,127,900 |
| Aug 12, 2019 | 30.46 | 32.13 | 30.24 | 31.17 | 31.17 | 2,813,800 |
| Aug 09, 2019 | 31.23 | 31.45 | 30.64 | 30.78 | 30.78 | 1,712,200 |
| Aug 08, 2019 | 30.92 | 31.67 | 30.63 | 31.53 | 31.53 | 1,728,000 |
| Aug 07, 2019 | 30.19 | 31.08 | 30.05 | 30.77 | 30.77 | 2,301,200 |
| Aug 06, 2019 | 31.48 | 32.23 | 30.73 | 30.84 | 30.84 | 3,903,000 |
| Aug 05, 2019 | 29.38 | 31.43 | 29.10 | 31.39 | 31.39 | 5,923,100 |
| Aug 02, 2019 | 31.80 | 31.85 | 30.77 | 30.87 | 30.87 | 5,259,900 |
| Aug 01, 2019 | 33.30 | 33.33 | 31.93 | 32.00 | 32.00 | 5,374,400 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

**Financials** ›

**Annual**  Quarterly          Revenue   Earnings



**Recommendation Trends** ›



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ›

2.4

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

**Analyst Price Targets (19)** ›

Average 27.32



Low 12.00                        High 41.00

Current 22.83

**Upgrades & Downgrades** ›

| Maintains | Credit Suisse: to Neutral | 12/5/2019 |
| Reiterates | MKM Partners: to Buy | 11/12/2019 |
| Initiated | Wedbush: to Underperform | 11/8/2019 |
| Maintains | Morgan Stanley: to Equal-Weight | 10/16/2019 |

AdChoices
1 HOTEL SOUTH BEACH
MAKE THE MOST

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** 🔒   **Markets**   **Industries**   **Personal Finance**          Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jul 30, 2019 | 32.59 | 32.80 | 32.13 | 32.58 | 32.58 | 2,808,400 |
| Jul 29, 2019 | 34.10 | 34.13 | 32.50 | 33.01 | 33.01 | 5,056,400 |
| Jul 26, 2019 | 33.72 | 34.21 | 33.33 | 34.09 | 34.09 | 4,356,700 |
| Jul 25, 2019 | 34.17 | 34.30 | 33.53 | 33.72 | 33.72 | 3,483,000 |
| Jul 24, 2019 | 34.02 | 34.16 | 33.21 | 34.10 | 34.10 | 3,780,700 |
| Jul 23, 2019 | 33.60 | 34.94 | 33.45 | 33.94 | 33.94 | 7,629,400 |
| Jul 22, 2019 | 31.23 | 33.35 | 31.18 | 33.25 | 33.25 | 3,850,800 |
| Jul 19, 2019 | 32.05 | 32.95 | 31.22 | 31.30 | 31.30 | 5,727,700 |
| Jul 18, 2019 | 33.40 | 33.54 | 31.93 | 32.00 | 32.00 | 6,851,600 |
| Jul 17, 2019 | 34.78 | 35.00 | 33.40 | 33.46 | 33.46 | 4,468,800 |
| Jul 16, 2019 | 34.57 | 35.15 | 34.20 | 34.40 | 34.40 | 5,821,500 |
| Jul 15, 2019 | 34.00 | 35.21 | 33.94 | 34.75 | 34.75 | 8,528,400 |
| Jul 12, 2019 | 34.67 | 34.99 | 33.37 | 33.73 | 33.73 | 14,968,000 |
| Jul 11, 2019 | 35.05 | 35.50 | 34.90 | 35.00 | 35.00 | 4,449,700 |
| Jul 10, 2019 | 35.60 | 36.44 | 34.98 | 35.19 | 35.19 | 4,986,500 |
| Jul 09, 2019 | 34.63 | 35.66 | 34.46 | 35.64 | 35.64 | 4,400,100 |
| Jul 08, 2019 | 35.15 | 35.54 | 34.95 | 35.00 | 35.00 | 4,238,400 |
| Jul 05, 2019 | 35.80 | 36.10 | 35.46 | 35.52 | 35.52 | 3,437,700 |
| Jul 03, 2019 | 36.28 | 36.46 | 35.80 | 36.00 | 36.00 | 3,170,700 |
| Jul 02, 2019 | 36.11 | 36.99 | 35.76 | 36.55 | 36.55 | 3,190,400 |
| Jul 01, 2019 | 38.18 | 38.44 | 35.94 | 36.55 | 36.55 | 9,390,100 |
| Jun 28, 2019 | 36.73 | 37.50 | 36.25 | 37.50 | 37.50 | 8,709,000 |
| Jun 27, 2019 | 37.77 | 38.22 | 36.20 | 36.25 | 36.25 | 11,298,600 |
| Jun 26, 2019 | 36.21 | 37.60 | 35.85 | 37.19 | 37.19 | 19,132,500 |
| Jun 25, 2019 | 35.19 | 36.14 | 34.81 | 35.20 | 35.20 | 10,116,600 |
| Jun 24, 2019 | 36.32 | 36.97 | 35.35 | 35.76 | 35.76 | 16,944,500 |
| Jun 21, 2019 | 38.88 | 40.25 | 36.60 | 37.22 | 37.22 | 42,874,100 |
| Jun 20, 2019 | 38.50 | 42.00 | 38.25 | 38.62 | 38.62 | 137,364,200 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

| | | Weight | |
|---|---|---|---|
| Initiated | Mizuho: to Neutral | | 9/13/2019 |

## Company Profile

500 Howard Street
San Francisco, CA 94105
United States
855-980-5920
http://slack.com
Sector: **Technology**
Industry: **Software—Application**
Full Time Employees: **1,982**

Slack Technologies, Inc. operates Slack, a business technology software platform in the United States and internationally. Its platform brings together people, applications, and data, as well as sells its offering under a software-as-a-service model. The company was formerly known as Tiny Speck, Inc. and changed its name to Slack Technologies, Inc. in 2014. Slack Technologies, Inc. was founded in 2009 and is headquartered in San Francisco, California.

Advertise With Us

Data Disclaimer   Help   Suggestions
Privacy Dashboard
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.