# Exhibit 4

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Butterfield Stewart | Slack Technologies, Inc. [ WORK ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O SLACK TECHNOLOGIES, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| 500 HOWARD STREET | 06/20/2019 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| SAN FRANCISCO, CA 94105 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | C | | 498,409 | A | $0[1] | 1,398,409 | D | |
| Class A Common Stock | 06/20/2019 | | S[2] | | 498,409 | D | $38.61 | 900,000 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 270,000 | D | $38.5 | 630,000 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 370,000 | D | $40 | 260,000 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 120,000 | D | $38.61[3] | 140,000 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 35,585 | D | $38.85[4] | 104,415 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 19,669 | D | $39.9[5] | 84,746 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 29,557 | D | $40.89[6] | 55,189 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 15,189 | D | $41.66[7] | 40,000 | D | |
| Class A Common Stock | 06/20/2019 | | J[8] | | 217 | A | $0 | 40,217 | D | |
| Class A Common Stock | 06/21/2019 | | S | | 1,500 | D | $37.16[9] | 38,717 | D | |
| Class A Common Stock | 06/21/2019 | | S | | 800 | D | $37.92[10] | 37,917 | D | |
| Class A Common Stock | 06/21/2019 | | S | | 200 | D | $39.18[11] | 37,717 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | [12] | 06/20/2019 | | M | | | 915,204 | [13] | 06/08/2023 | Class B Common Stock[1] | 915,204 | $0[12] | 2,135,476 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | M | | 915,204 | | [1] | [1] | Class A Common Stock | 915,204 | $0 | 41,635,141 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | C | | | 498,409 | [1] | [1] | Class A Common Stock | 498,409 | $0 | 41,136,732 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

2. Shares sold by the Reporting Person to cover tax withholding obligations in connection with the vesting of Restricted Stock Units (RSUs).

3. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.50 to $38.99. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

SEC FORM 4

4. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.33 to $39.31. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $39.34 to $40.32. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $40.34 to $41.33. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

7. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $41.34 to $41.99. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

8. Represents shares received by the Reporting Person pursuant to a distribution by AH Parallel Fund IV, L.P., for itself and as nominee for AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., and AH Parallel Fund IV-Q, L.P., for no consideration, of shares of Class A Common Stock of the Issuer to its partners. The aforementioned distribution was made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

9. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $36.63 to $37.54. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $37.64 to $38.54. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

11. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.97 to $39.38. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. Each RSU represents the right to receive one share of Class B Common Stock.

13. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurred with respect to 130,743 of the units on October 1, 2017; and the remaining units vested at a rate of 4.286% of the total RSU grant per quarter thereafter until June 20, 2019, at which point the remaining unvested units began vesting at a rate of 7.5% of the total RSU grant per quarter, subject, in each case, to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

**Remarks:**

/s/ David Schellhase, as Attorney-in-Fact      06/24/2019

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br><br> AH Parallel Fund IV, L.P. <br><br> (Last) (First) (Middle) <br> 2865 SAND HILL ROAD, SUITE 101 <br><br> (Street) <br> MENLO PARK, CA 94025 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Slack Technologies, Inc. [ WORK ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 06/20/2019 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> Director X   10% Owner <br> Officer (give title below)   Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> Form filed by One Reporting Person <br> X   Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 2,625,000 | D | $38.61[1] | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | S | | 375,000 | D | $39 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P. [4][5] |
| Class A Common Stock | 06/20/2019 | | C | | 3,866,994 | A | $0[6] | 7,683,413 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | C | | 12,003,090 | A | $0[6] | 21,817,502 | I | By: Andreessen Horowitz Fund I, L.P. [4][5] |
| Class A Common Stock | 06/20/2019 | | J[7] | | 3,866,994 | D | $0 | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | J[8] | | 12,003,090 | D | $0 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P. [4][5] |
| Class A Common Stock | 06/20/2019 | | J[9] | | 1,693,391 | A | $0 | 1,693,391 | I | By Trust[10] |
| Class A Common Stock | 06/20/2019 | | J[11] | | 1,966,679 | A | $0 | 1,966,679 | I | By Trust[12] |
| Class A Common Stock | 06/20/2019 | | J[13] | | 4,464 | A | $0 | 1,971,143 | I | By Trust[12] |
| Class A Common Stock | 06/20/2019 | | J[14] | | 60,536 | A | $0 | 60,536 | I | By: AH Capital Management L.L.C.[15] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (6) | 06/20/2019 | | C | | | 12,003,090 | (6) | (6) | Class A Common Stock | 12,003,090 | $0 (6) | 26,194,858 | I | By: AH Parallel Fund IV, L.P. (2)(3) |
| Class B Common Stock | (6) | | | | | | 42,990 | (6) | (6) | Class A Common Stock | 42,990 | | 42,990 | I | By: a16z Seed-III, LLC (16)(17) |

*(Upper overlapping header text:) Class B of Common Stock (Instr. 3); Derivative Security (6); 3,866,994; 3,866,994; Class A Common Stock; $3,866,994; $0 (6); de 7,784,561 — By: AH Parallel Fund IV, L.P. (2)(3); By: Andreessen Horowitz Fund I, L.P. (4)(5)*

---

1. Name and Address of Reporting Person*
**AH Parallel Fund IV, L.P.**

| (Last) | (First) | (Middle) |

2865 SAND HILL ROAD, SUITE 101

(Street)

MENLO PARK,    CA    94025

| (City) | (State) | (Zip) |

---

1. Name and Address of Reporting Person*
**AH Parallel Fund IV-A, L.P.**

| (Last) | (First) | (Middle) |

2865 SAND HILL ROAD, SUITE 101

(Street)

MENLO PARK    CA    94025

| (City) | (State) | (Zip) |

---

1. Name and Address of Reporting Person*
**AH Parallel Fund IV-B, L.P.**

| (Last) | (First) | (Middle) |

2865 SAND HILL ROAD, SUITE 101

(Street)

MENLO PARK    CA    94025

| (City) | (State) | (Zip) |

---

1. Name and Address of Reporting Person*
**AH Parallel Fund IV-Q, L.P.**

| (Last) | (First) | (Middle) |

2865 SAND HILL ROAD, SUITE 101

(Street)

MENLO PARK    CA    94025

| (City) | (State) | (Zip) |

---

1. Name and Address of Reporting Person*
**AH Equity Partners IV (Parallel), L.L.C.**

| (Last) | (First) | (Middle) |

2865 SAND HILL ROAD, SUITE 101

(Street)

MENLO PARK    CA    94025

| (City) | (State) | (Zip) |

---

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.50 to $39.08. The Reporting Persons undertake to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

2. These shares are held of record by AH Parallel Fund IV, L.P., for itself and as nominee for AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., and AH Parallel Fund IV-Q, L.P. (collectively the "AH Parallel Fund IV Entities"). AH Equity Partners IV (Parallel), L.L.C. ("AH EP IV Parallel"), the general partner of the AH Parallel Fund IV Entities, has sole voting and dispositive power with regard to the shares held by the AH Parallel Fund

IV Entities. The managing members of AH EP IV Parallel are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by the AH Parallel Fund IV Entities.

