# Exhibit 6

    
# LATHAM & WATKINS LLP

Administration

Alumni

Awards & Rankings

Diversity ▼

In Memoriam

Latham Sustainability

Media Coverage

News

Pro Bono & Community Service ▼

Retired Partners

Women Enriching Business ▼

**YOU MIGHT ALSO BE INTERESTED IN**

Capital Markets
Direct Listings
Initial Public Offerings

## LATHAM & WATKINS REPRESENTS FINANCIAL ADVISERS IN SLACK DIRECT LISTING

### Technology unicorn is only the second large company to use a direct listing approach to become public.

June 20, 2019

Latham & Watkins represented the financial advisers to Slack Technologies, Inc., in its high-profile direct listing on the New York Stock Exchange (NYSE). The shares began trading under the ticker symbol "WORK" on June 20, 2019.

Slack, a technology company that provides a hub for collaboration, is only the second large company to use the direct listing approach to become public. Spotify, also represented by Latham, was the first with its groundbreaking direct listing on the NYSE in April 2018.

New York partners Greg Rodgers and Benjamin Cohen led the Latham team that represented the financial advisers in the direct listing, with Silicon Valley associates John Williams and Michelle Lu and New York associate Brittany Ruiz.

Goldman Sachs & Co. LLC, Morgan Stanley, and Allen & Company LLC acted as financial advisers to Slack, with Credit Suisse Securities (USA) LLC, Barclays Capital Inc., Citigroup Global Markets Inc., RBC Capital Markets, LLC, KeyBanc Capital Markets Inc., Canaccord Genuity LLC, and William Blair & Company, L.L.C. acting as associate financial advisers.

**CONTACTS**

Gregory P. Rodgers
New York
T +1.212.906.2918
greg.rodgers@lw.com
view bio

Benjamin J. Cohen
New York

**MEDIA CONTACTS**

**STAY INFORMED**

Join our mailing list

Mobile apps

Follow us on Twitter

Join us on Facebook

Visit us on LinkedIn

Subscribe on YouTube

**SHARE**

Email     Facebook

LinkedIn     Twitter

© 2020 Latham & Watkins   Prior results do not guarantee a similar outcome.      Email Scam Warning | Attorney Advertising & Terms of Use | Privacy | Site Map

Latham & Watkins LLP has office locations in Beijing, Boston, Brussels, Century City, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Moscow, Munich, New York, Orange County, Paris, Riyadh,* San Diego, San Francisco, Seoul, Shanghai, Silicon Valley, Singapore, Tokyo, and Washington, D.C.
*In cooperation with the Law Office of Salman M. Al-Sudairi

**The cookies we use**

Latham & Watkins uses cookies which are essential for the operation of our website. We would also like to use analytics cookies to help us understand how visitors use our site so we can continue to improve it, but we will only do so with your consent. We use a cookie to remember your preferences. You can access and change your preferences at any time by clicking on the gear icon.

**Essential cookies**

Essential cookies enable the core functionality of our website such as security, authentication, and accessibility. You can change your browser settings to disable these cookies, but it may affect your ability to access and use the site.

**Analytics cookies**     Off

We would like to use Google Analytics to analyse how visitors interact with our site so that we can continue to develop and improve it. These services are provided in Europe by Google Ireland Limited and elsewhere by Google LLC and affiliated Google Entities. Google Analytics uses cookies to collect information about visitors to our site (data related to the device/browser, IP address and on-site activity). They measure and report on user interactions, such as the volume and nature of visits to our site. If you agree to the use of these analytics cookies, please move the slider to "On." Please refer to the Cookies Policy on our Privacy page for more information.

Save and close