UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUL 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIYYAZ PIRANI, | No. 20-80095 |
| Plaintiff-Respondent, | D.C. No. 3:19-cv-05857-SI |
| v. | Northern District of California, San Francisco |
| SLACK TECHNOLOGIES, INC.; et al., | ORDER |
| Defendants-Petitioners. | |

Before:  SCHROEDER and CALLAHAN, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is

granted.  Within 14 days after the date of this order, petitioners shall perfect the

appeal in accordance with Federal Rule of Appellate Procedure 5(d).