

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 23, 2020

---

No.:          20-16419

D.C. No.:     3:19-cv-05857-SI

Short Title:  Fiyyaz Pirani v. Slack Technologies, Inc., et al

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency may result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIYYAZ PIRANI,

        Plaintiff - Appellee,

  v.

SLACK TECHNOLOGIES, INC.;
STEWART BUTTERFIELD; ALLEN
SHIM; BRANDON ZELL; ANDREW
BRACCIA; EDITH COOPER; SARAH
FRIAR; JOHN O'FARRELL;
CHAMATH PALIHAPITIYA;
GRAHAM SMITH;
SOCIAL+CAPITAL PARTNERSHIP
GP II L.P.; SOCIAL+CAPITAL
PARTNERSHIP GP II LTD.;
SOCIAL+CAPITAL PARTNERSHIP
GP III L.P.; SOCIAL+CAPITAL
PARTNERSHIP GP III LTD.;
SOCIAL+CAPITAL PARTNERSHIP
OPPORTUNITIES FUND GP L.P.;
SOCIAL+CAPITAL PARTNERSHIP
OPPORTUNITIES FUND GP LTD.;
ACCEL GROWTH FUND IV
ASSOCIATES L.L.C.; ACCEL
GROWTH FUND INVESTORS 2016
L.L.C.; ACCEL LEADERS FUND
ASSOCIATES L.L.C.; ACCEL
LEADERS FUND INVESTORS 2016
L.L.C.; ACCEL X ASSOCIATES
L.L.C.; ACCEL INVESTORS 2009
L.L.C.; ACCEL XI ASSOCIATES

No. 20-16419

D.C. No. 3:19-cv-05857-SI
U.S. District Court for Northern
California, San Francisco

**TIME SCHEDULE ORDER**

L.L.C.; ACCEL INVESTORS 2013
L.L.C.; ACCEL GROWTH FUND III
ASSOCIATES L.L.C.; AH EQUITY
PARTNERS I L.L.C.; A16Z SEED-III
LLC,

                    Defendants - Appellants.

The parties shall meet the following time schedule.

| **Thu., July 30, 2020** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| --- | --- |
| **Thu., September 24, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., October 26, 2020** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7