GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
COLLIN JAMES VIERRA, SBN 322720
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MATTHEW S. KAHN, SBN 261679
MICHAEL J. KAHN, SBN 303289
555 Mission St. Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER DENNEE,<br><br>Plaintiff,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, GRAHAM SMITH, ACCEL GROWTH FUND IV ASSOCIATES L.L.C., ACCEL GROWTH FUND INVESTORS 2016 L.L.C., ACCEL LEADERS FUND ASSOCIATES L.L.C., ACCEL LEADERS FUND INVESTORS 2016 L.L.C., ACCEL X ASSOCIATES L.L.C., ACCEL INVESTORS 2009 L.L.C., ACCEL XI ASSOCIATES L.L.C., ACCEL INVESTORS 2013 L.L.C., ACCEL GROWTH FUND III ASSOCIATES L.L.C., AH EQUITY PARTNERS I L.L.C., A16Z SEED-III LLC, SOCIAL+ CAPITAL PARTNERSHIP GP II, L.P., SOCIAL+CAPITAL PARTNERSHIP GP II LTD., SOCIAL+CAPITAL PARTNERSHIP GP III LP, SOCIAL+ CAPITAL PARTNERSHIP GP III, LTD., SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP L.P., AND SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP LTD.,<br><br>Defendants. | Case No. 3:19-cv-05857-SI<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Action Filed: September 19, 2019 |

Gibson, Dunn &
Crutcher LLP

WHEREAS, on April 21, 2020, the Court issued an order granting in part and denying in part Defendants' motion to dismiss (ECF No. 74);

WHEREAS, on June 5, 2020, the Court, upon motion by Defendants, issued an order certifying its April 21, 2020 order on Defendants' motion to dismiss for interlocutory appeal to the Ninth Circuit Court of Appeals (ECF No. 83) (the "Certification Order");

WHEREAS, the Court stated in the Certification Order that "[i]f the Ninth Circuit accepts interlocutory appeal, the parties shall immediately notify the Court and the Court will vacate the case management conference and stay this action" (Certification Order at 3);

WHEREAS, on June 15, 2020, Defendants filed with the Ninth Circuit Court of Appeals a Petition for Permission to Appeal Under 28 U.S.C. § 1292(b) this Court's April 21, 2020 order (the "Petition");

WHEREAS, on July 23, 2020, the Ninth Circuit Court of Appeals granted Defendants' Petition; and

WHEREAS, pursuant to the Certification Order, the parties are notifying the Court that the Ninth Circuit has "accept[ed] interlocutory appeal" so that the Court can issue a stay to, *inter alia*, promote judicial economy. (Certification Order at 3.)

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their counsel, and subject to the Court's approval, that:

1.    This action is stayed pending resolution of Defendants' interlocutory appeal of the Court's April 21, 2020 order.

2.    The initial case management conference scheduled for August 14, 2020 is vacated.

DATED:  July 29, 2020

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Michael D. Celio
MICHAEL D. CELIO, SBN 197998
COLLIN JAMES VIERRA, SBN 322720
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MATTHEW S. KAHN, SBN 261679
MICHAEL J. KAHN, SBN 303289
555 Mission St. Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*

**BRAGAR EAGEL & SQUIRE, P.C.**

By: /s/ Melissa A. Fortunato**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

        - and -

Lawrence P. Eagel (admitted *pro hac vice*)
W. Scott Holleman (#310266)
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5888
Facsimile: (212) 504-3260
Email: eagel@bespc.com
        holleman@bespc.com

*Attorneys for Lead Plaintiff Fiyyaz Pirani*


** Pursuant to Civ. L.R. 5-1(i)(3), the electronic
filer has obtained approval from this signatory.

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
CASE NO. 3:19-cv-05857-SI

*    *    *

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __July 30, 2020_____          _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
CASE NO. 3:19-cv-05857-SI

Gibson, Dunn &
Crutcher LLP