UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIYYAZ PIRANI,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>SLACK TECHNOLOGIES, INC.;<br>STEWART BUTTERFIELD; ALLEN<br>SHIM; BRANDON ZELL; ANDREW<br>BRACCIA; EDITH COOPER; SARAH<br>FRIAR; JOHN O'FARRELL; CHAMATH<br>PALIHAPITIYA; GRAHAM SMITH;<br>SOCIAL+CAPITAL PARTNERSHIP GP II<br>L.P.; SOCIAL+CAPITAL PARTNERSHIP<br>GP II LTD.; SOCIAL+CAPITAL<br>PARTNERSHIP GP III L.P.;<br>SOCIAL+CAPITAL PARTNERSHIP GP<br>III LTD.; SOCIAL+CAPITAL<br>PARTNERSHIP OPPORTUNITIES FUND<br>GP L.P.; SOCIAL+CAPITAL<br>PARTNERSHIP OPPORTUNITIES FUND<br>GP LTD.; ACCEL GROWTH FUND IV<br>ASSOCIATES L.L.C.; ACCEL GROWTH<br>FUND INVESTORS 2016 L.L.C.; ACCEL<br>LEADERS FUND ASSOCIATES L.L.C.;<br>ACCEL LEADERS FUND INVESTORS<br>2016 L.L.C.; ACCEL X ASSOCIATES<br>L.L.C.; ACCEL INVESTORS 2009 L.L.C.;<br>ACCEL XI ASSOCIATES L.L.C.; ACCEL<br>INVESTORS 2013 L.L.C.; ACCEL<br>GROWTH FUND III ASSOCIATES<br>L.L.C.; AH EQUITY PARTNERS I L.L.C.;<br>A16Z SEED-III LLC,<br><br>    Defendants-Appellants. | No.    20-16419<br><br>D.C. No. 3:19-cv-05857-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  THOMAS, Chief Judge, MILLER, Circuit Judge, and RESTANI,[*] Judge.

The Motions of the Chamber of Commerce of the United States of America, Securities Industry and Financial Markets Association and the Cato Institute for Leave to File *Amicus* Briefs Pursuant to Fed. R. App. P. 29 [Dkt. 17, 20] are GRANTED.

---

[*]    The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.