FILED

SEP 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FIYYAZ PIRANI,

      Plaintiff-Appellee,

v.

SLACK TECHNOLOGIES, INC.; et al.,

      Defendants-Appellants.

No.   20-16419

D.C. No. 3:19-cv-05857-SI
Northern District of California,
San Francisco

ORDER

Before:  THOMAS, Chief Judge, MILLER, Circuit Judge, and RESTANI,[*] Judge.

Appellants' motion for a 30-day extension of time to file a petition for panel rehearing or rehearing en banc (Dkt. 57) is **GRANTED**.  The deadline to petition for panel rehearing or rehearing en banc is November 3, 2021.

---

[*]     The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.