Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Fax: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, GRAHAM SMITH, ACCEL GROWTH FUND IV ASSOCIATES L.L.C., ACCEL GROWTH FUND INVESTORS 2016 L.L.C., ACCEL LEADERS FUND ASSOCIATES L.L.C., ACCEL LEADERS FUND INVESTORS 2016 L.L.C., ACCEL X ASSOCIATES L.L.C., ACCEL INVESTORS 2009 L.L.C., ACCEL XI ASSOCIATES L.L.C., ACCEL INVESTORS 2013 L.L.C., ACCEL GROWTH FUND III ASSOCIATES L.L.C., AH EQUITY PARTNERS I L.L.C., A16Z SEED-III LLC, SOCIAL+ CAPITAL PARTNERSHIP GP II, L.P., SOCIAL+CAPITAL PARTNERSHIP GP II LTD., SOCIAL+CAPITAL PARTNERSHIP GP III LP, SOCIAL+ CAPITAL PARTNERSHIP GP III, LTD., SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP L.P., and SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP LTD.,<br><br>Defendants. | Case No. 3:19-cv-05857-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO LIFT THE STAY**<br><br>Date: January 7, 2022<br>Time: 10 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Honorable Susan Illston |

Case No.: 3:19-cv-05857-SI

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO LIFT THE STAY

WHEREAS, on April 21, 2020, this Court granted in part and denied in part Defendants' motion to dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 74);

WHEREAS, on June 5, 2020, the Court certified the standing analysis of its motion to dismiss decision for interlocutory appeal (ECF No. 83);

WHEREAS, on July 23, 2020, the Ninth Circuit granted Defendants' petition for interlocutory review (ECF No. 89-1);

WHEREAS, on September 20, 2021, the Ninth Circuit affirmed this Court's decision that Lead Plaintiff has standing to pursue his claims (ECF No. 96);

WHEREAS, Defendants have petitioned the Ninth Circuit for rehearing *en banc*;

WHEREAS, throughout the pendency of the interlocutory appeal, Defendants have been actively litigating a related case filed in California state court, captioned *In re Slack Technologies, Inc. Shareholder Litigation*, Case No. 19-CIV-05370 (Cal. Super. Ct. San Mateo Cnty.) (Weiner, J.);

WHEREAS, on November 17, 2021, Lead Plaintiff moved to lift the stay previously entered by this Court;

AND NOW THIS _____ day of _____ 202_, the Court having considered Lead Plaintiff's Motion, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED that the Motion is granted and the stay is hereby lifted.

**IT IS SO ORDERED.**

Dated: _____, 202_

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO LIFT THE STAY