Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Fax: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER DENNEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC., STEWART BUTTERFIELD, ALLEN SHIM, BRANDON ZELL, ANDREW BRACCIA, EDITH COOPER, SARAH FRIAR, JOHN O'FARRELL, CHAMATH PALIHAPITIYA, GRAHAM SMITH, ACCEL GROWTH FUND IV ASSOCIATES L.L.C., ACCEL GROWTH FUND INVESTORS 2016 L.L.C., ACCEL LEADERS FUND ASSOCIATES L.L.C., ACCEL LEADERS FUND INVESTORS 2016 L.L.C., ACCEL X ASSOCIATES L.L.C., ACCEL INVESTORS 2009 L.L.C., ACCEL XI ASSOCIATES L.L.C., ACCEL INVESTORS 2013 L.L.C., ACCEL GROWTH FUND III ASSOCIATES L.L.C., AH EQUITY PARTNERS I L.L.C., A16Z SEED-III LLC, SOCIAL+ CAPITAL PARTNERSHIP GP II, L.P., SOCIAL+CAPITAL PARTNERSHIP GP II LTD., SOCIAL+CAPITAL PARTNERSHIP GP III LP, SOCIAL+ CAPITAL PARTNERSHIP GP III, LTD., SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP L.P., and SOCIAL+CAPITAL PARTNERSHIP OPPORTUNITIES FUND GP LTD.,<br><br>Defendants. | Case No. 3:19-cv-05857-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO LIFT THE STAY**<br><br>Date: January 7, 2022<br>Time: 10 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Honorable Susan Illston |

Case No. 3:19-cv-05857-SI

DECLARATION OF W. SCOTT HOLLEMAN ISO LEAD PLAINTIFF'S MOTION TO LIFT THE STAY

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Lead Plaintiff Fiyyaz Pirani ("Lead Plainitff"), and a member in good standing for the bar of the State of California and the State of New York.  I respectfully submit this declaration in support of Lead Plaintiff's Motion to Lift the Stay ordered by this Court pending interlocutory appeal of the Court's decision denying Defendants' motion to dismiss (the "MTD Decision"). (ECF No. 94.) This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On November 5, 2021, Lead Plaintiff's counsel asked Defendants' counsel by email if they would consent to lifting the stay. On November 8, 2021, Defendants' counsel replied, stating that they would not consent to lifting the stay. Defendants did, however, agree to produce the documents provided to the plaintiffs in *In re Slack Technologies, Inc. Shareholder Litigation*, Case No. 19-CIV-05370 (Cal. Super. Ct. San Mateo Cnty.) (Weiner, J.) (the "State Action").

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the consolidation order filed in the State Action.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Motion to Stay filed in the State Action on December 30, 2019 (the "First Stay Motion").

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' second Motion to Stay filed in the State Action on August 6, 2020 (the "Second Stay Motion").

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the order denying the Second Stay Motion, filed August 27, 2020.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the order denying Defendants' demurrer in the State Action, filed August 12, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 17th day of November, 2021.

/s/ W, Scott Holleman
W. Scott Holleman

DECLARATION OF W. SCOTT HOLLEMAN ISO LEAD PLAINTIFF'S MOTION TO LIFT THE STAY