# Exhibit 1

FILED
SAN MATEO COUNTY

NOV 2 2 2019

Clerk of the Superior Court

By_____
DEPUTY CLERK

19 – CIV – 05370
SO
Stipulation & Order
2140436

COTCHETT, PITRE & McCARTHY, LLP
BRIAN DANITZ (SBN 247403)
GINA STASSI (SBN 261263)
TYSON REDENBARGER (SBN 294424)
ANYA THEPOT (SBN 318430)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650/697-6000
650/697-0577 (fax)
bdanitz@cpmlegal.com
gstassi@cpmlegal.com
tredenbarger@cpmlegal.com
athepot@cpmlegal.com

Attorneys for Plaintiff Brian Knapp and
Proposed Co-Lead Counsel for Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES I. JACONETTE (179565)
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

RECEIVED

NOV 2 2 2019

CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

Attorneys for Plaintiff Martin Ren and
Proposed Co-Lead Counsel for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| BRIAN KNAPP, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SLACK TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 19-CIV-06181 <br><br> CLASS ACTION <br><br> JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL <br><br> Date Action Filed:  10/18/2019 <br> Judge:  Honorable Marie S. Weiner <br> Dept:  2 |

[Caption continued on following page.]

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING
COMPLEX CASES AND APPOINTING LEAD COUNSEL
4845-7820-5357.v2

| | |
|---|---|
| NICOLE FARINA and ANDREW R. NORELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLACK TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 19-CIV-05370<br><br>CLASS ACTION<br><br>Date Action Filed: 9/12/2019<br>Judge: Honorable Marie S. Weiner<br>Dept: 2 |
| MARTIN REN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SLACK TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 19CIV05784<br><br>CLASS ACTION<br><br>Date Action Filed: 9/30/2019<br>Judge: Honorable Marie S. Weiner<br>Dept: 2 |
| LAURENT CHARDONNET, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLACK TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 19-CIV-05674<br><br>CLASS ACTION<br><br>Date Action Filed: 9/25/2019<br>Judge: Honorable Maris S. Weiner<br>Dept: 2 |

[Caption continued on following page.]

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL CASE MANAGEMENT CONFERENCE STATEMENT

4845-7820-5357.v2

IMRAN NAUSHAHI, VINODKUMAR KAZHIPURATH and MASON CHU, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SLACK TECHNOLOGIES, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 19-CIV-05840

CLASS ACTION

Date Action Filed: 10/2/2019
Judge: Honorable Marie S. Weiner
Dept: 2

TURTON, INC., Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SLACK TECHNOLOGIES, INC., et al.,

Defendants..

)
)
)
)
)
)
)
)
)
)
)

Case No. 19-CIV-05411

CLASS ACTION

Date Action Filed: 9/13/2019
Judge: Honorable Marie S. Weiner
Dept: 2

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL CASE MANAGEMENT CONFERENCE STATEMENT
4845-7820-5357.v2

WHEREAS, on September 12, 2019, plaintiffs Nicole Farina and Andrew R. Norell filed a complaint in San Mateo Superior Court, Case No. 19-CIV-05370 (the *Farina/Norell* Action"), asserting claims for violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933 ("Securities Act");

WHEREAS, on September 13, 2019, plaintiff Turton, Inc. filed a complaint in San Mateo Superior Court, Case No. 19-CIV-05411 (the *Turton* Action"), asserting the same or substantially similar claims, and asserting those claims against many of the same defendants;

WHEREAS, on September 25, 2019, plaintiff Laurent Chardonnet filed a complaint in San Mateo Superior Court, Case No. 19-CIV-05674 (the *Chardonnet* Action"), asserting the same or substantially similar claims, and asserting those claims against many of the same defendants;

WHEREAS, on September 30, 2019, plaintiff Marten Ren filed a complaint in San Mateo Superior Court, Case No. 19CIV05784 (the *Ren* Action"), asserting the same or substantially similar claims, and asserting those claims against many of the same defendants;

