# Exhibit 4

Case Number: 19-CIV-05370



**SUPERIOR COURT OF SAN MATEO COUNTY**

400 County Center                          1050 Mission Road
Redwood City, CA 94063              South San Francisco, CA 94080
www.sanmateocourt.org

## Minute Order

| | |
|---|---|
| **Nicole Farina vs Slack Technologies, INC.** | 19-CIV-05370 |
| | 08/27/2020 2:00 PM |
| | Motion to Stay |
| | **Hearing Result**: Held |

**Judicial Officer:** Weiner, Marie S.            **Location**: Courtroom 2E
**Courtroom Clerk**: Theresa Maragoulas       **Courtroom Reporter:** Rhonda Guess

**Parties Present**

| | |
|---|---|
| DANITZ, BRIAN | Attorney |
| JACONETTE, JAMES I. | Attorney |
| JASNOCH, JOHN T | Attorney |
| KAHN, MATTHEW | Attorney |

**Exhibits**

**Minutes**
*Journals*

Jared Schneider appearing on behalf of Laurent Chardonnet.

Matthew Kahn and Michael Celio appearing on behalf of Slack Technologies.

James Jaconette appearing on behalf of Martin Ren.

Hal Cunningham and John Jasnoch appearing on behalf of Nicole Farina and Andrew Norell.

Brian Danitz and Noorjahan Rahman appearing on behalf of Brian Knapp.

Argument presented by counsel. Matter submitted.

The court finds/orders:

The Motion For Stay is Denied at this time.

Counsel waive notice and the formality of a written order.
*Case Events*

**Others**
*Comments:*

**Future Hearings and Vacated Hearings**

1