FILED

UNITED STATES COURT OF APPEALS

NOV 29 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| FIYYAZ PIRANI,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>SLACK TECHNOLOGIES, INC.; et al.,<br><br>   Defendants-Appellants. | No. 20-16419<br><br>D.C. No. 3:19-cv-05857-SI<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:  THOMAS, Chief Judge, MILLER, Circuit Judge, and RESTANI,[*] Judge.

Appellee is directed to file a response to the petition for panel rehearing and rehearing en banc filed with this court on November 3, 2021. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.

---

[*] The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.