UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIYYAZ PIRANI,<br><br>    Plaintiff,<br><br>    v.<br><br>SLACK TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | Case No. 19-cv-05857-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY**<br><br>Re: Dkt. No. 98 |

    Plaintiff's motion to lift the stay is scheduled for a hearing on January 7, 2022. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is suitable for resolution without oral argument and VACATES the hearing. For the reasons set forth below, the Court DENIES the motion.

    Pirani seeks to lift the stay to allow him to conduct discovery and move for class certification. However, as Pirani acknowledges, this case remains on appeal. Slack has petitioned for rehearing and rehearing en banc, and on November 29, the Ninth Circuit ordered Pirani to respond to Slack's petition. The pending Ninth Circuit appeal "divests the district court of jurisdiction over the particular issues involved in that appeal." *City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886 (9th Cir. 2001). The appeal involves the threshold issue of whether Pirani has standing, and thus this Court does not have jurisdiction to rule on Pirani's motion.

    Even if this Court has jurisdiction, the Court concludes that a continued stay is in the interest of judicial efficiency and will not prejudice Pirani. According to the parties, there is parallel state court litigation in which Pirani is a putative class member, discovery is ongoing in that case, defendants have recently provided that discovery to Pirani's counsel, and defendants state that they have agreed to permit Pirani's counsel to attend any depositions of Slack witnesses when those

depositions proceed in the state action.

Accordingly, the Court DENIES plaintiff's motion.

**IT IS SO ORDERED**.

Dated: December 9, 2021

_____
SUSAN ILLSTON
United States District Judge