UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FIYYAZ PIRANI,

Plaintiff-Appellee,

v.

SLACK TECHNOLOGIES, INC.; et al.,

Defendants-Appellants.

No.  20-16419

D.C. No. 3:19-cv-05857-SI
Northern District of California,
San Francisco

ORDER

JAN 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Before: THOMAS, Judge, MILLER, Circuit Judge, and RESTANI,* Judge

Defendants-Appellants' Motion for Leave to File a Reply in Support of

Petition for Rehearing or Rehearing En Banc (Dkt. 70) is DENIED.

---

*      The Honorable Jane A. Restani, Judge for the United States Court of
International Trade, sitting by designation.