UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 2 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIYYAZ PIRANI, | No.   20-16419 |
| Plaintiff-Appellee, | D.C. No. 3:19-cv-05857-SI |
| v. | Northern District of California, San Francisco |
| SLACK TECHNOLOGIES, INC.; et al., | ORDER |
| Defendants-Appellants. | |

Before:  S.R. THOMAS and MILLER, Circuit Judges, and RESTANI,* Judge.

The panel has voted to deny appellants' petitions for rehearing. Judge S.R. Thomas has voted to deny the petition for rehearing and rehearing en banc. Judge Restani has voted to deny the petition for rehearing and recommends denial of the petition for rehearing en banc. Judge Miller has voted to grant the petition for rehearing and rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing and rehearing en banc are DENIED.

---

*       The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.