UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIYYAZ PIRANI,

          Plaintiff - Appellee,

 v.

SLACK TECHNOLOGIES, INC.; et al.,

          Defendants - Appellants.

No. 20-16419

D.C. No. 3:19-cv-05857-SI
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered September 20, 2021, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7