# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 18, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Slack Technologies, LLC, fka Slack Technologies, Inc., et al.
v. Fiyyaz Pirani
Application No. 22A36
(Your No. 20-16419)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on July 18, 2022, extended the time to and including August 31, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Jacob A. Levitan
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Michael David Celio
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA  94105


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526