# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 2, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Slack Technologies, LLC, fka Slack Technologies, Inc., et al.
             v. Fiyyaz Pirani
             No. 22-200
             (Your No. 20-16419)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 31, 2022 and placed on the docket September 2, 2022 as No. 22-200.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst