# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 13, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Slack Technologies, LLC, fka Slack Technologies, Inc., et al.
v. Fiyyaz Pirani
No. 22-200
(Your No. 20-16419)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Cato Institute for leave to file a brief as *amicus curiae* is granted.  The motion of Joseph A. Grundfest for leave to file a brief as *amicus curiae* is granted.  The motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* is granted.  The motion of Chamber of Commerce of the United States of America, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk