# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 1, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

  Re: Slack Technologies, LLC, fka Slack Technologies, Inc., et al.
     v. Fiyyaz Pirani
     No. 22-200
     (Your No. 20-16419)

Dear Clerk:

   The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

   The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

        Sincerely,

        **Scott S. Harris**, Clerk

        by