# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 3, 2023

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Slack Technologies, LLC, et al.
            v. Fiyyaz Pirani
            No. 22-200 (Your docket No. 20-16419)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                       Sincerely,

                                       SCOTT S. HARRIS, Clerk

                                       By

                                       M. Altner
                                       Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 3, 2023

Mr. Thomas G. Hungar, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Mr. Kevin K. Russell
Goldstein, Russell & Woofter LLC
1701 Pennsylvania Ave., NW
Washington, D.C. 20006

    Re:  Slack Technologies, LLC, et al.
         v. Fiyyaz Pirani
         No. 22-200

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

    The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of joint appendix:** | $1,655.00 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $1,955.00 |

This amount may be recovered from the respondent.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By

                                M. Altner
                                Assistant Clerk– Judgments

cc:  Clerk, U.S. Court of Appeals for the Ninth Circuit
      (Your docket No. 20-16419)

# Supreme Court of the United States

No. 22–200

**SLACK TECHNOLOGIES, LLC, FKA SLACK TECHNOLOGIES, INC., ET AL.,**

Petitioners

v.

**FIYYAZ PIRANI**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Slack Technologies, LLC, fka Slack Technologies, Inc., et al., recover from Fiyyaz Pirani, One Thousand Nine Hundred Fifty-five Dollars ($1,955.00) for costs herein expended.

June 1, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $1,655.00 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $1,955.00 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States