UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIYYAZ PIRANI,

        Plaintiff-Appellee,

 v.

SLACK TECHNOLOGIES, INC.; et al.,

        Defendants-Appellants.

No.   20-16419

D.C. No. 3:19-cv-05857-SI
Northern District of California,
San Francisco

ORDER

Before: S.R. THOMAS and MILLER, Circuit Judges, and RESTANI,* Judge

Defendants-Appellants' Motion for Supplemental Briefing (Dkt. 81) is

GRANTED.  The parties may brief all issues remaining open following remand by

the Supreme Court of the United States.  Defendants-Appellants shall file an

opening supplemental brief of no more than 8,000 words within forty-five (45)

days of this order.  Plaintiff-Appellee shall file an answering brief of no more than

8,000 words within forty-five (45) days of the opening supplemental brief.

Defendant-Appellants may file a reply brief of no more than 4,000 words within

thirty (30) days of the answering brief.

---

    *    The Honorable Jane A. Restani, Judge for the United States Court of
International Trade, sitting by designation.