# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 2, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 12 2025

FILED
DOCKETED _____
                    DATE          INITIAL

    Re:  Fiyyaz Pirani
        v. Slack Technologies, Inc., et al.
        Application No. 24A1062
        (Your No. 20-16419)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on May 2, 2025, extended the time to and including July 10, 2025.

    This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Kevin K. Russell
Russell & Woofter LLC
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC  20006


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526