# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 14, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re:  Fiyyaz Pirani
           v. Slack Technologies, Inc., et al.
           No. 25-44
           (Your No. 20-16419)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 10, 2025 and placed on the docket July 14, 2025 as No. 25-44.


           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Sara Simmons
           Case Analyst