UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIYYAZ PIRANI, | Case No. 19-cv-05857-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SLACK TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Appellate proceedings have concluded. In accordance with the Ninth Circuit's mandate issued March 4, 2025, the Court enters judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 10, 2025

_____
SUSAN ILLSTON
United States District Judge