3. (Continued from Footnote 2) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Parallel Fund IV Entities (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in the AH Parallel Fund IV Entities.

4. These shares are held of record by Andreessen Horowitz Fund I, L.P., as nominee for Andreessen Horowitz Fund I, L.P., Andreessen Horowitz Fund I-A, L.P. and Andreessen Horowitz Fund I-B, L.P. (collectively, the "AH Fund I Entities"). AH Equity Partners I, L.L.C. ("AH EP I"), the general partner of the AH Fund I Entities, has sole voting and dispositive power with regard to the shares held by the AH Fund I Entities. The managing members of AH EP I are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by the AH Fund I Entities.

5. (Continued from Footnote 4) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Fund I Entities (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in the AH Fund I Entities.

6. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

7. On June 20, 2019, the AH Parallel Fund IV Entities distributed, for no consideration, 3,866,994 shares of Class A Common Stock of the Issuer (the "Fund IV Shares") to their limited partners and to AH EP IV Parallel, the general partner of the AH Parallel Fund IV Entities, representing each such partner's pro rata interest in such Fund IV Shares. On the same date, AH EP IV Parallel distributed, for no consideration, the Fund IV Shares it received in the distribution by the AH Parallel Fund IV Entities to its members, representing each such member's pro rata interest in such Fund IV Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

8. On June 20, 2019, the AH Fund I Entities distributed, for no consideration, 12,003,090 shares of Class A Common Stock of the Issuer (the "Fund I Shares") to their limited partners and to AH EP I, the general partner of the AH Fund I Entities, representing each such partner's pro rata interest in such Fund I Shares. On the same date, AH EP I distributed, for no consideration, the Fund I Shares it received in the distribution by the AH Fund I Entities to its members, representing each such member's pro rata interest in such Fund I Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

9. Represents shares received by Ben Horowitz pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partners' members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

10. The shares are held of record by a family trust for which Ben Horowitz is a trustee. Each of the Reporting Persons disclaims the existence of a "group" and, other than Ben Horowitz, disclaims beneficial ownership of these securities, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose

11. Represents shares received by the LAMA Community Trust pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partner's members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

12. The shares are held of record by the LAMA Community Trust of which Marc Andreessen and his spouse are trustees. Each of the Reporting Persons disclaims the existence of a "group" and, other than Marc Andreessen, disclaims beneficial ownership of these securities, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose.

13. Represents shares received by the LAMA Community Trust pursuant to a pro rata distribution by SV Angel II, L.P., for no consideration, of shares of Class A Common Stock of the Issuer to its partners. The aforementioned distribution was made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

14. Represents shares received by AH Capital Management, L.L.C. pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partners' members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

15. The shares are held of record by AH Capital Management, L.L.C. The members of AH Capital Management, L.L.C. are Marc Andreessen and Ben Horowitz, who share voting and investment power with respect to the shares held by AH Capital Management, L.L.C. Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of these securities except to the extent of its pecuniary interest therein, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose.

16. These shares are held of record by a16z Seed III, LLC ("a16z Seed"). The shares held directly by a16z Seed are indirectly held by Andreessen Horowitz Fund III, L.P., Andreessen Horowitz Fund III-A, L.P., Andreessen Horowitz Fund III-B, L.P., and Andreessen Horowitz Fund III-Q, L.P. (collectively, the "AH Fund III Entities"), the members of a16z Seed. AH Equity Partners III, L.L.C. ("AH EP III"), the general partner of the AH Fund III Entities, has sole voting and dispositive power with regard to the shares held by a16z Seed. The managing members of AH EP III are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by a16z Seed.

17. (Continued from Footnote 15) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by a16z Seed (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in a16z Seed.

**Remarks:**

This Form 4 is the first of three Form 4s filed relating to the same event. Combined, the three reports report the holdings for the following reporting persons: Andreessen Horowitz Fund I, L.P., AH Equity Partners I, L.L.C., AH Parallel Fund IV, L.P., AH Equity Partners IV (Parallel), L.L.C., Marc L. Andreessen, Ben Horowitz, Andreessen Horowitz Fund I-A, L.P., Andreessen Horowitz Fund I-B, L.P., AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., AH Parallel Fund IV-Q, L.P., a16z Seed III, LLC, Andreessen Horowitz Fund III, L.P., Andreessen Horowitz Fund III-A, L.P., Andreessen Horowitz Fund III-B, L.P., Andreessen Horowitz Fund III-Q, L.P. and AH Equity Partners III, L.L.C. This Form 4 has been split into three filings because there are more than 10 reporting persons in total, and the SEC's EDGAR filing system limits a single Form 4 to a maximum of 10 reporting persons.

| | |
|---|---|
| AH Parallel Fund IV, L.P. AH Parallel Fund IV-A, L.P. AH Parallel Fund IV-B, L.P. AH Parallel Fund IV-Q, L.P. By: AH Equity Partners IV (Parallel), L.L.C. Its: General Partner By: /s/ Scott Kupor Scott Kupor, Chief Operating Officer | 06/24/2019 |
| AH Equity Partners IV (Parallel), L.L.C. By: /s/ Scott Kupor Scott Kupor, Chief Operating Officer | 06/24/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