WHEREAS, on October 2, 2019, plaintiffs Imran Naushahi, Vinodkumar Kazhipurath and Mason Chu filed a complaint in San Mateo Superior Court, Case No. 19-CIV-05840 (the *Naushahi* Action"), asserting the same or substantially similar claims, and asserting those claims against many of the same defendants;

WHEREAS, on October 18, 2019, plaintiff Brian Knapp filed a complaint in San Mateo Superior Court, Case No. 19-CIV-06181 (the *Knapp* Action"), asserting the same or substantially similar claims, and asserting those claims against many of the same defendants;

WHEREAS, the parties agree that these actions are related as defined by California Rule of Court 3.300;

WHEREAS, the parties agree that the *Farina/Norell* Action, the *Turton* Action, the *Chardonnet* Action, the *Ren* Action, the *Naushahi* Action and the *Knapp* Action should be consolidated and lead counsel be appointed to help assure consistent rulings and decisions and to help avoid unnecessary duplication of effort, in accordance with California Rule of Court 3.350;

- 1 -

WHEREAS, the parties agree that the plaintiffs in the *Farina/Norell* Action, the *Turton* Action, the *Chardonnet* Action, the *Ren* Action, the *Naushahi* Action and the *Knapp* Action may file a consolidated complaint no later than December 20, 2019, that defendants shall file any response thereto not later than February 20, 2020, plaintiffs will file any opposition to a motion by the defendants in response to the Consolidated Complaint by no later than March 19, 2020, and defendants shall file any reply in support of any such motion by no later than April 2, 2020; and

WHEREAS, in the interests of judicial economy and the efficient management of the Consolidated Action, counsel for plaintiffs in the *Farina/Norell* Action, the *Turton* Action, the *Chardonnet* Action, the *Ren* Action, the *Naushahi* Action and the *Knapp* Action, agree to the appointment of Robbins Geller Rudman & Dowd LLP, Cotchett, Pitre & McCarthy, LLP, Scott+Scott Attorneys at Law LLP and Pomerantz LLP as co-lead counsel in the Consolidated Action (defined below), while defendants take no position regarding the identity of co-lead counsel or any executive committee members;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, to the entry of an Order providing that:

1. The *Farina/Norell* Action, the *Turton* Action, the *Chardonnet* Action, the *Ren* Action, the *Naushahi* Action and the *Knapp* Action are related and consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action");

2. Notwithstanding the foregoing, Defendants do not agree that the Consolidated Action should proceed and should not be stayed in favor of any action(s) filed in federal and/or other state courts;

3. Any other action now pending or hereafter filed in or transferred to this Court that is related to the Consolidated Action shall be consolidated under this Order if and when any such action is drawn to the Court's attention, and this Court requests the assistance of counsel in calling such cases to the attention of the Court;

4. Every pleading filed in the Consolidated Action shall bear the following caption:

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| IN RE SLACK TECHNOLOGIES, INC. SHAREHOLDER LITIGATION | )Lead Case No. 19CIV05370<br>)(Consolidated with Case Nos. 19-CIV-<br>) 5411, 19-CIV-05674, 19-CIV-05681, 19-<br>)CIV-05784 and 19-CIV-0840) |
| This Document Relates To:<br>ALL ACTIONS | )<br>) CLASS ACTION<br>) |

5. The files of the Consolidated Action shall be maintained in one file under Case No. 19-CIV-05370;

6. Pursuant to § 1010.6(a)(6) of the California Code of Civil Procedure, service through electronic means, including by e-mail, shall be permitted in the Consolidated Action;

7. No defendant is required to respond to any of the current complaints in the *Farina/Norell* Action, the *Turton* Action, the *Chardonnet* Action, the *Ren* Action, the *Naushahi* Action or the *Knapp* Action;

8. Robbins Geller Rudman & Dowd LLP, Cotchett, Pitre & McCarthy, LLP, Scott+Scott Attorneys at Law LLP and Pomerantz LLP are appointed lead counsel for the Consolidated Action;

9. Lead Counsel shall file a consolidated complaint by no later than December 20, 2019, and the undersigned counsel for Defendants are authorized to accept service of the forthcoming consolidated complaint without waiver of any of Defendants' rights, defenses, objections, motions, or arguments in this matter, except as to sufficiency of service of process.