| | |
|---|---|
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| a16z Seed-III, LLC | Slack Technologies, Inc. [ WORK ] | Director    X    10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 06/20/2019 | Officer (give title below)    Other (specify below) |
| 2865 SAND HILL ROAD, SUITE 101 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK,   CA    94025 | | Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X   Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 2,625,000 | D | $38.61[1] | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | S | | 375,000 | D | $39 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P.[4][5] |
| Class A Common Stock | 06/20/2019 | | C | | 3,866,994 | A | $0[6] | 7,683,413 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | C | | 12,003,090 | A | $0[6] | 21,817,502 | I | By: Andreessen Horowitz Fund I, L.P.[4][5] |
| Class A Common Stock | 06/20/2019 | | J[7] | | 3,866,994 | D | $0 | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2][3] |
| Class A Common Stock | 06/20/2019 | | J[8] | | 12,003,090 | D | $0 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P.[4][5] |
| Class A Common Stock | 06/20/2019 | | J[9] | | 1,693,391 | A | $0 | 1,693,391 | I | By Trust[10] |
| Class A Common Stock | 06/20/2019 | | J[11] | | 1,966,679 | A | $0 | 1,966,679 | I | By Trust[12] |
| Class A Common Stock | 06/20/2019 | | J[13] | | 4,464 | A | $0 | 1,971,143 | I | By Trust[12] |
| Class A Common Stock | 06/20/2019 | | J[14] | | 60,536 | A | $0 | 60,536 | I | By: AH Capital Management, L.L.C.[15] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (6) | 06/20/2019 | | C | | | 3,866,994 | (6) | (6) | Class A Common Stock | 3,866,994 | $0(6) | 7,784,561 | I | By: AH Parallel Fund IV, L.P.(2)(3) |
| Class B Common Stock | (6) | 06/20/2019 | | C | | | 12,003,090 | (6) | (6) | Class A Common Stock | 12,003,090 | $0(6) | 26,194,858 | I | By:Andreessen Horowitz Fund I, L.P(4)(5) |
| Class B Common Stock | (6) | | | | | | | (6) | (6) | Class A Common Stock | 42,990 | | 42,990 | I | By: a16z Seed III, LLC(16)(17) |

1. Name and Address of Reporting Person[*]

**a16z Seed-III, LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

2865 SAND HILL ROAD, SUITE 101

(Street)

| MENLO PARK, | CA | 94025 |
|---|---|---|
| (City) | (State) | (Zip) |

1. Name and Address of Reporting Person[*]

**Andreessen Horowitz Fund III, L.P.**

| (Last) | (First) | (Middle) |
|---|---|---|

2865 SAND HILL ROAD, SUITE 101

(Street)

| MENLO PARK | CA | 94025 |
|---|---|---|
| (City) | (State) | (Zip) |

1. Name and Address of Reporting Person[*]

**Andreessen Horowitz Fund III-A, L.P.**

| (Last) | (First) | (Middle) |
|---|---|---|

2865 SAND HILL ROAD, SUITE 101

(Street)

| MENLO PARK | CA | 94025 |
|---|---|---|
| (City) | (State) | (Zip) |

1. Name and Address of Reporting Person[*]

**Andreessen Horowitz Fund III-B, L.P.**

| (Last) | (First) | (Middle) |
|---|---|---|

2865 SAND HILL ROAD, SUITE 101

(Street)

| MENLO PARK | CA | 94025 |
|---|---|---|
| (City) | (State) | (Zip) |

1. Name and Address of Reporting Person[*]

**Andreessen Horowitz Fund III-Q, L.P.**

| (Last) | (First) | (Middle) |
|---|---|---|

2865 SAND HILL ROAD, SUITE 101

(Street)

| | | |
|---|---|---|
| MENLO PARK | CA | 94025 |
| (City) | (State) | (Zip) |

**1. Name and Address of Reporting Person***

**AH Equity Partners III, L.L.C.**

| | | |
|---|---|---|
| (Last) | (First) | (Middle) |

**2865 SAND HILL ROAD, SUITE 101**

| | | |
|---|---|---|
| (Street) | | |
| MENLO PARK | CA | 94025 |
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.50 to $39.08. The Reporting Persons undertake to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

2. These shares are held of record by AH Parallel Fund IV, L.P., for itself and as nominee for AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., and AH Parallel Fund IV-Q, L.P. (collectively the "AH Parallel Fund IV Entities"). AH Equity Partners IV (Parallel), L.L.C. ("AH EP IV Parallel"), the general partner of the AH Parallel Fund IV Entities, has sole voting and dispositive power with regard to the shares held by the AH Parallel Fund IV Entities. The managing members of AH EP IV Parallel are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by the AH Parallel Fund IV Entities.

3. (Continued from Footnote 2) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Parallel Fund IV Entities (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in the AH Parallel Fund IV Entities.

4. These shares are held of record by Andreessen Horowitz Fund I, L.P., as nominee for Andreessen Horowitz Fund I, L.P., Andreessen Horowitz Fund I-A, L.P. and Andreessen Horowitz Fund I-B, L.P. (collectively, the "AH Fund I Entities"). AH Equity Partners I, L.L.C. ("AH EP I"), the general partner of the AH Fund I Entities, has sole voting and dispositive power with regard to the shares held by the AH Fund I Entities. The managing members of AH EP I are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by the AH Fund I Entities.

5. (Continued from Footnote 4) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Fund I Entities (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in the AH Fund I Entities.

6. Each share of Class B Common Stock is convertible into one share of Class A Common Stock at the option of the Reporting Person and has no expiration date.

7. On June 20, 2019, the AH Parallel Fund IV Entities distributed, for no consideration, 3,866,994 shares of Class A Common Stock of the Issuer (the "Fund IV Shares") to their limited partners and to AH EP IV Parallel, the general partner of the AH Parallel Fund IV Entities, representing each such partner's pro rata interest in such Fund IV Shares. On the same date, AH EP IV Parallel distributed, for no consideration, the Fund IV Shares it received in the distribution by the AH Parallel Fund IV Entities to its members, representing each such member's pro rata interest in such Fund IV Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

8. On June 20, 2019, the AH Fund I Entities distributed, for no consideration, 12,003,090 shares of Class A Common Stock of the Issuer (the "Fund I Shares") to their limited partners and to AH EP I, the general partner of the AH Fund I Entities, representing each such partner's pro rata interest in such Fund I Shares. On the same date, AH EP I distributed, for no consideration, the Fund I Shares it received in the distribution by the AH Fund I Entities to its members, representing each such member's pro rata interest in such Fund I Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

9. Represents shares received by Ben Horowitz pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partners' members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

10. The shares are held of record by a family trust for which Ben Horowitz is a trustee. Each of the Reporting Persons disclaims the existence of a "group" and, other than Ben Horowitz, disclaims beneficial ownership of these securities, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose.