10. Defendants shall file any response to the Consolidated Complaint by not later than February 20, 2020, plaintiffs will file any opposition to a motion by the defendants in response to the Consolidated Complaint by no later than March 19, 2020, and defendants shall file any reply in support of any such motion by no later than April 2, 2020;

11. Lead Counsel shall have the authority to make all decisions regarding pleadings for plaintiffs in the related cases and to speak for plaintiffs in matters regarding pre-trial procedure, trial,

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort;

12.    Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through lead counsel;

13.    Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with defendants on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel;

14.    Defendants may rely upon all agreements made with James Jaconette as an authorized representative of Lead Counsel, or any other representative(s) of Lead Counsel duly authorized in writing by Lead Counsel, and such agreements shall be binding on all plaintiffs;

15.    The law firms of Johnson Fistel, LLP, Bottini & Bottini, Inc., The Schall Law Firm, Bronstein, Gewirtz & Grossman, LLC, Hedin Hall LLP, and Robbins LLP are hereby designated members of the Executive Committee for the Consolidated Action; and

16.    Except as otherwise expressly stated herein, the parties reserve all rights, arguments, and defenses with respect to the Consolidated Action, the related actions, and/or any issue presented in or by the Consolidated Action or the related actions.

IT IS SO STIPULATED.

DATED: November 22, 2019

ROBBINS GELLER RUDMAN
& DOWD LLP
JAMES I. JACONETTE
BRIAN E. COCHRAN

_____
JAMES I. JACONETTE

-4-

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
jamesj@rgrdlaw.com
bcochran@rgrdlaw.com

Attorneys for Plaintiff Martin Ren and Proposed
Co-Lead Counsel for Plaintiffs

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

Additional Counsel for Plaintiff Martin Ren and
Proposed Executive Committee Member

DATED: November 22, 2019            COTCHETT, PITRE & McCARTHY, LLP
                                    BRIAN DANITZ
                                    GINA STASSI
                                    TYSON REDENBARGER
                                    ANYA THEPOT

                                    _____
                                            BRIAN DANITZ

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650/697-6000
650/697-0577 (fax)
bdanitz@cpmlegal.com
gstassi@cpmlegal.com
tredenbarger@cpmlegal.com
athepot@cpmlegal.com

Attorneys for Plaintiff Brian Knapp and Proposed
Co-Lead Counsel

- 5 -
JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: 858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

Additional Counsel for Plaintiff Brian Knapp and
Proposed Executive Committee Member

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

DATED: November __, 2019

SCOTT+SCOTT ATTORNEYS AT LAW LLP
JOHN T. JASNOCH
HAL D. CUNNINGHAM

_(w/ permission JMZ)_

_____
JOHN T. JASNOCH

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619.233.4565
619.233.0508 (fax)

SCOTT+SCOTT ATTORNEYS AT LAW LLP
THOMAS L. LAUGHLIN, IV
JONATHAN M. ZIMMERMAN
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/223-6444
212/223-6334 (fax)
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com

Attorneys for Plaintiffs Nicole Farina and Andrew
R. Norell and Proposed Co-Lead Counsel for
Plaintiffs

THE SCHALL LAW FIRM
BRIAN J. SCHALL
1880 Century Park E, Suite 404
Los Angeles, CA 90067-1604
Telephone: 310/301-3335
310-388-0192 (fax)
brian@schallfirm.com

Additional Counsel for Plaintiffs Nicole Farina and
Andrew R. Norell and Proposed Executive
Committee Member

DATED: November __, 2019

POMERANTZ LLP
JOSHUA B. SILVERMAN (_admitted pro hac vice_)
JARED SCHNEIDER (_admitted pro hac vice_)

_____
JOSHUA B. SILVERMAN

10 South LaSalle Street, Suite 3505
Chicago, IL 60005
jbsilverman@pomlaw.com
jschneider@pomlaw.com

- 7 -

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7320-5357.v3

POMERANTZ, LLP
JORDAN L. LURIE
ARI Y. BASSER
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: 310-432-8492
jllurie@pomlaw.com
abasser@pomlaw.com