11. Represents shares received by the LAMA Community Trust pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partner's members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

12. The shares are held of record by the LAMA Community Trust of which Marc Andreessen and his spouse are trustees. Each of the Reporting Persons disclaims the existence of a "group" and, other than Marc Andreessen, disclaims beneficial ownership of these securities, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose.

13. Represents shares received by the LAMA Community Trust pursuant to a pro rata distribution by SV Angel II, L.P., for no consideration, of shares of Class A Common Stock of the Issuer to its partners. The aforementioned distribution was made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

14. Represents shares received by AH Capital Management, L.L.C. pursuant to pro rata distributions by the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partners' members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and/or 16a-9 of the Securities Exchange Act of 1934, as amended.

15. The shares are held of record by AH Capital Management, L.L.C. The members of AH Capital Management, L.L.C. are Marc Andreessen and Ben Horowitz, who share voting and investment power with respect to the shares held by AH Capital Management, L.L.C. Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of these securities except to the extent of its pecuniary interest therein, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 or for any other purpose.

16. These shares are held of record by a16z Seed III, LLC ("a16z Seed"). The shares held directly by a16z Seed are indirectly held by Andreessen Horowitz Fund III, L.P., Andreessen Horowitz Fund III-A, L.P., Andreessen Horowitz Fund III-B, L.P., and Andreessen Horowitz Fund III-Q, L.P. (collectively, the "AH Fund III Entities"), the members of a16z Seed. AH Equity Partners III, L.L.C. ("AH EP III"), the general partner of the AH Fund III Entities, has sole voting and dispositive power with regard to the shares held by a16z Seed. The managing members of AH EP III are Marc Andreessen and Ben Horowitz. Marc Andreessen and Ben Horowitz share voting and dispositive power with respect to the shares held by a16z Seed.

17. (Continued from Footnote 16) Each of the Reporting Persons disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by a16z Seed (and this report shall not be deemed an admission that any such person is the beneficial owner of such securities), except to the extent of its pecuniary interest, if any, in the securities by virtue of its interest in a16z Seed.

**Remarks:**

This Form 4 is the first of three Form 4s filed relating to the same event. Combined, the three reports report the holdings for the following reporting persons: Andreessen Horowitz Fund I, L.P., AH Equity Partners I, L.L.C., AH Parallel Fund IV, L.P., AH Equity Partners IV (Parallel), L.L.C., Marc L. Andreessen, Ben Horowitz, Andreessen Horowitz Fund I-A, L.P., Andreessen Horowitz Fund I-B, L.P., AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., AH Parallel Fund IV-Q, L.P., a16z Seed III, LLC, Andreessen Horowitz Fund III, L.P., Andreessen Horowitz Fund III-A, L.P., Andreessen Horowitz Fund III-B, L.P., Andreessen Horowitz Fund III-Q, L.P. and AH Equity Partners III, L.L.C. This Form 4 has been split into three filings because there are more than 10 reporting persons in total, and the SEC's EDGAR filing system limits a single Form 4 to a maximum of 10 reporting persons.

| | |
|---|---|
| a16z Seed III, LLC By: /s/ Scott Kupor Scott Kupor, Chief Operating Officer | 06/24/2019 |
| Andreessen Horowitz Fund III, L.P. Andreessen Horowitz Fund III-A, L.P. Andreessen Horowitz Fund III-B, L.P. Andreessen Horowitz Fund III-Q, L.P. By: AH Equity Partners III, L.L.C. Its: General Partner | 06/24/2019 |
| By: /s/ Scott Kupor Scott Kupor, Chief Operating Officer | 06/24/2019 |
| AH Equity Partners III, L.L.C. By: /s/ Scott Kupor Scott Kupor, Chief Operating Officer | 06/24/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
|---|---|

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Accel X LP | Slack Technologies, Inc. [ WORK ] | Director **X**   10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year)  06/20/2019 | Officer (give title below)   Other (specify below) |
| 500 UNIVERSITY AVENUE | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PALO ALTO   CA   94301 | | Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | **X** Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 6,725,250 | D | $38.5 | 10,420,830 | D(1) | |
| Class A Common Stock | 06/20/2019 | | S | | 896,700 | D | $40.76(2) | 9,524,130 | D(1) | |
| Class A Common Stock | 06/20/2019 | | J(3) | | 8,967,000 | D | $0 | 557,130 | D(1) | |
| Class A Common Stock | 06/20/2019 | | S | | 504,750 | D | $38.5 | 782,123 | I | By Accel X Strategic Partners L.P.(4) |
| Class A Common Stock | 06/20/2019 | | S | | 67,300 | D | $40.76(2) | 714,823 | I | By Accel X Strategic Partners L.P.(4) |
| Class A Common Stock | 06/20/2019 | | J(5) | | 673,000 | D | $0 | 41,823 | I | By Accel X Strategic Partners L.P.(4) |
| Class A Common Stock | 06/20/2019 | | S | | 270,000 | D | $38.5 | 418,373 | I | By Accel Investors 2009 L.L.C(6) |
| Class A Common Stock | 06/20/2019 | | S | | 36,000 | D | $40.76(2) | 382,373 | I | By Accel Investors 2009 L.L.C(6) |
| Class A Common Stock | 06/20/2019 | | J(7) | | 360,000 | D | $0 | 22,373 | I | By Accel Investors 2009 L.L.C(6) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

**SEC FORM 4**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person* |
|---|
| Accel X LP |

| (Last) | (First) | (Middle) |
|---|---|---|
| 500 UNIVERSITY AVENUE | | |

| (Street) | | |
|---|---|---|
| PALO ALTO | CA | 94301 |

| (City) | (State) | (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| ACCEL X STRATEGIC PARTNERS LP |

| (Last) | (First) | (Middle) |
|---|---|---|
| 500 UNIVERSITY AVENUE | | |

| (Street) | | |
|---|---|---|
| PALO ALTO | CA | 94301 |

| (City) | (State) | (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| Accel X Associates L.L.C. |

| (Last) | (First) | (Middle) |
|---|---|---|
| 500 UNIVERSITY AVENUE | | |

| (Street) | | |
|---|---|---|
| PALO ALTO | CA | 94301 |

| (City) | (State) | (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| Accel Investors 2009 L.L.C. |

| (Last) | (First) | (Middle) |
|---|---|---|
| 500 UNIVERSITY AVE. | | |

| (Street) | | |
|---|---|---|
| PALO ALTO | CA | 94301 |

| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. These shares are held by Accel X L.P. Accel X Associates L.L.C. ("Accel X GP") is the general partner of each of Accel X L.P. and Accel X Strategic Partners L.P. (together, the "Accel X Entities"). Accel X GP has sole voting and dispositive power with regard to the shares held by the Accel X Entities. Accel X GP disclaims Section 16 beneficial ownership over the securities reported herein except to the extent of its pecuniary interest therein, if any, and this report shall not be deemed an admission that such reporting person is the beneficial owner of such securities for Section 16 or any other purpose.

2. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $40.50 to $41.05. The reporting persons undertake to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

3. On June 20, 2019, Accel X L.P. distributed, for no consideration, 8,967,000 shares of Class A common stock of the Issuer (the "Accel X Shares") to its limited partners and to Accel X GP, the general partner of Accel X L.P., representing each such partner's pro rata interest in such Accel X Shares. On the same date, Accel X GP distributed, for no consideration, the Accel X Shares it received in the distribution by Accel X L.P. to its members, representing each such member's pro rata interest in such Accel X Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

4. These shares are held by Accel X Strategic Partners L.P. Accel X GP disclaims Section 16 beneficial ownership over the securities reported herein except to the extent of its pecuniary interest therein, if any, and this report shall not be deemed an admission that such reporting person is the beneficial owner of such securities for Section 16 or any other purpose.

5. On June 20, 2019, Accel X Strategic Partners L.P. distributed, for no consideration, 673,000 shares of Class A common stock of the Issuer (the "Accel X Strategic Shares") to its limited partners and to Accel X GP, the general partner of Accel X Strategic Partners L.P., representing each such partner's pro rata interest in such Accel X Strategic Shares. On the same date, Accel X GP distributed, for no consideration, the Accel X Strategic Shares it received in the distribution by the Fund to its members, representing each such member's pro rata interest in such Accel X Strategic Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

6. These shares are held by Accel Investors 2009 L.L.C.

7. On June 20, 2019, Accel Investors 2009 L.L.C. distributed, for no consideration, 360,000 shares of Class A common stock of the Issuer (the "Accel 2009 Shares") to its members, representing each such member's pro rata interest in such Accel 2009 Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

**Remarks:**

/s/ TRACY L. SEDLOCK, ATTORNEY IN FACT     06/24/2019

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

SEC FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| OFARRELL JOHN | Slack Technologies, Inc. [ WORK ] | X Director | 10% Owner |
| (Last)  (First)  (Middle) | | Officer (give title below) | Other (specify below) |
| C/O SLACK TECHNOLOGIES, INC. 500 HOWARD STREET | 3. Date of Earliest Transaction (Month/Day/Year) 06/20/2019 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| SAN FRANCISCO, CA 94105 | | X Form filed by One Reporting Person | |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 2,625,000 | D | $38.61[1] | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2] |
| Class A Common Stock | 06/20/2019 | | S | | 375,000 | D | $39 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P.[3] |
| Class A Common Stock | 06/20/2019 | | C | | 3,866,994 | A | $0[4] | 7,683,413 | I | By: AH Parallel Fund IV, L.P.[2] |
| Class A Common Stock | 06/20/2019 | | C | | 12,003,090 | A | $0[4] | 21,817,502 | I | By: Andreessen Horowitz Fund I, L.P.[3] |
| Class A Common Stock | 06/20/2019 | | J[5] | | 3,866,994 | D | $0[4] | 3,816,419 | I | By: AH Parallel Fund IV, L.P.[2] |
| Class A Common Stock | 06/20/2019 | | J[6] | | 12,003,090 | D | $0 | 9,814,412 | I | By: Andreessen Horowitz Fund I, L.P.[3] |
| Class A Common Stock | 06/20/2019 | | J[7] | | 267,276 | A | $0 | $267,276 | I | By Trust[8] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | [4] | 06/20/2019 | | C | | | 3,866,994 | [4] | [4] | Class A Common Stock | 3,866,994 | $0[4] | 7,784,561 | I | By: AH Parallel Fund IV, L.P.[2] |

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (4) | 06/20/2019 | | C | | | 12,003,090 | (4) | (4) | Class A Common Stock | 12,003,090 | $0(4) | 26,194,858 | I | By:Andreessen Horowitz Fund I, L.P.(3) |
| Class B Common Stock | (4) | | | | | | | (4) | (4) | Class A Common Stock | 42,990 | | 42,990 | I | By: a16z Seed-III, LLC(9) |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $38.50 to $39.08. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

2. These shares are held of record by AH Parallel Fund IV, L.P., for itself and as nominee for AH Parallel Fund IV-A, L.P., AH Parallel Fund IV-B, L.P., and AH Parallel Fund IV-Q, L.P. (collectively the "AH Parallel Fund IV Entities"). The Reporting Person disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Parallel Fund IV Entities and this report shall not be deemed an admission that he is the beneficial owner of such securities, except to the extent of his pecuniary interest, if any, in the securities by virtue of his interest in the AH Parallel Fund IV Entities, and/or the general partner entity thereof, as applicable.

3. These shares are held of record by Andreessen Horowitz Fund I, L.P., as nominee for Andreessen Horowitz Fund I, L.P., Andreessen Horowitz Fund I-A, L.P. and Andreessen Horowitz Fund I-B, L.P. (collectively, the "AH Fund I Entities"). The Reporting Person disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by the AH Fund I Entities (and this report shall not be deemed an admission that he is the beneficial owner of such securities), except to the extent of his pecuniary interest, if any, in the securities by virtue of his interest in the AH Fund I Entities, and/or the general partner entity thereof, as applicable.

4. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

5. On June 20, 2019, the AH Parallel Fund IV Entities distributed, for no consideration, 3,866,994 shares of Class A Common Stock of the Issuer (the "Fund IV Shares") to their limited partners and to AH Equity Partners IV (Parallel), L.L.C. ("AH EP IV Parallel"), the general partner of the AH Parallel Fund IV Entities, representing each such partner's pro rata interest in such Fund IV Shares. On the same date, AH EP IV Parallel distributed, for no consideration, the Fund IV Shares it received in the distribution by the AH Parallel Fund IV Entities to its members, representing each such member's pro rata interest in such Fund IV Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

6. On June 20, 2019, the AH Fund I Entities distributed, for no consideration, 12,003,090 shares of Class A Common Stock of the Issuer (the "Fund I Shares") to their limited partners and to AH EP I, the general partner of the AH Fund I Entities, representing each such partner's pro rata interest in such Fund I Shares. On the same date, AH EP I distributed, for no consideration, the Fund I Shares it received in the distribution by the AH Fund I Entities to its members, representing each such member's pro rata interest in such Fund I Shares. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

7. Represents shares received by the Reporting Person pursuant to a distribution by each of the AH Parallel Fund IV Entities and the AH Fund I Entities, for no consideration, of shares of Class A Common Stock of the Issuer to their respective partners and such partner's members, as applicable. All of the aforementioned distributions were made in accordance with the exemptions afforded by Rules 16a-13 and 16a-9 of the Securities Exchange Act of 1934, as amended.