Attorneys for Plaintiff Laurent Chardonnet and
Proposed Co-Lead Counsel

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212-697-7296
peretz@bgandg.com

Additional Counsel for Plaintiff Laurent
Chardonnet and Proposed Executive Committee
Member

DATED: November __, 2019

HEDIN HALL LLP
DAVID W. HALL

_____
DAVID W. HALL

Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: 415/766-3534
415/402-0058 (fax)
dhall@hedinhall.com

Attorney for Plaintiff Turton, Inc. and Proposed
Executive Committee Member

DATED: November __, 2019

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
JONATHAN D. BOBAK

_____
STEPHEN J. ODDO

- 8 -

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

POMERANTZ, LLP
JORDAN L. LURIE
ARI Y. BASSER
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: 310-432-8492
jllurie@pomlaw.com
abasser@pomlaw.com

Attorneys for Plaintiff Laurent Chardonnet and
Proposed Co-Lead Counsel

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212-697-7296
peretz@bgandg.com

Additional Counsel for Plaintiff Laurent
Chardonnet and Proposed Executive Committee
Member

DATED: November __, 2019      HEDIN HALL LLP
DAVID W. HALL

_____
DAVID W. HALL

Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: 415/766-3534
415/402-0058 (fax)
dhall@hedinhall.com

Attorney for Plaintiff Turton, Inc. and Proposed
Executive Committee Member

DATED: November __, 2019      ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
JONATHAN D. BOBAK

_____
STEPHEN J. ODDO

- 8 -
JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com

Attorneys for Plaintiffs Imran Naushahi,
Vinodkumar Kazhipurath and Mason Chu and
Proposed Executive Committee Member

DATED: November __, 2019

GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO

_____
MICHAEL D. CELIO

1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/849-5326
650/849-5026 (fax)
MCelio@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MATTHEW S. KAHN
MICHAEL J. KAHN
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415/393-8212
415-374-8466 (fax)
MKahn@gibsondunn.com
MJKahn@gibsondunn.com

Attorneys for Defendants

\*    \*    \*

**ORDER**

IT IS SO ORDERED.

DATED: ___11/22/19___

_____
THE HONORABLE MARIE S. WEINER
JUDGE OF THE SUPERIOR COURT

- 9 -

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES
AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com

Attorneys for Plaintiffs Imran Naushahi, Vinodkumar Kazhipurath and Mason Chu and Proposed Executive Committee Member

DATED: November __, 2019

GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO

_____
MICHAEL D. CELIO

1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/849-5326
650/849-5026 (fax)
MCelio@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MATTHEW S. KAHN
MICHAEL J. KAHN
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415/393-8212
415-374-8466 (fax)
MKahn@gibsondunn.com
MJKahn@gibsondunn.com

Attorneys for Defendants

*       *       *

# ORDER

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MARIE S. WEINER
JUDGE OF THE SUPERIOR COURT

- 9 -

JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL

4845-7820-5357.v2

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On November 22, 2019, I served the following document(s) in the manner described below:

**JOINT STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING COMPLEX CASES AND APPOINTING LEAD COUNSEL**

_____ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

_____ **BY FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below:

_____ **BY OVERNIGHT COURIER SERVICE:** I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below

✓ **BY E-MAIL:** My e-mail address is JToomey@cpmlegal.com and service of this document(s) occurred on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

_____ **BY PERSONAL SERVICE:** I personally hand delivered a sealed envelope containing the aforementioned document(s) to be the addressee(s) specified below.

_____ **VIA ELECTRONIC TRANSMISSION:** I am readily familiar with this firm's practice for causing documents to be served by electronic transmission. Following that practice, I caused the aforementioned document(s) to be electronically served via File & ServeXpress, an electronic service provider at www.fileandservexpress.com.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on November 22, 2019.