8. The shares are held of record by a family trust for which the Reporting Person is a trustee.

9. These shares are held of record by a16z Seed III, LLC ("a16z Seed"). The Reporting Person disclaims the existence of a "group" and disclaims beneficial ownership of the securities held by a16z Seed and this report shall not be deemed an admission that he is the beneficial owner of such securities, except to the extent of his pecuniary interest, if any, in the securities by virtue of his interest in a16z Seed, and/or its members and/or the general partner entity thereof, as applicable

**Remarks:**

/s/ David Schellhase, as Attorney-in-Fact          06/24/2019

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Social Capital Holdings Inc. | Slack Technologies, Inc. [ WORK ] | Director **X** 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 06/20/2019 | Officer (give title below)  Other (specify below) |
| C/O SOCIAL CAPITAL | | |
| 120 HAWTHORNE AVENUE | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | Form filed by One Reporting Person |
| PALO ALTO  CA  94301 | | **X** Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 37,521 | D | $38.674[1] | 587,823 | I | See Footnotes[3][6] |
| Class A Common Stock | 06/20/2019 | | S | | 12,507 | D | $39.9285[2] | 575,316 | I | See Footnotes[3][6] |
| Class A Common Stock | 06/20/2019 | | S | | 649,350 | D | $38.674[1] | 10,173,165 | I | See Footnotes[4][6] |
| Class A Common Stock | 06/20/2019 | | S | | 216,450 | D | $39.9285[2] | 9,956,715 | I | See Footnotes[4][6] |
| Class A Common Stock | 06/20/2019 | | S | | 75,929 | D | $38.674[1] | 1,189,553 | I | See Footnotes[5][6] |
| Class A Common Stock | 06/20/2019 | | S | | 25,310 | D | $39.9285[2] | 1,164,243 | I | See Footnotes[5][6] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person[*] | |
|---|---|
| Social Capital Holdings Inc. | |
| (Last)  (First)  (Middle) | |
| C/O SOCIAL CAPITAL | |
| 120 HAWTHORNE AVENUE | |
| (Street) | |
| PALO ALTO  CA  94301 | |

|  |  |  |
|---|---|---|
| (City) | (State) | (Zip) |

**1. Name and Address of Reporting Person***

Social Capital Partnership Opportunities Fund, L.P.

| (Last) | (First) | (Middle) |
|---|---|---|

C/O SOCIAL CAPITAL HOLDINGS INC.
120 HAWTHORNE AVENUE

(Street)

| PALO ALTO | CA | 94070 |
|---|---|---|
| (City) | (State) | (Zip) |

**1. Name and Address of Reporting Person***

Social Capital Partnership Opportunities Fund GP, Ltd.

| (Last) | (First) | (Middle) |
|---|---|---|

C/O SOCIAL CAPITAL HOLDINGS INC.
120 HAWTHORNE AVENUE

(Street)

| PALO ALTO | CA | 94070 |
|---|---|---|
| (City) | (State) | (Zip) |

**1. Name and Address of Reporting Person***

Social Capital Partnership Opportunities Fund GP, L.P.

| (Last) | (First) | (Middle) |
|---|---|---|

C/O SOCIAL CAPITAL HOLDINGS INC.
120 HAWTHORNE AVENUE

(Street)

| PALO ALTO | CA | 94070 |
|---|---|---|
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices within the range of $38.50 to $39.08, inclusive. The Reporting Person undertakes to provide to the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range(s) set forth in this footnote of this Form 4.

2. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices within the range of $39.92 to $39.98, inclusive. The Reporting Person undertakes to provide to the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range(s) set forth in this footnote of this Form 4.

3. The shares are held by The Social+Capital Partnership III, L.P. (the "SC III") for itself and as nominee for The Social+Capital Partnership Principals Fund III, L.P. (the "Principals III"). The Social+Capital Partnership GP III, Ltd. (the "GP III Ltd.") is the general partner of The Social+Capital Partnership GP III, L.P. (the "GP III LP"), which is the general partner of SC III. The sole member of GP III Ltd. is Social Capital Holdings Inc. ("SC Holdings"). GP III Ltd. has sole voting and dispositive power with regard to the shares held by SC III.

4. The shares are held by The Social+Capital Partnership II, L.P., (the "SC II") for itself and as nominee for certain other individuals and entities. The Social+Capital Partnership GP II, Ltd.(the "GP II Ltd.") is the general partner of The Social+Capital Partnership GP II, L.P. (the "GP II LP"), which is the general partner of SC II. The sole member of GP II Ltd. is SC Holdings. GP II Ltd. has sole voting and dispositive power with regard to the shares held by SC II.

5. The shares are held by The Social+Capital Partnership Opportunities Fund, L.P., (the "SCP Opportunities Fund"). The Social+Capital Partnership Opportunities Fund GP, Ltd. (the "Opportunities GP Ltd.") is the general partner of The Social+Capital Partnership Opportunities Fund GP, L.P. (the "Opportunities GP LP"), which is the general partner of SCP Opportunities Fund. The sole member of Opportunities GP Ltd. is SC Holdings. Opportunities GP Ltd. has sole voting and dispositive power with regard to the shares held by SCP Opportunities Fund.

6. Chamath Palihapitiya is a director of the Issuer and the Chief Executive Officer of SC Holdings and holds voting and dispositive power over shares controlled by GP II Ltd., GP III Ltd., and Opportunities GP Ltd.