JEANINE TOOMEY

**PROOF OF SERVICE OF SUMMONS: Case No. 19-CIV-06181**                    1

| | |
|---|---|
| John T. Jasnoch<br>Hal D. Cunningham<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Facsimile: 619-233-0508<br>jjasnoch@scott-scott.com<br>hcunningham@scott-scott.com<br><br>Jonathan M. Zimmerman<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-223-6334<br>jzimmerman@scott-scott.com | *Counsel for Plaintiffs Nicole Farina and Andrew R. Norell and [Proposed] Co-Lead Counsel* |
| Jordan L. Lurie<br>Ari Y. Basser<br>**POMERANTZ, LLP**<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>Telephone: 310-432-8492<br>jllurie@pomlaw.com<br>abasser@pomlaw.com<br><br>Jeremy A. Lieberman<br>J. Alexander Hood II<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: 212-661-1100<br>Facsimile: 212-661-8665<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com | *Counsel for Plaintiff Laurent Chardonnet and [Proposed] Co-Lead Counsel* |
| James I. Jaconette<br>Brian E. Cochran<br>**ROBBINS GELLER RUDMAN & DOWD, LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-1058<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>jamesj@rgrdlaw.com<br>bcochran@rgrdlaw.com | *Counsel for Plaintiff Martin Ren and [Proposed] Co-Lead Counsel* |
| Brian J. Schall<br>**THE SCHALL LAW FIRM**<br>1880 Century Park E, Suite 404<br>Los Angeles, CA 90067-1604<br>Telephone: 310-301-3335<br>Facsimile: 310-388-0192<br>brian@schallfirm.com | *Counsel for Plaintiffs Nicole Farina and Andrew R. Norell and [Proposed] Additional Counsel for Plaintiffs* |

**PROOF OF SERVICE OF SUMMONS: Case No. 19-CIV-06181**    2

| | |
|---|---|
| David W. Hall<br>**HEDIN HALL, LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94104<br>Telephone: 415-766-3534<br>Facsimile: 415-402-0058<br>dhall@hedinhall.com | *Counsel for Plaintiff Turton, Inc. and [Proposed] Additional Counsel for Plaintiffs* |
| Peretz Bronstein<br>**BRONSTEIN, GERWIRTZ & GROXXMAN, LLC**<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Telephone: 212-697-7296<br>peretz@bgandg.com<br>@schallfirm.com | *Counsel for Plaintiff Laurent Chardonnet and [Proposed] Additional Counsel for Plaintiffs* |
| Frank J. Johnson<br>**JOHNSON FISTEL, LLP**<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: 619-230-0063<br>Facsimile: 619-255-1856<br>frankj@johnsonfistel.com | *Counsel for Plaintiff Martin Ren and [Proposed] Additional Counsel for Plaintiffs* |
| Brian J. Robbins<br>Stephen J. Oddo<br>Jonathan D. Bobak<br>**ROBBINS ARROYO, LLP**<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: 619-525-3990<br>Facsimile: 619-525-3991<br>brobbins@robbinsarroyo.com<br>soddo@robbinsarroyo.com<br>jbobak@robbinsarroyo.com | *Counsel for Plaintiffs Imran Naushahi Vinodkumar Kazhipurath, and Mason Chu and [Proposed] Additional Counsel for Plaintiffs* |
| Michael D. Celio<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650-849-5326<br>Facsimile: 650-849-5026<br>MCelio@gibsondunn.com<br><br>Matthew S. Kahn<br>Michael J. Kahn<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Sutie 3000<br>San Francisco, CA 94105<br>Telephone: 415-393-8212<br>Facsimile: 415-374-8466<br>MKahn@gibsondunn.com<br>MJKahn@gibsondunn.com | *Counsel for Defendants* |

PROOF OF SERVICE OF SUMMONS: Case No. 19-CIV-06181                    3

| | |
|---|---|
| **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Albert Y. Chang<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>ykolesnikov@bottinilaw.com | ***Co-Lead Counsel for Plaintiff: Brian Knapp*** |
| Superior Court of California<br>County of San Mateo<br>Complex Civil Litigation<br>400 County Center<br>Redwood City, CA 94063 | ***Complex Civil – Dept. 2*** |