**Remarks:**

This Form 4 is the second of two Form 4s filed relating to the same event. Combined, the two reports report the holdings for the following reporting persons: Social Capital Holdings Inc., The Social+Capital Partnership II, L.P., The Social+Capital Partnership Principals Fund II, L.P., The Social+Capital Partnership GP II, Ltd., The Social+Capital Partnership GP II, L.P., The Social+Capital Partnership III, L.P., The Social+Capital Partnership Principals Fund III, L.P., The Social+Capital Partnership GP III, Ltd., The Social+Capital Partnership GP III, L.P., The Social+Capital Partnership Opportunities Fund, L.P., The Social+Capital Partnership Opportunities Fund GP, Ltd. and The Social+Capital Partnership Opportunities Fund GP, L.P. This Form 4 has been split into two filings because there are more than 10 reporting persons in total, and the SEC's EDGAR filing system limits a single Form 4 to a maximum of 10 reporting persons. Each Form 4 is filed by designated filer Social Capital Holdings Inc.

| /s/Chamath Palihapitiya | 06/24/2019 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

SEC FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOPER EDITH W | Slack Technologies, Inc. [ WORK ] | X Director     10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Officer (give title below)     Other (specify below) |
| C/O SLACK TECHNOLOGIES, INC. 500 HOWARD STREET | 06/20/2019 | |
| (Street) SAN FRANCISCO, CA 94105 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 06/20/2019 | | M | | | 85,446 | (2) | 01/15/2025 | Class B Common Stock(3) | 85,446 | $0(1) | 187,982 | D | |
| Class B Common Stock | (3) | 06/20/2019 | | M | | 85,446 | | (3) | (3) | Class A Common Stock | 85,446 | $0(3) | 85,446 | D | |

**Explanation of Responses:**

1. Each Restricted Stock Unit (RSU) represents the right to receive one share of Class B Common Stock.

2. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on April 1, 2018 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

3. Each share of Class B Common Stock is convertible into one share of Class A Common Stock at the option of the Reporting Person and has no expiration date.

**Remarks:**

| /s/ David Schellhase, as Attorney-in-Fact | 06/24/2019 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Schellhase David | Slack Technologies, Inc. [ WORK ] | Director    10% Owner<br>X Officer (give title below)    Other (specify below)<br>General Counsel and Secretary |
| (Last) (First) (Middle)<br>C/O SLACK TECHNOLOGIES, INC.<br>500 HOWARD STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>06/20/2019 | |
| (Street)<br>SAN FRANCISCO,   CA   94105 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X   Form filed by One Reporting Person<br>  Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | C | | 505,170 | A | $0[1] | 505,170 | D | |
| Class A Common Stock | 06/20/2019 | | S[2] | | 249,339 | D | $38.61 | 255,831 | D | |
| Class A Common Stock | 06/21/2019 | | S | | 100,000 | D | $37.47[3] | 155,831 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | [4] | 06/20/2019 | | M | | | 486,420 | [5] | 02/10/2024 | Class B Common Stock[1] | 486,420 | $0[4] | 291,852 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | M | | 486,420 | | [1] | [1] | Class A Common Stock | 486,420 | $0[1] | 486,420 | D | |
| Restricted Stock Units | [4] | 06/20/2019 | | M | | | 12,500 | [6] | 11/28/2025 | Class B Common Stock[1] | 12,500 | $0[4] | 87,500 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | M | | 12,500 | | [1] | [1] | Class A Common Stock | 12,500 | $0[1] | 498,920 | D | |
| Restricted Stock Units | [4] | 06/20/2019 | | M | | | 6,250 | [7] | 02/26/2026 | Class B Common Stock[1] | 6,250 | $0[4] | 93,750 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | M | | 6,250 | | [1] | [1] | Class A Common Stock | 6,250 | $0[1] | 505,170 | D | |
| Class B Common Stock | [1] | 06/20/2019 | | C | | | 505,170 | [1] | [1] | Class A Common Stock | 505,170 | $0[1] | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

2. Shares sold by the Reporting Person to cover tax withholding obligations in connection with the vesting of Restricted Stock Units (RSUs).

3. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $37.36 to $37.56. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

4. Each RSU represents the right to receive one share of Class B Common Stock.

5. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurred with respect to 194,568 of the units on December 1, 2017 and the remaining units vest in 12 equal quarterly installments thereafter, subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

6. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 equal quarterly installments commencing on March 1, 2019 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

7. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 equal quarterly installments commencing on May 1, 2019 subject to the Reporting Person's continued

service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

**Remarks:**

/s/ David Schellhase                    06/24/2019

** Signature of Reporting Person         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br><br>Palihapitiya Chamath<br><br>(Last)    (First)    (Middle)<br><br>C/O SOCIAL CAPITAL<br>120 HAWTHORNE AVENUE<br><br>(Street)<br><br>PALO ALTO    CA    94301<br><br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>Slack Technologies, Inc. [ WORK ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>06/20/2019<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>X   Director     X   10% Owner<br>   Officer (give title below)    Other (specify below)<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>X   Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | S | | 37,521 | D | $38.674[1] | 587,823 | I | See Footnotes[3][6] |
| Class A Common Stock | 06/20/2019 | | S | | 12,507 | D | $39.9285[2] | 575,316 | I | See Footnotes[3][6] |
| Class A Common Stock | 06/20/2019 | | S | | 649,350 | D | $38.674[1] | 10,173,165 | I | See Footnotes[4][6] |
| Class A Common Stock | 06/20/2019 | | S | | 216,450 | D | $39.9285[2] | 9,956,715 | I | See Footnotes[4][6] |
| Class A Common Stock | 06/20/2019 | | S | | 75,929 | D | $38.674[1] | 1,189,553 | I | See Footnotes[5][6] |
| Class A Common Stock | 06/20/2019 | | S | | 25,310 | D | $39.9285[2] | 1,164,243 | I | See Footnotes[5][6] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices within the range of $38.50 to $39.08, inclusive. The Reporting Person undertakes to provide to the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range(s) set forth in this footnote of this Form 4.

2. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices within the range of $39.92 to $39.98, inclusive. The Reporting Person undertakes to provide to the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range(s) set forth in this footnote of this Form 4.

3. The shares are held by The Social+Capital Partnership III, L.P. (the "SC III") for itself and as nominee for The Social+Capital Partnership Principals Fund III, L.P. (the "Principals III"). The Social+Capital Partnership GP III, Ltd. (the "GP III Ltd.") is the general partner of The Social+Capital Partnership GP III, L.P. (the "GP III LP"), which is the general partner of SC III. The sole member of GP III Ltd. is Social Capital Holdings Inc. ("SC Holdings"). GP III Ltd. has sole voting and dispositive power with regard to the shares held by SC III.

4. The shares are held by The Social+Capital Partnership II, L.P., (the "SC II") for itself and as nominee for certain other individuals and entities. The Social+Capital Partnership GP II, Ltd.(the "GP II Ltd.") is the general partner of The Social+Capital Partnership GP II, L.P. (the "GP II LP"), which is the general partner of SC II. The sole member of GP II Ltd. is SC Holdings. GP II Ltd. has sole voting and dispositive power with regard to the shares held by SC II.

5. The shares are held by The Social+Capital Partnership Opportunities Fund, L.P., (the "SCP Opportunities Fund"). The Social+Capital Partnership Opportunities Fund GP, Ltd. (the "Opportunities GP

Ltd.") is the general partner of The Social+Capital Partnership Opportunities Fund GP, L.P. (the "Opportunities GP LP"), which is the general partner of SCP Opportunities Fund. The sole member of Opportunities GP Ltd. is SC Holdings. Opportunities GP Ltd. has sole voting and dispositive power with regard to the shares held by SCP Opportunities Fund.

6. Chamath Palihapitiya is the Chief Executive Officer of SC Holdings and holds voting and dispositive power over shares controlled by GP II Ltd., GP III Ltd., and Opportunities GP Ltd.

**Remarks:**

/s/Chamath Palihapitiya                06/24/2019

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Zell Brandon | 2. Issuer Name **and** Ticker or Trading Symbol Slack Technologies, Inc. [ WORK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) | | Director / 10% Owner |
| C/O SLACK TECHNOLOGIES, INC. 500 HOWARD STREET | 3. Date of Earliest Transaction (Month/Day/Year) 06/20/2019 | X Officer (give title below) / Other (specify below) Chief Accounting Officer |
| (Street) SAN FRANCISCO, CA 94105 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | C | | 41,250 | A | $0(1) | 231,250 | D | |
| Class A Common Stock | 06/20/2019 | | S(2) | | 19,145 | D | $38.61 | 212,105 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 40,000 | D | $41.1 | 172,105 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 12,500 | (4) | 05/10/2024 | Class B Common Stock(1) | 12,500 | $0(3) | 12,500 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 12,500 | | (1) | (1) | Class A Common Stock | 12,500 | $0(1) | 12,500 | D | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 6,250 | (5) | 06/20/2025 | Class B Common Stock(1) | 6,250 | $0(3) | 18,750 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 6,250 | | (1) | (1) | Class A Common Stock | 6,250 | $0(1) | 18,750 | D | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 22,500 | (6) | 11/28/2025 | Class B Common Stock(1) | 22,500 | $0(3) | 97,500 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 22,500 | | (1) | (1) | Class A Common Stock | 22,500 | $0(1) | 41,250 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | C | | | 41,250 | (1) | (1) | Class A Common Stock | 41,250 | $0(1) | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

2. Shares sold by the Reporting Person to cover tax withholding obligations in connection with the vesting of Restricted Stock Units (RSUs).

3. Each RSU represents the right to receive one share of Class B Common Stock.

4. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on July 1, 2017, subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

5. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on July 1, 2018 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

6. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on November 1, 2018 subject to the Reporting Person's

SEC FORM 4

continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

**Remarks:**

| | |
|---|---|
| /s/ David Schellhase, as Attorney-in-Fact | 06/24/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|
| **Shim Allen** | Slack Technologies, Inc. [ WORK ] | | Director | 10% Owner |
| (Last)    (First)    (Middle) | | X | Officer (give title below) | Other (specify below) |
| C/O SLACK TECHNOLOGIES, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Financial Officer | | |
| 500 HOWARD STREET | 06/20/2019 | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| SAN FRANCISCO,    CA    94105 | | X | Form filed by One Reporting Person | |
| (City)    (State)    (Zip) | | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/20/2019 | | C | | 402,925 | A | $0(1) | 402,925 | D | |
| Class A Common Stock | 06/20/2019 | | S(2) | | 402,925 | D | $38.61 | 0 | D | |
| Class A Common Stock | 06/20/2019 | | S | | 100,000 | D | $38.5 | 0 | I | By The Shim-Park Family Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 91,519 | (4) | 04/06/2023 | Class B Common Stock(1) | 91,519 | $0(3) | 30,507 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 91,519 | | (1) | (1) | Class A Common Stock | 91,519 | $0(1) | 331,519 | D | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 84,375 | (5) | 05/10/2024 | Class B Common Stock(1) | 84,375 | $0(3) | 65,625 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 84,375 | | (1) | (1) | Class A Common Stock | 84,375 | $0(1) | 415,894 | D | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 213,281 | (6) | 02/21/2025 | Class B Common Stock(1) | 213,281 | $0(3) | 469,219 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 213,281 | | (1) | (1) | Class A Common Stock | 213,281 | $0(1) | 629,175 | D | |
| Restricted Stock Units | (3) | 06/20/2019 | | M | | | 13,750 | (7) | 02/26/2026 | Class B Common Stock(1) | 13,750 | $0(3) | 206,250 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | M | | 13,750 | | (1) | (1) | Class A Common Stock | 13,750 | $0(1) | 642,925 | D | |
| Class B Common Stock | (1) | 06/20/2019 | | C | | | 402,925 | (1) | (1) | Class A Common Stock | 402,925 | $0(1) | 240,000 | D | |

SEC FORM 4

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 1,529,105 | | 1,529,105 | I | By The Shim-Park Family Revocable Trust |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 120,000 | | 120,000 | I | By Allen Shim, trustee of the Allen Shim 2019 Grantor Retained Annuity Trust dated May 1, 2019 |

**Explanation of Responses:**

1. Each share of Class B Common Stock is convertible without payment or consideration into one share of Class A Common Stock at the option of the holder and has no expiration date.

2. The number of shares sold by the Reporting Person includes shares sold to cover tax withholding obligations in connection with the vesting of Restricted Stock Units (RSUs).

3. Each RSU represents the right to receive one share of Class B Common Stock.

4. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on July 1, 2016 subject to the Reporting Person's continuous service to the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

5. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 equal quarterly installments commencing on June 1, 2017 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

6. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 quarterly installments commencing on May 1, 2018 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

7. The RSUs are subject to time-based and performance-based vesting criteria. The time-based vesting occurs in 16 equal quarterly installments commencing on May 1, 2019 subject to the Reporting Person's continued service with the Issuer on each such date. The performance-based criteria was satisfied upon the Issuer's listing and public trading of its Class A Common Stock on June 20, 2019.

**Remarks:**

| | |
|---|---|
| /s/ David Schellhase, as Attorney-in-Fact | 06/24/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**